FILED

09 OCT 24 PM 2:32

STE... CLERK
U.S. ... COURT
FOR THE NORTHERN DISTRICT
...

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

|  |  |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 08CV 490 1 |
| | ) |
| FOREST RIVER, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for the Plaintiff, Heartland Recreational Vehicles, LLC.

Dated: 10/23/08

_____
*Signature*

Abigail M. Butler
*Printed Name*

#22295-02
*Indiana Attorney Registration Number*

111 E. Wayne Street, Suite 800
*Address*

| Fort Wayne, | Indiana | 46802 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| (260) 424-8000 | (260) 460-1700 |
|---|---|
| *Phone Number* | *Fax Number* |

Heartland Recreational Vehicles LLC v. Forest River Inc.          Doc. 2

Dockets.Justia.com