FILED
08 OCT 24 PM 2:32

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | 3:08CV 490 |
| FOREST RIVER, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for the Plaintiff, Heartland Recreational Vehicles, LLC.

Dated: 10/23/08

*Signature*

David P. Irmscher
*Printed Name*

#15026-02
*Indiana Attorney Registration Number*

111 E. Wayne Street, Suite 800
*Address*

Fort Wayne,        Indiana        46802
*City*              *State*        *Zip Code*

(260) 424-8000       (260) 460-1700
*Phone Number*        *Fax Number*

BDDB01 5388074v1

Dockets.Justia.com