IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

HEARTLAND RECREATIONAL VEHICLES, LLC )
)
    Plaintiff, )
)
vs. ) Civil Action No.
)
FOREST RIVER, INC. ) 3:08CV 490
)
    Defendant. )

## DISCLOSURE OF CORPORATION INTERESTS
## CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, counsel of record for Plaintiff, Heartland Recreational Vehicles, LLC, hereby discloses the following corporate interests:

1.     The parent companies of the corporation: None.

2.     Any publicly held company that owns 10% or more of its stock: None.

Dated: 10/23/08

BAKER & DANIELS LLP

By: _____
David P. Irmscher (#15026-02)
Abigail M. Butler (#22295-02)
111 East Wayne, Suite 800
Fort Wayne, Indiana 46802
Tel: 260.424.8000
Fax: 260.460.1700
david.irmscher@bakerd.com
abigail.butler@bakerd.com

ATTORNEYS FOR PLAINTIFF,
HEARTLAND RECREATIONAL
VEHICLES, LLC

Heartland Recreational Vehicles LLC v. Forest River Inc      Doc. 4

BDDB01 5388088v1

Dockets.Justia.com