AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| Heartland Recreational Vehicles, LLC <br> Plaintiff <br> v. <br> Forest River, Inc. <br> Defendant | ) ) ) ) ) ) Civil Action No. 3:08CV 490 |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Forest River, Inc.
c/o J. Richard Ransel, Registered Agent
228 West High Street
Elkhart, IN 46516

A lawsuit has been filed against you.

 Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David P. Irmscher
Abigail M. Butler
BAKER & DANIELS, LLP
111 E. Wayne Street, Suite 800, Fort Wayne, IN 46802

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                      Stephen R. Ludwig, Clerk
                             Name of clerk of court

Date: __10-24-08__            _[signature]_
                              Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>October 28, 2008</u>
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
<u>J. Richard Ransel, via certified mail</u>; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

Date: <u>November 6, 2008</u>

<u>Melanie Smith</u>
Server's signature

<u>Melanie Smith, Legal Secretary</u>
Printed name and title

<u>111 E. Wayne St, Ste 800, Fort Wayne, In 46802</u>
Server's address

DAVID P. IRMSCHER
BAKER & DANIELS, LLP
111 E. WAYNE ST., SUITE 800
FORT WAYNE, IN 46802

4. Restricted Delivery? (Extra Fee) ☐ Yes
3. Service Type: CERTIFIED
2. Article Number: 7111 1167 3340 0000 9424

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ☐ Addressee or ☐ Agent
X *[signature]*

B. Received By: (Please Print Clearly)
Elle Hisey

C. Date of Delivery: 10/28/2008

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

7111 1167 3340 0000 9424

1. Article Addressed To:

FOREST RIVER, INC.
C/O J. RICHARD RANSEL, REGISTERED
228 WEST HIGH STREET
ELKHART, IN 46516