# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, <br>     Plaintiff, <br><br> v. <br><br> FOREST RIVER, INC., <br>     Defendant. | ) <br> ) <br> ) <br> )   CASE NO.: <u>3:08-cv-490 RLM CAN</u> <br> ) <br> ) <br> ) <br> ) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

I, the below-signed, state that I have read the *Standards for Professional Conduct within the Seventh Federal Judicial Circuit* pursuant to N.D. Ind. L.R. 83.5(f) and appendix B of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for the Defendant: <u>FOREST RIVER, INC.</u>

 

s/Ryan M. Fountain

Date: November 17, 2008                          Signature

<u>RYAN M. FOUNTAIN</u>
Print Attorney Name

<u>8544-71</u>
Indiana Attorney Registration Number

<u>420 LINCOLN WAY WEST</u>
Address

<u>MISHAWAKA, IN  46544</u>
City    State    Zip Code

<u>(574) 258- 9296</u>
Telephone Number

(574) 256-5137
Fax Number

RyanFountain@aol.com
E-mail address

**Certificate of Service**

I certify that on November 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

David P. Irmscher    david.irmscher@bakerd.com
Abigail M. Butler    abidgail.bulter@bakerd.com

s/Ryan M. Fountain
_____
Ryan M. Fountain
Attorney for Defendant Forest River, Inc.