# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, <br>      Plaintiff, <br><br>v. <br><br>FOREST RIVER, INC., <br>      Defendant. | CASE NO.:3:08-cv-490 RLM CAN <br><br><br>JURY DEMAND |

## CORPORATE DISCLOSURE STATEMENT OF FOREST RIVER, INC.

Pursuant to Fed. R. Civ. P. 7.1, Forest River, Inc., states as follows:

1. Forest River, Inc., f/k/a FR Acquisition, Inc. is a wholly owned subsidiary of Berkshire Hathaway, Inc.

2. Berkshire Hathaway, Inc. is a publicly traded corporation.


Dated: November 17, 2008

Respectfully submitted,

s/Ryan M. Fountain

_____
Ryan M. Fountain (#8544-71)
    *RyanFountain@aol.com*
420 Lincoln Way West
Mishawaka, Indiana 46544
Telephone: (574) 258-9296
Telecopy: (574) 256-5137
Attorney for Defendant Forest River, Inc.

**Certificate of Service**

I certify that on November 17, 2008, I electronically filed the foregoing document with the Clerk of

1

the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

David P. Irmscher    david.irmscher@bakerd.com
Abigail M. Butler    abidgail.bulter@bakerd.com

                                          s/Ryan M. Fountain
                                          _____
                                          Ryan M. Fountain
                                          Attorney for Defendant Forest River, Inc.