IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC | ) ) ) |
| Plaintiff, | ) ) ) Case No. 3:08-cv-490 RLM CAN |
| vs. | ) ) |
| FOREST RIVER, INC. | ) ) |
| Defendant. | ) |

**NOTICE OF INITIAL ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S COUNTERCLAIMS**

Pursuant to Local Rule 6.1, Plaintiff Heartland Recreational Vehicles, LLC ("Heartland") respectfully notifies the Court that Plaintiff's Counsel, Ryan M. Fountain, has agreed to Heartland's request for an initial four (4) day enlargement of time to answer or otherwise respond to Defendant's counterclaims. Heartland's response to the Counterclaim was originally due no later than December 4, 2008. Pursuant to this Notice, and by agreement of counsel for Defendant, the time for Heartland to answer or otherwise respond to Defendant's counterclaims is enlarged to and including December 8, 2008.

BAKER & DANIELS LLP


By: */s/ David P. Irmscher*
David P. Irmscher (#15026-02)
Abigail M. Butler (#22295-02)
111 East Wayne, Suite 800
Fort Wayne, Indiana 46802
Tel: 260.424.8000
Fax: 260.460.1700
david.irmscher@bakerd.com
abigail.butler@bakerd.com

ATTORNEYS FOR PLAINTIFF,
HEARTLAND RECREATIONAL
VEHICLES, LLC

## CERTIFICATE OF SERVICE

The undersigned counsel for plaintiff Heartland Recreational Vehicles, LLC, hereby certifies that a copy of the foregoing Notice of Initial Enlargement of Time to Respond to Counterclaims were served upon the following, this 5th day of December, 2008, by operation of the Court's ECF System.

Ryan M. Fountain
420 Lincoln Way West
Mishawaka, Indiana 46544-1902

ATTORNEY FOR DEFENDANT
FOREST RIVER, INC.

                                        BAKER & DANIELS

                                        */s/ David P. Irmscher*
                                        David P. Irmscher