UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ORDER

In the interest of the expeditious administration of justice and in accordance with L.R. 40.1(f) and General Order 2007-20, the following cases are REASSIGNED to Judge Allen Sharp:

| Case Number | Case Name |
|---|---|
| 3:08-CV-240 | Byers Jr v. Superintendent |
| 3:08-CV-242 | Granoukos v. Paradise RV LLC et al |
| 3:08-CV-267 | Lockhart v. Superintendent |
| 3:08-CV-269 | Beech v Superintendent |
| 3:08-CV-280 | Biomet Orthopedics LLC v. Vaughan et al |
| 3:08-CV-281 | Hunter v. Superintendent |
| 3:08-CV-307 | Potter v. Superintendent |
| 3:08-CV-320 | Bonds v. Superintendent |
| 3:08-CV-342 | Pittman v. Housing Authority of South Bend |
| 3:08-CV-346 | Mahone v Superintendent |
| 3:08-CV-367 | Oliver et al v. Housing Authority of South Bend et al |
| 3:08-CV-371 | Fahl v. Howie et al |
| 3:08-CV-379 | CH v. Michael Dvorak et al |
| 3:08-CV-406 | Bilello et al v. Toyota Motor Sales USA Inc |
| 3:08-CV-416 | Kolski et al v. Safeco Insurance Companies et al |
| 3:08-CV-449 | Hadley v. Superintendent |
| 3:08-CV-451 | Hertel v. To be announced |
| 3:08-CV-461 | Klinck v. Dukes Memorial Hospital |
| 3:08-CV-463 | Baxter v. Superintendent |
| 3:08-CV-470 | Snyder et al v. Tiller et al |
| 3:08-CV-484 | Bayless v. Ancilla Domini College |
| 3:08-CV-490 | Heartland Recreational Vehicles LLC v. Forest River Inc |
| 3:08-CV-495 | Roberts v. Superintendent |
| 3:08-CV-497 | Jones v. Miami Correctional Facility et al |
| 3:08-CV-518 | Hays v. Bardasian et al |
| 3:08-CV-523 | LifeLock Inc v. Does 1-5 |
| 3:08-CV-537 | Rizwan v. Quality Dining Inc |
| 3:08-CV-539 | Fifth Third Bank (Chicago) v. Manco LLC et al |
| 3:08-CV-540 | Beverly v. Superintendent |
| 3:08-CV-559 | Rasco v. Superintendent |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines.

SO ORDERED.

ENTERED:     January 6, 2009  

                                             /s/ Robert L. Miller, Jr.            
                                    Chief Judge
                                    United States District Court