# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| **HEARTLAND RECREATIONAL VEHICLES, LLC,** | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | )   CAUSE NO. 3:08-CV-490-AS-CAN ) |
| **FOREST RIVER, INC.,** | ) ) |
| Defendant/Counter-Claimant. | ) |

## ORDER

Forest River Inc.'s Motion for Continuance of Oral Argument (Doc. No. 19) having been duly considered, and for good cause shown, that motion is now **GRANTED** and it is **ORDERED** that the Oral Argument on the pending Motion to Dismiss shall be reset for February 6, 2009, at 2:30 p.m. in the first floor courtroom of the U.S. District Court in South Bend, Indiana.

**SO ORDERED.**

**DATED: January 12, 2009**

                                                /s/ ALLEN SHARP
                                         **ALLEN SHARP, JUDGE**
                                         **UNITED STATES DISTRICT COURT**