# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>FOREST RIVER, INC., )<br>       Defendant. | CASE NO.: 3:08-cv-490 AS- CAN<br><br>JURY DEMAND |

**FOREST RIVER'S MOTION TO AMEND PLEADING**

Forest River, Inc., requests permission to amend its "Answer, Defenses, and Counterclaims" in the manner of the attached "Amended Answer, Defenses, and Counterclaims."

Fed. R. Civ. P 15(a)(1)(A) permits a party to "amend its pleading once as a matter of course" before being served with a responsive pleading. There has been no responsive pleading served by Heartland. Instead, Heartland filed a motion to dismiss one of the Counterclaims under Fed. R. Civ. P. 12. Hopefully, this amended pleading will make that motion moot.

A proposed form of Order has been sent to chambers herewith.

Dated: January 12, 2009

Respectfully submitted,

s/Ryan M. Fountain

_____
Ryan M. Fountain (#8544-71)
    *RyanFountain@aol.com*
420 Lincoln Way West
Mishawaka, Indiana 46544
Telephone: (574) 258-9296
Telecopy: (574) 256-5137

1

Attorney for Defendant Forest River, Inc.

**Certificate of Service**

I certify that on January 12, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

David P. Irmscher	david.irmscher@bakerd.com
Abigail M. Butler	abidgail.bulter@bakerd.com

        s/Ryan M. Fountain
        _____
        Ryan M. Fountain
        Attorney for Defendant Forest River, Inc.