# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

HEARTLAND RECREATIONAL )
VEHICLES, INC., )
      Plaintiff, )
) CASE NO.:3:08-CV-490 RLM-CAN
v. )
)
FOREST RIVER, INC., )
      Defendant.

### FOREST RIVER'S MOTION TO COMPEL ENTRY ONTO LAND

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Forest River moves this Court for an Order compelling Heartland to permit the inspection described in "Forest River's Request for Entering onto Land to Heartland." A Memorandum in support of this motion is attached. A Certificate under Rule 37 is also attached. A proposed form of Order has been submitted to chambers concurrently.

Dated: January 18, 2009

Respectfully submitted,

s/Ryan M. Fountain

_____
Ryan M. Fountain (8544-71)
    RyanFountain@aol.com
420 Lincoln Way West
Mishawaka, Indiana 46544
Telephone: (574) 258-9296
Telecopy: (574) 256-5137

ATTORNEY FOR DEFENDANT

1

**Certificate of Service**

I certify that on January 18, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

David P. Irmscher  david.irmscher@bakerd.com
Abigail M. Butler  abidgail.bulter@bakerd.com

                s/Ryan M. Fountain
                _____
                Ryan M. Fountain
                Attorney for Defendant Forest River, Inc.