# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>FOREST RIVER, INC.,<br>　　　　Defendant. | CASE NO.: 3:08-cv-490 AS- CAN<br><br>JURY DEMAND |

## ORDER

"FOREST RIVER'S MOTION TO AMEND PLEADING" having been duly considered, and for good cause shown, that motion is now GRANTED and it is ORDERED that the amended pleading be now accepted for filing in this case.

Entered: January 29, 2009　　　　　　　　S/Christopher A. Nuechterlein
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court