# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| **HEARTLAND RECREATIONAL VEHICLES, LLC,** | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) |
| v. | )    **CAUSE NO. 3:08-CV-490-AS-CAN**<br>) |
| **FOREST RIVER, INC.,** | )<br>) |
| Defendant/Counter-Claimant. | ) |

## ORDER

This Court confirms that Oral Argument on the pending Motion to Dismiss shall go forward as scheduled on February 6, 2009 at 2:30 p.m. in South Bend. The motion shall be considered with respect to Forest River Inc.'s Amended Answer to the Complaint and Counterclaim (Doc. No. 25), as the amendments made do not negate the need to consider whether a "passing off" violation under the Lanham Act has been properly plead.

**SO ORDERED.**

**DATED: January 30, 2009**

                                             /s/ ALLEN SHARP
                                           **ALLEN SHARP, JUDGE**
                                           **UNITED STATES DISTRICT COURT**