# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

HEARTLAND RECREATIONAL )
VEHICLES, LLC, )
       Plaintiff, )
) CASE NO.:3:08-cv-490 AS- CAN
v. )
)
FOREST RIVER, INC., ) JURY DEMAND
       Defendant.

## ORDER

"FOREST RIVER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO HEARTLAND'S MOTION TO DISMISS FOREST RIVER, INC.'S CRIMINAL DECEPTION COUNTERCLAIM" having been duly considered, and for good cause shown, that motion is now GRANTED and it is ORDERED that Forest River shall have until March 27, 2009, to respond to Heartland's "Motion to Dismiss Forest River, Inc.'s Criminal Deception Counterclaim."

**SO ORDERED.**

Dated March 16, 2009

                      s/Christopher A. Nuechterlein
                      Christopher A. Nuechterlein
                      United States Magistrate Judge