UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEARTLAND RECREATIONAL ) | |
| VEHICLES, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CV-490 AS |
| ) | |
| FOREST RIVER INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On May 29, 2009, Defendant, Forest River Inc. ("Forest River"), filed a motion for extension of time to respond to Plaintiff's, Heartland Recreational Vehicles, LLC ("Heartland"), motion to dismiss. This Court notes that it is difficult to determine the exact reasons for Forest River's requested extension of time. In particular, Forest River spends considerable time outlining its potential responses to Heartland's motion, but Forest River fails to succinctly or effectively explain the reasons necessitating an extension of time. In addition, Forest River fails to state a specific length of time which would adequately meet Forest River's needs. Nevertheless, this Court now **GRANTS** Forest River's motion. [Doc. No. 44]. Forest River is afforded until **July 3, 2009** to file its response to Heartland's motion. Forest River is cautioned, however, that a failure to effectively and concisely explain its motions in the future could result in adversarial rulings against it.

**SO ORDERED.**

Dated this 2nd Day of June, 2009.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge