# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC,<br>    Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC.,<br>    Defendant. | )<br>)<br>)<br>) CASE NO.:3:08-cv-490 AS- CAN<br>)<br>)<br>) JURY DEMAND |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties respectfully request an extension of time until July 6, 2009, in which to amend the pleadings without leave of the Court. The May 4 Scheduling Order previously indicated that due date to be June 4, 2009. The reason for this extension is that the parties have as yet been unable to conducted discovery which is expected to indicate whether or not such amendment is appropriate.

A proposed form of Order has been sent to chambers herewith. The undersigned is authorized to file this motion on behalf of both parties.

Dated: June 4, 2009

Respectfully submitted,

s/Ryan M. Fountain

_____
Ryan M. Fountain (#8544-71)
   *RyanFountain@aol.com*
420 Lincoln Way West
Mishawaka, Indiana 46544
Telephone: (574) 258-9296
Telecopy: (574) 256-5137
Attorney for Defendant Forest River, Inc.

1

**Certificate of Service**

I certify that on June 4, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

David P. Irmscher     david.irmscher@bakerd.com
Abigail M. Butler     abidgail.bulter@bakerd.com

                                                   s/Ryan M. Fountain
                                                   _____
                                                   Ryan M. Fountain
                                                 Attorney for Defendant Forest River, Inc.