# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

HEARTLAND RECREATIONAL )
VEHICLES, INC., )
       Plaintiff, )
) CASE NO.:3:08-CV-490 RLM-CAN
v. )
)
FOREST RIVER, INC., )
       Defendant.

## ORDER

The "Joint Motion to Amend Scheduling Order" having been duly considered, that motion is now **DENIED**. Any attempt to amend the pleadings must be by motion and an order of the court pursuant to Rule 15(a)(2) of the Federal Rules of Civile Procedure.

SO ORDERED.

Dated: June 8, 2009

                                               S/Christopher A. Nuechterlein
                                               Christopher A. Nuechterlein
                                               Magistrate, United States District Court