# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, <br>     Plaintiff, <br><br> v. <br><br> FOREST RIVER, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) CASE NO.:3:08-cv-490 RLM CAN <br> ) <br> ) <br> ) JURY DEMAND |

### NOTICE OF ERROR IN HEARTLAND'S "DISCLOSURE OF CORPORATE INTERESTS CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1"

In Heartland's "Disclosure of Corporate Interests," filed with this Court on October 24, 2008, it certified to the Court that it had no parent companies. As a result of the deposition of Heartland's President, Brian Brady, by Forest River on June 15, 2009, that certificate was shown to be false, as evidenced also by the attached trial Exhibit 4, a "Corporate Disclosure Statement" filed on November 8, 2008, by Heartland in a co-pending federal lawsuit in another court.

On June 15, 2009, Forest River requested that Heartland now accurately inform the Court of the ownership interests of its parent companies. Heartland has failed to do so for the past month. Accordingly, in the event that it becomes relevant to the reassignment of this case as a result of Judge Sharp's passing, Forest River requests the Court to note that Heartland does have several parent corporations, at least as indicated on Exhibit 4, and that at least Catterton Partners of Greenwich, CT appears to have a controlling interest in Heartland.

Dated: July 16, 2009                                Respectfully submitted,

1

s/Ryan M. Fountain
                                    _____
                                    Ryan M. Fountain (#8544-71)
                                        *RyanFountain@aol.com*
                                    420 Lincoln Way West
                                    Mishawaka, Indiana  46544
                                    Telephone: (574) 258-9296
                                    Telecopy: (574) 256-5137
                                    Attorney for Defendant Forest River, Inc.

**Certificate of Service**

I certify that on July 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

David P. Irmscher        david.irmscher@bakerd.com
Abigail M. Butler        abidgail.bulter@bakerd.com

                                    s/Ryan M. Fountain
                                    _____
                                    Ryan M. Fountain
                                    Attorney for Defendant Forest River, Inc.