IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FOREST RIVER, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 3:08-CV-490 RLM <br> CAN |

**SUPPLEMENTAL DISCLOSURE OF CORPORATION INTERESTS**
**CERTIFICATE PURSUANT TO FED. R. CIV. PRO. 7.1(b)**

Pursuant to Fed. R. Civ. Pro. 7.1(b), counsel of record for Plaintiff, Heartland Recreational Vehicles, LLC, hereby discloses the following corporate interests:

1. The parent companies of the corporation: All of the ownership interests of plaintiff are owned by Towable Holdings, Inc., which is a wholly-owned subsidiary of Heartland RV Holdings, LP.

2. Any publicly held company that owns 10% or more of its stock: None.

BDDB01 5772367V1

Dated: July 17, 2009

BAKER & DANIELS LLP

By: */s/ David P. Irmscher*
David P. Irmscher (#15026-02)
Abigail M. Butler (#22295-02)
111 East Wayne, Suite 800
Fort Wayne, Indiana 46802
Tel: 260.424.8000
Fax: 260.460.1700
david.irmscher@bakerd.com
abigail.butler@bakerd.com

ATTORNEYS FOR PLAINTIFF,
HEARTLAND RECREATIONAL
VEHICLES, LLC

## CERTIFICATE OF SERVICE

The undersigned counsel for plaintiff Heartland Recreational Vehicles, LLC, hereby certifies that a copy of the foregoing SUPPLEMENTAL DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE PURSUANT TO FED. R. CIV. PRO. 7.1(b) was served upon the following, this 17th day of July, 2009, by operation of the Court's ECF System.

Ryan M. Fountain
420 Lincoln Way West
Mishawaka, Indiana 46544-1902

ATTORNEY FOR DEFENDANT
FOREST RIVER, INC.

BAKER & DANIELS

*/s/ David P. Irmscher*
David P. Irmscher

-2-

BDDB01 5772367V1