# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## **ORDER**

Due to the passing of the Honorable Judge Allen Sharp, the Clerk is hereby directed to reassign the following cases from Judge Allen Sharp to Judge Theresa L. Springmann as the presider for all further proceedings:

| Case Number | Case Name |
|---|---|
| 3:08-cv-280-AS-CAN | Biomet Orthopedics, LLC v. Vaughan, et al |
| 3:08-cv-484-AS-CAN | Bayless v. Ancilla Domini College |
| 3:08-cv-490-AS-CAN | Heartland Recreational Vehicles, LLC v. Forest River, Inc. |
| 3:08-cv-497-AS-CAN | Jones v. Miami Correctional Facility, et al |
| 4:06-cv-121-AS-APR | Williams v. Hainje, et al |
| 4:07-cv-79-AS | Nevitt v. Menard, Inc. |
| 4:08-cv-27-AS-PRC | Ramada Worldwide, Inc. v. Lafayette Hotel Partnership LP, et al |
| 4:08-cv-55-AS-PRC | American Casualty Company of Reading Pennsylvania v. Schilli Transportation Services, Inc., et al |
| 4:08-cv-59-AS-PRC | Holland v. Jefferson Pilot Financial Insurance Company, et al |
| 4:08-cv-84-AS-PRC | Miller v. Commissioner of Social Security |
| 4:09-cv-9-AS-APR | Inman v. Wabash National Corporation |
| 4:09-cv-14-AS-PRC | Hines v. Temian, et al |
| 4:09-cv-25-AS-PRC | Paddack v. Life Insurance Company of North America |
| 4:09-cv-44-AS-APR | ArrivalStar SA v. Dynamex, Inc., et al |
| 4:09-cv-52-AS-PRC | Byrd v. ConAgra Foods, Inc. |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

**IT IS SO ORDERED**.

**DATED**: August 4, 2009              /s/ **Robert L. Miller, Jr.**
                                        **Chief Judge, U.S. District Court**
                                        **Northern District of Indiana**