# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | | |
|---|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC,<br>    Plaintiff,<br><br>    v.<br><br>FOREST RIVER, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 3:08-cv-490 TLS-CAN |

## LOCAL RULE 37.1 CERTIFICATION RE: HEARTLAND'S MOTION FOR PROTECTIVE ORDER QUASHING SUBPOENAS TO NON-PARTIES

Pursuant to Federal Rule of Civil Procedure 26(c)(1) and Local Rule 37.1, counsel for Heartland Recreational Vehicles, LLC ("Heartland") certifies that it has conferred in good faith with counsel for Forest River, Inc. ("Forest River") before filing its Motion for Protective Order Quashing Subpoenas to Non-Parties.

On September 25, 2009, Heartland counsel David Irmscher conferred telephonically with Forest River counsel Ryan Fountain regarding Heartland's concerns related to the subpoenas duces tecum issued to non-parties RSM McGladrey, Inc., Fifth Third Bank, and Crowe Horwath, LLC.

However, despite the parties' good faith discussions, they were unable to resolve the discovery dispute arising from the issuance of the subpoenas. Therefore, Heartland has filed its Motion seeking relief from the Court.

BAKER & DANIELS LLP

By: */s/ David P. Irmscher*
David P. Irmscher (#15026-02)
Abigail M. Butler (#22295-02)
111 East Wayne, Suite 800
Fort Wayne, Indiana 46802
Tel: 260.424.8000
Fax: 260.460.1700
david.irmscher@bakerd.com
abigail.butler@bakerd.com

ATTORNEYS FOR PLAINTIFF,
HEARTLAND RECREATIONAL
VEHICLES, LLC

**CERTIFICATE OF SERVICE**

The undersigned counsel for plaintiff Heartland Recreational Vehicles, LLC, hereby certifies that a copy of the foregoing LOCAL RULE 37.1 CERTIFICATION RE: HEARTLAND'S MOTION FOR PROTECTIVE ORDER QUASHING SUBPOENAS TO NON-PARTIES was served upon the following, this 28th day of September, 2009, by operation of the Court's ECF system:

Ryan M. Fountain
420 Lincoln Way West
Mishawaka, Indiana 46544-1902

*/s/ David P. Irmscher*
David P. Irmscher