# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, <br> Plaintiff, <br><br> v. <br><br> FOREST RIVER, INC., <br> Defendant. | CASE NO.: 3:08-cv-490 <br><br> JURY DEMAND |

### FOREST RIVER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO HEARTLAND'S MOTION FOR PROTECTIVE ORDER QUASHING SUBPOENAS TO NON-PARTIES

Pursuant to Local Rule 6.1(b), Forest River respectfully requests a one day initial extension of time in which to submit its response to Heartland's Motion (docket #57 in this case) due to personal obligations of Plaintiff's counsel. That response was initially due today, October 16, 2009, and would be due on Monday, October 19, 2009, with this extension. The undersigned counsel spoke with David Irmscher, Heartland's lead counsel of record, today concerning this request and was informed that Heartland does not oppose this request. A proposed form of order has been forwarded to chambers herewith.

Dated: October 16, 2009

Respectfully submitted,

s/Ryan M. Fountain

_____
Ryan M. Fountain (#8544-71)
*RyanFountain@aol.com*
420 Lincoln Way West

1

Mishawaka, Indiana 46544

Telephone: (574) 258-9296
Telecopy: (574) 256-5137
Attorney for Defendant Forest River, Inc.

**Certificate of Service**

I certify that on October 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

David P. Irmscher    david.irmscher@bakerd.com
Abigail M. Butler    abidgail.bulter@bakerd.com

    s/Ryan M. Fountain
    _____
    Ryan M. Fountain
    Attorney for Defendant Forest River, Inc.