# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>) CASE NO.:3:08-cv-490 AS- CAN<br>)<br>)<br>)　JURY DEMAND |

## ORDER

"Forest River's Unopposed Motion for Extension of Time to Respond to Heartland's Motion for Protective Order Quashing Subpoenas to Non-parties" having been duly considered, and for good cause shown, that motion is now GRANTED and it is ORDERED that Forest River shall have until October 19, 2009, to respond to Heartland's "Motion for Protective Order Quashing Subpoenas to Non-parties."

**SO ORDERED**.

Dated this 19th Day of October, 2009.

　　　　　　　　　　　　　　　　　　　　　　S/Christopher A. Nuechterlein
　　　　　　　　　　　　　　　　　　　　　　Christopher A. Nuechterlein
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge