## UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, <br>     Plaintiff, <br><br> v. <br><br> FOREST RIVER, INC., <br>     Defendant. | CASE NO.:3:08-cv-490 <br><br> JURY DEMAND |

### FOREST RIVER'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO HEARTLAND'S MOTION FOR PROTECTIVE ORDER QUASHING SUBPOENAS TO NON-PARTIES

Pursuant to Local Rule 6.1(b), Forest River respectfully requests a second one day extension of time in which to submit its response to Heartland's Motion (docket #57 in this case) due to continued and unexpected personal obligations of Plaintiff's counsel. That response was initially due Friday, October 16, 2009, then was extended to be due today, and now would be due on Tuesday, October 20, 2009, with this extension. The undersigned counsel spoke with David Irmscher, Heartland's lead counsel of record, today concerning this request and was informed that Heartland does not oppose this request. A proposed form of order has been forwarded to chambers herewith.

Dated: October 19, 2009

Respectfully submitted,

s/Ryan M. Fountain

_____

Ryan M. Fountain (#8544-71)

1

*RyanFountain@aol.com*
420 Lincoln Way West
Mishawaka, Indiana  46544

Telephone: (574) 258-9296
Telecopy: (574) 256-5137
Attorney for Defendant Forest River, Inc.

**Certificate of Service**

I certify that on October 19, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

| | |
|---|---|
| David P. Irmscher | david.irmscher@bakerd.com |
| Abigail M. Butler | abidgail.bulter@bakerd.com |

                                                    s/Ryan M. Fountain
                                                    _____
                                                    Ryan M. Fountain
                                                    Attorney for Defendant Forest River, Inc.