# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, <br>     Plaintiff, <br> v. <br><br> FOREST RIVER, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) CASE NO.:3:08-cv-490 <br> ) <br> ) <br> ) JURY DEMAND |

## FOREST RIVER'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO HEARTLAND'S MOTION FOR PROTECTIVE ORDER QUASHING SUBPOENAS TO NON-PARTIES

Pursuant to Local Rule 6.1(b), Forest River respectfully requests a third extension of time in which to submit its response to Heartland's Motion (docket #57 in this case) due to equipment difficulties encountered when attempting to create electronic formatted exhibits for use in the motion. That response was initially due Friday, October 16, 2009, and now would be due on Monday, October 26, 2009, with this extension. The undersigned counsel spoke with David Irmscher, Heartland's lead counsel of record, today concerning this request and was informed that Heartland does not oppose this request. A proposed form of order has been forwarded to chambers herewith.

Dated: October 20, 2009

Respectfully submitted,

s/Ryan M. Fountain

_____

Ryan M. Fountain (#8544-71)

1

RyanFountain@aol.com  
420 Lincoln Way West  
Mishawaka, Indiana 46544  

Telephone: (574) 258-9296  
Telecopy: (574) 256-5137  
Attorney for Defendant Forest River, Inc.

**Certificate of Service**

I certify that on October 20, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

David P. Irmscher    david.irmscher@bakerd.com  
Abigail M. Butler    abidgail.bulter@bakerd.com

                                                       s/Ryan M. Fountain  
                                                       _____  
                                                       Ryan M. Fountain  
                                                       Attorney for Defendant Forest River, Inc.