# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, Plaintiff, | ) ) ) ) CASE NO.:3:08-cv-490 AS- CAN |
| v. | ) ) |
| FOREST RIVER, INC., Defendant. | ) JURY DEMAND |

## ORDER

"Forest River's Second Unopposed Motion for Extension of Time to Respond to Heartland's Motion for Protective Order Quashing Subpoenas to Non-parties" having been duly considered, and for good cause shown, that motion is now GRANTED and it is ORDERED that Forest River shall have until October 20, 2009, to respond to Heartland's "Motion for Protective Order Quashing Subpoenas to Non-parties."

**SO ORDERED.**

Dated October 20, 2009

S/Christopher A. Nuechterlein  
Christopher A. Nuechterlein  
United States Magistrate Judge