# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, <br> Plaintiff, <br><br> v. <br><br> FOREST RIVER, INC., <br> Defendant. | CASE NO.: 3:08-cv-490 AS- CAN <br><br><br> JURY DEMAND |

## ORDER

"Forest River's Third Unopposed Motion for Extension of Time to Respond to Heartland's Motion for Protective Order Quashing Subpoenas to Non-parties" having been duly considered, and for good cause shown, that motion is now GRANTED and it is ORDERED that Forest River shall have until October 26, 2009, to respond to Heartland's "Motion for Protective Order Quashing Subpoenas to Non-parties." This will be the last extension of time afforded to Forest River, Inc. to respond to Heartland's motion.

SO ORDERED

DATED: October 22, 2009

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge