## UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | | |
|---|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, <br>     Plaintiff, <br> <br> v. <br> <br> FOREST RIVER, INC., <br>     Defendant. | ) ) ) ) ) ) ) ) ) | CASE NO.: 3:08-cv-490 TLS-CAN |

## **O R D E R**

This matter comes before the Court on Heartland Recreational Vehicles, LLC's ("Heartland") Motion for Leave to File Brief in Excess of Twenty-Five Pages. The Court, being fully advised, hereby grants the motion and orders as follows:

Heartland is granted leave to file a brief not to exceed forty (40) pages in support of its forthcoming Motion for Summary Judgment.

DATED: December 18, 2009

                                                                         S/Christopher A. Nuechterlein
                                                                         Christopher A. Nuechterlein
                                                                         United States Magistrate

**DISTRIBUTION**:

David P. Irmscher (#15026-02)
Abigail M. Butler (#22295-02)
111 East Wayne, Suite 800
Fort Wayne, Indiana 46802

Attorneys for Heartland Recreational Vehicles, LLC

Ryan M. Fountain
420 Lincoln Way West
Mishawaka, Indiana 46544-1902

Attorney for Forest River, Inc.

BDDB01 5954131v1

BDDB01 5954131v1