UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | | |
|---|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO.: 3:08-cv-490 TLS-CAN |
| FOREST RIVER, INC., | ) ) | |
| Defendant. | ) | |

## APPENDIX IN SUPPORT OF
## HEARTLAND'S MOTION FOR SUMMARY JUDGMENT

Pursuant to N.D. Ind. L.R. 56.1 and Fed. R. Civ. P. 56, Heartland Recreational Vehicles, LLC ("Heartland"), submits the following Appendix in Support of its Motion for Summary Judgment.

| **Tab #** | **DESCRIPTION** |
|---|---|
| A. | Deposition excerpts of Barnes & Thornburg Attorney Gregory Cooper |
| B. | Barnes & Thornburg prosecution file excerpts (the "B&T File") |
| C. | Deposition excerpts of Scott Tuttle |
| D. | Deposition excerpts of Barnes & Thornburg Attorney Gerard Gallagher |
| E. | Deposition excerpts of John Rhymer |
| F. | July 11, 2005 letter from Forest River's Pete Liegl to Gerard Gallagher |
| G. | Baker & Daniels prosecution file excerpts (the "B&D File") |
| H. | U.S. Patent No. 7,278,650 (Brady et al.) |
| I. | Deposition excerpts of Brian Brady |
| J. | The Eliminator trailer |
| K. | Amended Answer, Defenses, and Counterclaims |
| L. | Roadmaster Frame |
| M. | Forest River Cardinal frame |

N. Deposition excerpts of Doug Lantz

O. Deposition excerpts of Timothy Hoffman

P. Heartland's Amended Notice of Deposition to Forest River

Q. Signature Page for Forest River's Responses to Heartland's First Set of Interrogs.

R. Deposition excerpts of Jeffrey Babcock, Forest River's 30(b)(6) Designee

S. Petition for Acceptance of Revocation of Power of Attorney, etc.

T. Expert Report of Jay G. Taylor

U. Affidavit of Jay G. Taylor

V. United States Patent No. 6,343,830 (Ingram et al.)

W. United States Patent No. 6,860,545 (Ingram et al.)

X. United States Patent No. 6,170,903 (Crean)

Y. United States Patent No. 5,746,473 (Crean)

Z. United States Patent No. 4,767,132 (Avery)

AA. United States Patent Application No. 2002/0003341 (Hall)

BB. Foreign publication DE 3321306

CC. Cherokee trailer

DD. Holiday Rambler trailer

EE. Space Craft trailer

FF. Shadow Cruiser trailer

GG. Catalina Coachmen trailer

HH. United States Patent No. 6,231,115 (Crean)

II. Trail Bay Hauler

JJ. Forest River's Response to Heartland's First Set of Interrogatories (excerpts)

KK. Affidavit of Bryan Walczak

LL. Forest River Trade Show Dealer List

MM. Diagram depicting fifth wheel turning radius prior to Heartland's invention

NN. Photograph depicting turning radius of Heartland Landmark fifth wheel

OO. Forest River's Initial and Supplemental Disclosures

BAKER & DANIELS LLP

By: */s/ David P. Irmscher*
David P. Irmscher (#15026-02)
Abigail M. Butler (#22295-02)
111 East Wayne, Suite 800
Fort Wayne, Indiana 46802
Tel: 260.424.8000
Fax: 260.460.1700
david.irmscher@bakerd.com
abigail.butler@bakerd.com

ATTORNEYS FOR PLAINTIFF,
HEARTLAND RECREATIONAL
VEHICLES, LLC

## CERTIFICATE OF SERVICE

The undersigned counsel for plaintiff Heartland Recreational Vehicles, LLC, hereby certifies that a copy of the foregoing was served upon the following, this 21st day of December, 2009, by operation of the Court's electronic filing system:

>Ryan M. Fountain
>420 Lincoln Way West
>Mishawaka, Indiana 46544-1902

*/s/ David P. Irmscher*
David P. Irmscher