# Tab CC

BDDB01 5962878v1



Cherokee Industries, Inc. trailer and VIN plate

# Tab DD

BDDB01 5962878v1



"Eliminator" frame by Forest River



Holiday Rambler Crown Imperial model trailer

# Tab EE

BDDB01 5962878v1





### 5th Wheel Photo Gallery

### Floor Plans

### Standard Equipment

**Back**    **Home**

# Tab FF

BDDB01 5962878v1





&lt; Back    1 of 6 Image(s)    Next &gt;

Click on image(s) to enlarge view



## 1994 Shadow Cruiser Shadow Cruiser

| | |
|---|---|
| Stock # | U65167 |
| Year | 1994 |
| Manufacturer | Shadow Cruiser |
| Model | Shadow Cruiser |
| RV Type | Fifth Wheel |
| Length | 27' 0" |
| Location | Seffner, FL |
| Price | Contact Seller! |

### SPECIFICATIONS

| | |
|---|---|
| Condition | Used |
| Fuel Type | n/a |
| Mileage | 0 |

### DESCRIPTION

**SELLER INFORMATION**



800.626.7800
www.lazydays.com

Lazydays RV SuperCenter, Inc.
6130 Lazydays Boulevard
Seffner, FL 33584
Phone: 800-626-7800

View Our Showroom




1993 Shadow Cruiser