# Tab GG

BDDB01 5962878v1

1994 Catalina Travel Trailers & Fifth Wheels



# Tab HH

BDDB01 5962878v1

(12) **United States Patent**
Crean


US006231115B1

(10) Patent No.: US 6,231,115 B1
(45) Date of Patent: May 15, 2001

(54) CHASSIS FOR A FIFTH WHEEL TRAVEL TRAILER

(75) Inventor: Johnnie Robert Crean, Chino, CA (US)

(73) Assignee: Alfa Leisure, Inc., Chino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/493,337

(22) Filed: Jan. 28, 2000

(51) Int. Cl.7 ................................................. B62D 63/06
(52) U.S. Cl. ........................................ 296/182; 280/789
(58) Field of Search .............................. 296/181, 182, 296/183, 204; 280/789

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,300,839 | 1/1967 | Lichti . |
| 3,735,998 | 5/1973 | Green . |
| 4,147,379 | 4/1979 | Winslow . |
| 4,971,355 | 11/1990 | Studdard . |
| 5,028,072 | 7/1991 | Lindsay . |
| 5,112,082 * | 5/1992 | Clelland ............... 296/182 X |
| 5,143,418 * | 9/1992 | Fouquet ................ 296/182 |
| 5,242,185 | 9/1993 | Carr et al. . |
| 5,401,050 * | 3/1995 | Baker ................... 296/182 X |
| 5,403,063 | 4/1995 | Sjostedt et al. . |
| 5,746,473 | 5/1998 | Crean . |
| 5,791,726 | 8/1998 | Kaufman . |

* cited by examiner

Primary Examiner—Joseph D. Pape
(74) Attorney, Agent, or Firm—Knobbe Martens, Olson & Bear, LLP

(57) **ABSTRACT**

A fifth wheel travel trailer having an improved chassis, the chassis comprising a rear section, a mid-section, and a front section disposed in vertically offset horizontal planes. The trailer further comprises a carriage member having a plurality of rotatable wheels mounted underneath the rear section of the chassis and a housing member having an interior living space formed therein mounted above the chassis. The rear section of the chassis comprises a pair of main longitudinal members each having a pair of stacked I-beams such that upper surfaces of the main longitudinal members define a first horizontal mounting plane suitably elevated above the wheels of the carriage assembly so as to enable a rear section of a floor assembly to mount directly to the rear section of the chassis in the first mounting plane to thereby increase the rigidity of the rear section of the chassis. The rear section of the chassis further comprises a plurality of inner cross members that interconnect the main longitudinal members in a perpendicular manner such that upper surfaces of the inner cross members define a second horizontal mounting plane so as to enable a lower horizontal wall to mount to the chassis in the second mounting plane to thereby define a plurality of channels disposed between the rear section of the floor assembly, the lower horizontal mounting plane, and the main longitudinal members. The rear section of the chassis further comprises a plurality of inner longitudinal members disposed between the main longitudinal members and mounted to the chassis in the second mounting plane such that upper surfaces of the inner longitudinal members are disposed in the first mounting plane so as to enable the rear section of floor assembly to mount thereto and so as to longitudinally extend the channels.

**26 Claims, 8 Drawing Sheets**





FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B

FIG. 2C