14
5   Q. Did you discuss prior art at that time with
6      Mr. Tuttle?
7           MR. LADUE: At what time?
8   BY MR. IRMSCHER:
9   Q. At the time that you were preparing the provisional
10     application?
11  A. I don't recall

-----------------

19
23  Q. Okay. Do you recall any input that you received from
24     Mr. Tuttle with respect to the draft application?
25          MR. LADUE: At what time?

20
1   BY MR. IRMSCHER:
2   Q. In revising the draft application to prepare it to be
3      actually filed with the patent office?
4   A. Oh, I don't recall. There could have been.

----------------------

20
16  Q. Did you have any discussions with Mr. Tuttle, or
17     anyone else at Heartland, about what it took to be an
18     inventor?
19  A. Specific discussions?
20  Q. Yep.
21  A. I don't recall that -- well, I don't recall them
22     specifically, but we would have, in order to get this
23     document.

21
7   Q. So you would have communicated with Mr. Tuttle that
8      requirement, and he gave -- gives you this list back,
9      is that the way you under -- you recall it going?
10  A. Correct.
11  Q. Okay. Do you remember having any discussion about
12     any particular one of the people on that list, or is
13     it just the list comes back, and that's what you
14     used?
15  A. I don't recall any discussion.