206

4  Q  Okay.  When you met with the Barnes & Thornburg
5     attorneys at the time that you were in the
6     process of having this provisional patent
7     application prepared, did they explain to you
8     what your obligations were in terms of disclosing
9     information to the patent office?
10  A  No.
11  Q  Had you ever filed a patent application before?
12  A  No.
13  Q  Did you have any understanding of the rules of
14     patent office procedure before that point in
15     time?
16  A  No.
17  Q  After you filed the provisional and when it came
18     time to convert it into a utility application,
19     did anybody at Barnes & Thornburg explain to you
20     what your obligations were in terms of disclosing
21     information to the patent office?
22  A  Not that I recall.
23  Q  After you changed attorneys and had Baker-Daniels
24     represent you in the prosecution of the patent
25     applications, at any time did one of those

207

1     attorneys explain to you what your obligations
2     were in terms of disclosing information to the
3     patent office?
4  A  No.
5  Q  Okay.  Similarly, at any time with regard to the
6     provisional or the patent application that
7     eventually became the patent in this lawsuit or
8     any other patent application in connection with
9     that, did either the attorneys at Barnes &
10     Thornburg or Baker-Daniels explain to you what
11     relevant prior art was in connection with your
12     invention?
13  A  No.
14  Q  Did they ask you for information about the level
15     of ordinary skill in the art?
16  A  No.
17  Q  Did they explain to you what it means to be an
18     inventor?
19  A  No.
20  Q  Did they explain to you what was being claimed in

Dockets.Justia.com

21    the patent applications?
22  A  I guess my understanding is that we were telling
23    them what was being claimed in the patent
24    application.  So, I don't know that they ever
25    explained any further than that.

 1  Q  Okay.  At any time during the process of
 2    provisional or pending application or
 3    continuation applications, did either the
 4    attorneys at Baker-Daniels or Barnes & Thornburg
 5    explain to you anything about the communications
 6    with the patent office that they were going
 7    through?
 8  A  No.