38

 2  Q  Can you tell us what this letter is?
 3  A  It is a letter from Mr. Cooper transmitting to
 4     Mr. Tuttle a copy of the filed utility
 5     application and enclosing the declarations and
 6     powers of attorney for the inventors to sign,
 7     explaining what those declarations mean and
 8     explaining what the duty of disclosure is and
 9     requesting pertinent information.
10  Q  Did you send any letters similar to this to any
11     of the inventors in this case?
12  A  I don't recall if I did or didn't.
13  Q  Is this a standard letter, in your opinion, or
14     would you characterize it as that?
15  A  I'd characterize it as a form letter that's
16     routinely sent.

43

25  Q  Why did you have your paralegal send these

44

 1     letters to Mr. Tuttle?
 2  A  To update him on the status of publication.  We
 3     were, as I recall, monitoring this pretty
 4     closely.  This, in fact, may even be a
 5     Baker-Daniels form letter.  I can't recall at --
 6     at this point.  I -- I think that it is.  It was
 7     probably routinely sent to all clients at a
 8     certain time.
 9  Q  Why would the publication date change from
10     September 29th to December 29th?
11  A  I assume for some reason internal to the patent
12     office.  I don't -- I don't know why.
13  Q  That's a patent office issue?
14  A  I believe it would be.