## Ryan Fountain

**From:** David Pitman [dpitman@fulpat.com]
**Sent:** Monday, December 14, 2009 8:26 PM
**To:** RyanFountain@aol.com
**Subject:** Jay Taylor

Dear Ryan,

I have been trying to contact you regarding the transcript of Jay Taylor's testimony.

Could I ask you to provide me with Jays telephone no.? I will forward the transcripts to Jay, and he will furnish you with them.

Regards,
David Pitman

David J. Pitman
Partner
Fulwider Patton LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, CA 90045
T: 310.242.2662
F: 310.824.9696

The contents of this e-mail message and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this communication in error, please notify us immediately by return e-mail or by telephone, 310-824-5555, and delete and/or destroy all copies of the message immediately.