June 29, 1943.   J. M. FOSTER   2,322,841
VEHICLE FRAME
Filed July 8, 1940    4 Sheets-Sheet 4



INVENTOR
JAMES MADISON FOSTER
by J. Weatherford
Atty.