DATE: 12/21/09 11:04:06 RECAP PRO FORMA FOR WORK DATES 010103 TO 113009 FOR FID (0003674-082757) 0003674-082757   Page 1 (1)

```
Proforma Number     12/21/09
0003674             HEARTLAND RECREATIONAL VEHICLES, LLC    Billing Attorney: Gregory Cooper
0003674-082757      PRO-IMPROVED FIFTH WHEEL                Bill Instructions:
```

Arrangement: Hourly                                    PROFORMA SUMMARY                    Contact/Reference:
Proforma Template: TT
Time & Other Charges Thru: 11/30/09                    Prepared as of 12/21/09
Single Matter Bill Format       NB
Joint Bill Format      WJ            Joint Group Id.

Date Matter Opened: Mar 16, 2004                                                          Last Bill Date: 04/29/05
Matter Dept. 12      Intellectual Property
Area of Law 913

YTD Fees Billed         .00          Life-To-Date Fees Billed         2,429.50
YTD Chgs Billed         .00          Life-To-Date Chgs Billed           154.05

==========================================================================================

                                     Billing Attorney 00783  GXC   G. Cooper

Client/Matter                                       ------- Fee Summary -------
                                            Hours      Matter Value    Other Charges
HEARTLAND RECREATIONAL VEHICLES, LLC
PRO-IMPROVED FIFTH WHEEL                    13.40         2,429.50          154.05

                Interim Fee Balance                           .00
                Unapplied A/R Balance                         .00

==========================================================================================

> > > > TO ACCOUNTING:

PLEASE BILL AS FOLLOWS:

    Bill Date ___/___/___          Amount to be Billed      Amount to be Written-off

        Fees                       $ _____          $ _____

        Other Charges              $ _____          $ _____

        Billing Attorney Signature _____

DEPARTMENTAL ADMINISTRATOR APPROVAL _____
(required if total amount of Fees & Charges written-off exceeds $1,000)

OFFICE OR FIRM MANAGING PARTNER APPROVAL _____
(also required if write-off exceeds $3,000)

BAT0000637


EXHIBIT B

```
************ BILLING ADDRESS ************          ************ CLIENT BILLING ADDRESS ************
00036743  HEARTLAND RECREATIONAL VEHICLES, LLC      HEARTLAND RECREATIONAL VEHICLES, LLC
          1001 ALL PRO DRIVE                        1001 ALL PRO DRIVE
          ELKHART, IN 46514                         ELKHART, IN 46514
```

0003674 3-082757    PRO-IMPROVED FIFTH WHEEL

00000  PHASE CATEGORY

| Index | Timekeeper | Date | Hours | Stat | Matter Value | Task | Activity Description of Services Rendered |
|-------|-----------|----------|-------|------|-------|------|----------------------|
| 6516971 | 00736 RR | 03/08/04 | .60 | B | 57.00 | | Prepared engagement letter, conducted conflicts search and credit report; opened new provisional patent application file, created new record in docket system. |
| 6552903 | 00783 GZC | 03/09/04 | 7.00 | B | 1,575.00 | | Began drafting provisional patent application including modifying drawings and drafting the specification. |
| 6552909 | 00783 GZC | 03/11/04 | .50 | B | 112.50 | | Revised provisional patent application with new disclosure directed to the utility center. |
| 6535023 | 00736 RR | 03/29/04 | 2.00 | B | 190.00 | | Calculated fees; ordered check; prepared transmittal sheet, labels, Certificate under 37 CFR 1.10; placed express mail number on required pages; and forwarded provisional application and all related papers to the U.S. Patent and Trademark Office via Express Mail re: "Improved Fifth Wheel Trailer". |
| 6553013 | 00783 GZC | 03/29/04 | .60 | B | 135.00 | | Conference with Scott Tuttle and prepared provisional patent application for filing. |
| 6609723 | 00783 GZC | 04/13/04 | .10 | B | 22.50 | | Drafted reporting letter to Scott Tuttle regarding filing of provisional patent application. |
| 6688165 | 00736 RR | 06/02/04 | .50 | B | 47.50 | | Reviewed Official Filing Receipt received from the USPTO; docketed new information, reported to client re: "Improved Fifth Wheel Trailer". |
| 6837496 | 00783 GZC | 08/03/04 | .30 | B | 67.50 | | Reviewed assignment and prepared the same for filing in the United States Patent and Trademark Office. |
| 6883960 | 00736 RR | 09/14/04 | .50 | B | 47.50 | | Reviewed recorded Assignment received from |

B&T000638

===============================================================================================================

| | | | | |
|---|---|---|---|---|
| 7062589 | 00736 RR | 12/29/04 | .50 B | 50.00 | UBPTO; docketed new information; prepared reporting letter, forwarded original Assignment to client re: "Improved Fifth Wheel Trailer". |
| 7180373 | 00736 RR | 02/28/05 | .50 B | 50.60 | Prepared 9 month reminder letter to client advising of deadline for obtaining U.S. filing date priority and filing of U.S. utility patent applications; forwarded to client re: "Improved Fifth Wheel Trailer". |
| 7254614 | 00783 GZC | 03/14/05 | .30 B | 74.40 | Prepared 11 month final reminder letter to client advising of deadline for obtaining U.S. filing date priority and filing of U.S. utility patent applications; forwarded to client re: "Improved Fifth Wheel Trailer". |
| 00000 ** Phase Total ** | | | 13.40 | 2,429.50 | Conference with Mr. Tuttle regarding patent filings; drafted memo to file. |
| | | | ========= | ========= | MISCELLANEOUS |
| Total Fees | | | 13.40 | 2,429.50 | Time Entries Excluded Because of Date Range |
| | | | | .00 | |
| | | | | ========= | |
| | | | | 2,429.50 | Total Time Value in Work in Progress |

Other Charges:

| Index | Timekeeper | Date | Stat Code | Quant | Amount | Description | Check # |
|---|---|---|---|---|---|---|---|
| 00895406 | 00783 GZC | 03/29/04 B | 069 | 00001 | 80.00 | Filing Fee for Patent Application - Commissioner of Patents and Trademarks - Fee for filing provisional patent application - 3/29/04 - GZC | 17560 |
| 00909942 | 00783 GZC | 04/01/04 B | 132 | 00020 | 15.00 | Color Copies | |
| 00916931 | 00783 GZC | 05/19/04 B | 130 | 00001 | 13.65 | Postage and Express Mail - Postmaster - 3/29/04 | |
| 00989587 | 09999 firm | 08/27/04 B | 078 | 00001 | 40.00 | Patent Deposit Account Transactions - Recording each patent assignment, agreement or other | 1212246 |
| | | | 004 | 00040 | 5.40 | paper, per property Copying Charges | |
| | | | | | ========= | | |
| | | | | | 154.05 | | |
| | | | | | .00 | Other Charges Excluded Because of Date Range | |
| | | | | | --------- | | |
| Total Other Charges | | | | | 154.05 | Total Other Charges | |

B&T000639

## Time Code Summary

| Activity Task Phase | | Matter Value by Code |
|---|---|---|
| | | Activity Task Phase |
| 00000 | MISCELLANEOUS | .00 |
| | | .00 |
| | | 2,429.50 |
| | | 2,429.50 |

## Time Summary By Timekeeper

| Timekeeper | | Hours | Standard Value | Matter Value | $/Hr | Last WIP Date |
|---|---|---|---|---|---|---|
| 00736 RR | R. Bailey-Reed | 4.60 | 713.00 | 442.60 | 96.22 | 02/28/05 |
| 00783 GXC | G. Cooper | 8.80 | 3,476.00 | 1,986.90 | 225.78 | 03/14/05 |
| Grand Total Fees | | 13.40 | 4,189.00 | 2,429.50 | | |
| Grand Total Other Charges | | | 154.65 | 154.05 | | |
| | | | 4,343.65 | 2,583.55 | | |

## Summary of Other Charges

| Code | Description | Amount |
|---|---|---|
| 004 | Copying Charges | 5.40 |
| 069 | Filing Fee for Patent Application | 80.00 |
| 078 | Patent Deposit Account Transactions | 40.00 |
| 130 | Postage and Express Mail | 13.65 |
| 132 | Color Copies - PB center | 15.00 |
| | Total Other Charges: | 154.05 |

## Aged Unbilled Time & Charges as of 12/21/09

| | WIP Aging | | | | | |
|---|---|---|---|---|---|---|
| | 0 - 30 | 31 - 60 | 61 - 90 | 91 -120 | 120+ | |
| Hours Worked | .00 | .00 | .00 | .00 | 13.40 | |
| Matter Value | .00 | .00 | .00 | .00 | 2,429.50 | |
| Other Charges | .00 | .00 | .00 | .00 | 154.05 | |

B&T000640

```
Proforma Number        12/21/09                              Billing Attorney: Gregory Cooper              Page 5 (5)
00036743               HEARTLAND RECREATIONAL VEHICLES, LLC
00036743-082757        PRO-IMPROVED FIFTH WHEEL              Billing Arrangement: Hourly
```

==========================================================================================================

## Accounts Receivable Aging

Aged A/R Fees & Chgs

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 120 + | Total |
|--------|---------|---------|----------|-------|-------|
| .00    | .00     | .00     | .00      | .00   | .00   |

## Outstanding Invoices

| Invoice Number | Invoice Date | Fees Billed | Other Chgs Billed | Amount Received | Amount Written Off | Invoice Balance |
|----------------|--------------|-------------|-------------------|-----------------|--------------------|-----------------|
|                |              | .00         | .00               | .00             | .00                | .00             |

Total Amount Outstanding            .00
Less Unallocated Cash               .00
                                  ------
Balance Due                         .00

## Trust Accounting Summary

| Matter            | Reference    | Date       | Deposits | Disbursements | Balance  |
|-------------------|--------------|------------|----------|---------------|----------|
| 00036743-082757   | 1368         | 03/11/04   | 1,500.00 |               | 1,500.00 |
|                   | 4656         | 07/27/04   |          | 1,500.00      | .00      |

.00 as of 11/30/09

B&T000641

==========================================================================================================

Time Start: 01/01/03              Time End: 11/30/09
Chgs Start: 01/01/03              Chgs End: 11/30/09

Matter Rate Code:      1 = 2009 Discounted Rate

******************************************************************
*** RATE EXCEPTIONS: ***
******************************************************************

SHARED BILLING AND/OR ORIGINATING CREDIT: (Multi-Timekeeper)
 Shared Billing-
 Timekeeper Name                                    Percent      Effective Date
 00783   Cooper, Gregory                            100.00%      03/01/2004
 Shared Originating-
 Timekeeper Name                                    Percent      Effective Date
 00366   Troeger, J. Scott                          100.00%      03/01/2004

| Matter Whitehill UDFs: | Time Detail  | TK Summary | CoverPage  | Cost Detail/Sum | Year/LTD |
|---|---|---|---|---|---|
|                        | Tdetail10    |            | Y          | CostSum1        |          |

Client Whitehill UDFs:  Name/JointID : Matter Hrs : Former Template : Bill Format : Division for Bill : Do Not Bill PRC
Matter UDF- Client Assigned Number                                 : C3

BAT000642

```
Proforma Number          12/21/09
0036743                                              Billing Attorney: Gregory Cooper
0036743-082922   HEARTLAND RECREATIONAL VEHICLES, LLC  Bill Instructions:
                 UTL-TRAVEL TRAILER PREPARE AND FILE A UTILITY
                 APPLICATION FOR A "TRAVEL TRAILER" WHICH CLAIMS
```

PROFORMA SUMMARY

| | |
|---|---|
| Arrangement: Hourly | Contract/Reference: |
| Proforma Template: TT | |
| Time & Other Charges Thru: 11/30/09 | Prepared as of 12/21/09 |
| Single Matter Bill Format   WS | |
| Joint Bill Format           WJ      Joint Group Id. | |

| | | |
|---|---|---|
| Date Matter Opened: Mar 24, 2005 | | Last Bill Date: 06/30/05 |
| Matter Dept. 12  Intellectual Property | | |
| Area of Law 912 | | |

| | | |
|---|---|---|
| YTD Fees Billed | .00 | |
| YTD Chgs Billed | .00 | |

Billing Attorney 00783    GZC    G. Cooper

------------Fee Summary------------

| Client/Matter | Hours | Matter Value | Other Charges |
|---|---|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC | | | |
| UTL-TRAVEL TRAILER PREPARE AND FILE A UTILITY | 42.40 | 9,930.00 | 1,251.60 |

| | | |
|---|---|---|
| | Life-To-Date Fees Billed | 9,930.00 |
| | Life-To-Date Chgs Billed | 1,251.60 |
| | Interim Fee Balance | .00 |
| | Unapplied A/R Balance | .00 |

>>>>> TO ACCOUNTING:

PLEASE BILL AS FOLLOWS:

| | Amount to be Billed | Amount to be Written-off |
|---|---|---|
| Bill Date __/__/__ | | |
| Fees | $ | $ |
| Other Charges | $ | $ |

Billing Attorney Signature _____

DEPARTMENTAL ADMINISTRATOR APPROVAL
(required if total amount of Fees & Charges written-off exceeds $1,000)

OFFICE OR FIRM MANAGING PARTNER APPROVAL
(also required if write-off exceeds $3,000)

B&T000643

```
************ BILLING ADDRESS ************                    ************ CLIENT BILLING ADDRESS ************
00036743  HEARTLAND RECREATIONAL VEHICLES, LLC                         HEARTLAND RECREATIONAL VEHICLES, LLC
          1001 ALL PRO DRIVE                                           1001 ALL PRO DRIVE
          ELKHART, IN 46514                                            ELKHART, IN 46514
================================================================================================================
```

00036743-082922  UTL-TRAVEL TRAILER PREPARE AND FILE A UTILITY
                 APPLICATION FOR A "TRAVEL TRAILER" WHICH CLAIMS
                 PRIORITY TO USSN 60/557,302; FILED 03/29/04

| Index | Timekeeper | Date | Hours | Stat | Matter Value | Task | Activity Description of Services Rendered |
|---|---|---|---|---|---|---|---|
| 00000 | PHASE CATEGORY | | | | | | |
| 7254681 | 00783 GZC | 03/17/05 | 5.00 | B | 1,225.00 | | Began organizing drawings and the application in order to protect Heartland's rights. |
| 7254702 | 00783 GZC | 03/18/05 | 1.00 | B | 245.00 | | Continued reviewing and revising the drawings and began drafting claims; called Mr. Tuttle regarding drawing status. |
| 7254709 | 00783 GZC | 03/19/05 | 3.00 | B | 735.00 | | Continued drafting claims of the utility patent application. |
| 7254728 | 00783 GZC | 03/21/05 | 1.00 | B | 245.00 | | Began drafting summary of invention portion of the invention. |
| 7254746 | 00783 GZC | 03/22/05 | 5.50 | B | 1,347.50 | | Created drawings and descriptions thereof; received filing instructions and continued drafting the utility patent application. |
| 7252401 | 00736 RR | 03/23/05 | .50 | B | 50.00 | | Opened new utility patent application file, based on provisional application no. 60/557,302; created new record in docket system. |
| 7254764 | 00783 GZC | 03/23/05 | 8.00 | B | 1,960.00 | | Revised drawings and continued drafting specification of the utility application. |
| 7254807 | 00783 GZC | 03/25/05 | 7.00 | B | 1,715.00 | | Continued drafting the utility patent application, including the specification and background. |
| 7254823 | 00783 GZC | 03/26/05 | 3.50 | B | 857.50 | | Continued revising the utility patent application and creating informal drawings. |
| 7252416 | 00736 RR | 03/28/05 | 2.00 | B | 200.00 | | Calculated fees; ordered check; prepared transmittal sheets, labels, Statement Under 37 CFR 3.73(b), Certificate under 37 CFR Section 1.10; placed express mail number on required |

B&T000644

```
Proforma Number   12/21/09                                    Billing Attorney: Gregory Cooper      Page 9 (3)
0003743
0036743-082922   HEARTLAND RECREATIONAL VEHICLES, LLC         Billing Arrangement: Hourly
                 UTL-TRAVEL TRAILER PREPARE AND FILE A UTILITY
                 APPLICATION FOR A "TRAVEL TRAILER" WHICH CLAIMS
================================================================================================================
```

| Index | Timekeeper | Date | Stat Code | Quant | Amount | Description |
|---|---|---|---|---|---|---|
| 7254825 | 00783 GZC | 03/28/05 | B | 4.00 | 980.00 | Completed the utility patent application (based on provisional application serial no: 60/557,302, filed 03/29/04) and all related pages; and forwarded utility patent application and prepared the same for filing. |
| 7314776 | 00783 GZC | 04/02/05 | B | .30 | 74.27 | Reviewed application and reporting out letter to send to Mr. Tuttle. |
| 7300665 | 00736 RR | 04/29/05 | B | .70 | 70.73 | Reviewed Official Filing Receipt and Notice to File Missing Parts received from the USPTO; docketed new information and due dates; reported new information to client re: "Travel Trailer Having Improved Turning Radius". |
| 7371515 | 00783 GZC | 05/10/05 | B | .40 | 99.99 | Discussed patent issues with Mr. Tuttle. |
| 7371783 | 00783 GZC | 05/28/05 | B | .50 | 125.01 | Reviewed release and began arranging the transfer of files. |
| 00000 ** Phase Total ** | | | | 42.40 | 9,930.00 | MISCELLANEOUS |
| Total Fees | | | | 42.40 | 9,930.00 | |
| | | | | | .00 | Time Entries Excluded Because of Date Range |
| | | | | | 9,930.00 | Total Time Value in Work in Progress |

Other Charges:

| Index | Timekeeper | Date | Stat Code | Quant | Amount | Description | Check # |
|---|---|---|---|---|---|---|---|
| 00079313 | 00783 GZC | 03/28/05 B | 069 | 00001 | 1,150.00 | Filing Fee for Patent Application - Director of the United States Patent & Trademark Office Filing Fee for Utility Application Filing - 3/28/05 - GZC | 18390 |
| 00091740 | 00783 GZC | 03/28/05 B | 130 | 00001 | 13.65 | Postage and Express Mail - Postmaster - Commissioner for Trademarks #51695<!--illegible-->4953 | 129478 |
| 00108454 | 00783 GZC | 05/20/05 B | 088 | 00001 | 65.00 | Missing Parts Fee - Director of the United States Patent & Trademark Office Filing Fee for Missing Parts - 5/20/05. - GZC | 18498 |
| | | | 004 | 00153 | 22.95 | Copying Charges | |

| | |
|---|---|
| Total Other Charges | 1,251.60 |
| | .00 | Other Charges Excluded Because of Date Range |
| Total Other Charges | 1,251.60 |

B&T00645

Proforma Number          12/21/09                                    Billing Attorney: Gregory Cooper
0003743      HEARTLAND RECREATIONAL VEHICLES, LLC                    Billing Arrangement: Hourly
0003743-082922  UTL-TRAVEL TRAILER PREPARE AND FILE A UTILITY
             APPLICATION FOR A "TRAVEL TRAILER" WHICH CLAIMS

Page 10 (4)

B4T000646

```
Proforma Number   12/21/09         HEARTLAND RECREATIONAL VEHICLES, LLC            Billing Attorney: Gregory Cooper
0003743                            0003743-082922                                  Billing Arrangement: Hourly
                                   UTL-TRAVEL TRAILER PREPARE AND FILE A UTILITY
                                   APPLICATION FOR A "TRAVEL TRAILER" WHICH CLAIMS                        Page 11 (5)
=================================================================================================================
```

### Time Code Summary

| Activity Task Phase | | Matter Value by Code |
|---|---|---|
| 00000 MISCELLANEOUS | | .00 |
| | | Activity Task Phase |
| | | .00 |
| | | 9,930.00 |

### Time Summary By Timekeeper

| Timekeeper | | Hours | Standard Value | Matter Value | $/Hr | Last WIP Date |
|---|---|---|---|---|---|---|
| 00736 RR | R. Bailey-Reed | 3.20 | 496.00 | 320.73 | 100.23 | 04/29/05 |
| 00783 G&C | G. Cooper | 39.20 | 15,484.00 | 9,609.27 | 245.13 | 05/28/05 |
| Grand Total Fees | | 42.40 | 15,980.00 | 9,930.00 | | |
| Grand Total Other Charges | | | 1,251.60 | 1,251.60 | | |
| | | | 17,231.60 | 11,181.60 | 234.20 | |

### Summary of Other Charges

| Code | Description | Amount |
|---|---|---|
| 004 | Copying Charges | 22.95 |
| 069 | Filing Fee for Patent Application | 1,150.00 |
| 088 | Missing Parts Fee | 65.00 |
| 130 | Postage and Express Mail | 13.65 |
| | Total Other Charges: | 1,251.60 |

### Aged Unbilled Time & Charges as of 12/21/09

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 -120 | 120+ |
|---|---|---|---|---|---|
| Hours Worked | .00 | .00 | .00 | .00 | 42.40 |
| Matter Value | .00 | .00 | .00 | .00 | 9,930.00 |
| Other Charges | .00 | .00 | .00 | .00 | 1,251.60 |

WIP Aging

Accounts Receivable Aging

B&T000647

B&T000648

```
Proforma Number        12/21/09                              Billing Attorney: Gregory Cooper      Page 12 (6)
0036743                HEARTLAND RECREATIONAL VEHICLES, LLC
0036743-082922         UTL-TRAVEL TRAILER PREPARE AND FILE A UTILITY   Billing Arrangement: Hourly
                       APPLICATION FOR A "TRAVEL TRAILER" WHICH CLAIMS
==============================================================================================================
```

Aged A/R Fees & Chgs

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 120 + | Total |
|--------|---------|---------|----------|-------|-------|
| .00    | .00     | .00     | .00      | .00   | .00   |

Outstanding Invoices

| Invoice Number | Invoice Date | Fees Billed | Other Chgs Billed | Amount Received | Amount Written Off | Invoice Balance |
|----------------|--------------|-------------|-------------------|-----------------|--------------------|-----------------|
|                |              | .00         | .00               | .00             | .00                | .00             |

Total Amount Outstanding       .00
Less Unallocated Cash          .00
                              -----
Balance Due                    .00

Trust Accounting Summary

| Matter          | Reference | Date | Deposits | Disbursements | Balance |
|-----------------|-----------|------|----------|---------------|---------|
| 0036743-082922  |           |      |          |               | .00 as of 11/30/09 |

Time Start: 01/01/03          Time End: 11/30/09

Chgs Start: 01/01/03          Chgs End: 11/30/09

Matter Rate Code:       1 = 2009 Discounted Rate

*** RATE EXCEPTIONS: ***
*****************************************************************
*****************************************************************

SHARED BILLING AND/OR ORIGINATING CREDIT:   (Multi-Timekeeper)

| Shared Billing- Timekeeper Name | | |
|---|---|---|
| 00783 Cooper, Gregory | Percent 100.00% | Effective Date 03/01/2005 |

| Shared Originating- Timekeeper Name | | |
|---|---|---|
| 00783 Cooper, Gregory | Percent 100.00% | Effective Date 03/01/2005 |

Matter Whitehill UDFs: Tdetail10          Time Detail  - TK Summary  - CoverPage  - Cost Detail/Sum  - Year/LTD
                                                      -  Y          - CostSum    -

Client Whitehill UDFs:       Name/JohnID  - Matter Hrs - Former Template - Bill Format - Division for Bill - Do Not Bill PBC
Matter UDF- Client Assigned Number                    - C3              -

B&T0006649

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 07/22/2005 | 10535 | Thomas J. Mauch | 0.20 | 41.00 | Conduct research into requirements to amend | 0973963.0000002 | 8678211 |
| 08/19/2005 | | Invoice=1245317 | 0.20 | 41.00 | drawings and preliminary amendment | | |
| 07/25/2005 | 10535 | Thomas J. Mauch | 0.20 | 41.00 | Confer with Gerard Gallagher regarding drawing | 0973963.0000002 | 8678223 |
| 08/19/2005 | | Invoice=1245317 | 0.20 | 41.00 | changes; confer with draftsperson in order to update drawings with filing of preliminary amendment | | |
| 07/27/2005 | 10535 | Thomas J. Mauch | 0.50 | 102.50 | Review drawings received from draftsperson; | 0973963.0000002 | 8678294 |
| 08/19/2005 | | Invoice=1245317 | 0.50 | 102.50 | confer with draftsperson relating to changes in drawings | | |
| 07/29/2005 | 10535 | Thomas J. Mauch | 0.50 | 102.50 | Update Preliminary Amendment to reflect changes | 0973963.0000002 | 8689022 |
| 08/19/2005 | | Invoice=1245317 | 0.50 | 102.50 | to drawing; confer with Michelle Horvath regarding filing of preliminary amendment | | |
| 12/19/2006 | 10535 | Thomas J. Mauch | 0.20 | 46.00 | Confer with Jerry Gallagher regarding Petition | 0973963.0000002 | 9767076 |
| 01/12/2007 | | Invoice=1329608 | 0.20 | 46.00 | to Make Special | | |
| 12/27/2006 | 10535 | Thomas J. Mauch | 1.10 | 253.00 | Prepare Petition to Make Special and review | 0973963.0000002 | 9768975 |
| 01/12/2007 | | Invoice=1329608 | 1.10 | 253.00 | assignment of application | | |
| 07/30/2007 | 10535 | Thomas J. Mauch | 1.40 | 364.00 | Confer with draftsperson regarding drawing | 0973963.0000002 | 10249724 |
| 08/28/2007 | | Invoice=1367130 | 1.40 | 364.00 | changes; edit application in accordance with suggestions of G. Gallagher | | |
| 07/31/2007 | 10535 | Thomas J. Mauch | 0.40 | 104.00 | Confer with draftsperson regarding drawings | 0973963.0000002 | 10249754 |
| 08/28/2007 | | Invoice=1367130 | 0.40 | 104.00 | | | |
| 08/01/2007 | 10535 | Thomas J. Mauch | 3.10 | 806.00 | (HRV0001.1) Review office action received | 0973963.0000002 | 10273098 |
| 09/27/2007 | | Invoice=1372843 | 3.10 | 806.00 | from the USPTO; review application; amend drawings; prepare response to office action; review prior art | | |
| 08/03/2007 | 10535 | Thomas J. Mauch | 4.60 | 1,196.00 | (HRV0001.2) Review various pieces of prior | 0973963.0000002 | 10273263 |
| 09/27/2007 | | Invoice=1372843 | 4.60 | 1,196.00 | art cited in prior application; review claims in previous application and edit same in view of the prior art and rejections by the examiner | | |
| 08/06/2007 | 10535 | Thomas J. Mauch | 2.40 | 624.00 | (HRV0001.2) Draft additional claims for | 0973963.0000002 | 10273293 |
| 09/27/2007 | | Invoice=1372843 | 2.40 | 624.00 | patent application relating to TRAVEL TRAILER HAVING IMPROVED TURNING RADIUS; finalize same | | |
| 09/16/2007 | 10535 | Thomas J. Mauch | 0.10 | 26.00 | (HRV0001.1) Conduct file audit relating to | 0973963.0000002 | 10373100 |
| 10/30/2007 | | Invoice=1378714 | 0.10 | 26.00 | new rules set forth by the Patent Office | | |
| 09/16/2007 | 10535 | Thomas J. Mauch | 0.20 | 52.00 | (HRV0001.2) Conduct file audit relating to | 0973963.0000002 | 10373120 |
| 10/30/2007 | | Invoice=1378714 | 0.20 | 52.00 | new rules set forth by the Patent Office | | |
| 09/27/2007 | 10535 | Thomas J. Mauch | 4.90 | 1,274.00 | (HRV0001.2) Confer with G. Gallagher re | 0973963.0000002 | 10386382 |
| 10/30/2007 | | Invoice=1378714 | 4.90 | 1,274.00 | application; review prior art with respect to multiple claims including claim 29 of the published application; review office actions received in previous cases in order to determine rejection of Examiner; review various embodiments in order to determine which claims cover competitor's trailer; review new patent rules relating to filing of patent applications and continuation applications; begin preparation of Petition to Make Special | | |
| 09/28/2007 | 10535 | Thomas J. Mauch | 5.30 | 1,378.00 | (HRV0001.2) Confer with various people re | 0973963.0000002 | 10386395 |

Heartland/FR 0001141

Billed and Unbilled Recap Of Time Detail - [0973963 - Heartland Recreational Vehicles, LLC]
Currency Code:   12/7/2009 3:28:14 PM

Page 25

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | and infringement of applications under the new rules; draft additional claims covering various embodiments disclosed in the patent and covering competitors' vehicles based upon best knowledge; draft additional claims for purposes of restriction and election in order to ensure multiple continuations | | |
| 10/03/2007 | 10535 | Thomas J. Mauch | 0.50 | 130.00 | (HRV0001.1) Assemble various material for | 0973963.0000002 | 10414461 |
| 11/28/2007 | | Invoice=1384213 | 0.50 | 130.00 | meeting the following day for G. Gallagher | | |
| 10/22/2007 | 10535 | Thomas J. Mauch | 1.10 | 286.00 | (HRV0001) Review edits of G. Gallagher; amend | 0973963.0000002 | 10447783 |
| 11/28/2007 | | Invoice=1384213 | 1.10 | 286.00 | claims; confer with G. Gallagher and E. Groen | | |
| 10/23/2007 | 10535 | Thomas J. Mauch | 0.20 | 52.00 | (HRV0001) Review edits to claims | 0973963.0000002 | 10447795 |
| 11/28/2007 | | Invoice=1384213 | 0.20 | 52.00 | | | |
| 10/24/2007 | 10535 | Thomas J. Mauch | 0.40 | 104.00 | (HRV0001) Review information for preliminary | 0973963.0000002 | 10447800 |
| 11/28/2007 | | Invoice=1384213 | 0.40 | 104.00 | amendment and suggested restriction requirement | | |

[Remainder of page redacted]

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 02/22/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Left message for opposing counsel | 0973963.0000002 | 8387793 |
| 04/21/2005 | | Invoice=1225570 | 0.20 | 65.00 | | | |
| 05/23/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Review and execute Statement of Use | 0973963.0000002 | 8553559 |
| 06/15/2005 | | Invoice=1234408 | 0.20 | 65.00 | | | |
| 05/25/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Confer with James Brotherson regarding results | 0973963.0000002 | 8553544 |
| 06/15/2005 | | Invoice=1234408 | 0.20 | 65.00 | | | |
| 05/27/2005 | 10063 | Gerard T. Gallagher | 0.60 | 195.00 | Conference regarding potential infringement by | 0973963.0000002 | 8562472 |
| 06/15/2005 | | Invoice=1234408 | 0.60 | 195.00 | Fibertron and North American Industries; | | |
| | | | | | prepare e-mail regarding file transfer | | |
| 05/31/2005 | 10063 | Gerard T. Gallagher | 1.30 | 422.50 | Review e-mail regarding file transfer; prepare | 0973963.0000002 | 8564049 |
| 06/15/2005 | | Invoice=1234408 | 1.30 | 422.50 | e-mail to Mr. Tuttle regarding same; review | | |
| | | | | | photos of potentially infringing product; | | |
| | | | | | meeting with Mr. Tuttle; review application | | |
| 06/01/2005 | 10063 | Gerard T. Gallagher | 3.80 | 1,235.00 | Prepare draft notice of infringement letters; | 0973963.0000002 | 8573691 |
| 07/13/2005 | | Invoice=1238776 | 3.80 | 1,235.00 | confer with Mr. Tuttle regarding same; review | | |
| | | | | | application; review requirements for special | | |
| | | | | | status petition | | |
| 06/02/2005 | 10063 | Gerard T. Gallagher | 0.50 | 162.50 | Confer with Mr. Tuttle regarding potential | 0973963.0000002 | 8574361 |
| 07/13/2005 | | Invoice=1238776 | 0.50 | 162.50 | infringers; review e-mail regarding same | | |
| 06/03/2005 | 10063 | Gerard T. Gallagher | 0.60 | 195.00 | Confer with Mr. Baidus of General RV; confer | 0973963.0000002 | 8576812 |
| 07/13/2005 | | Invoice=1238776 | 0.60 | 195.00 | with Mr. Tuttle regarding unit at NAI | | |
| 06/04/2005 | 10063 | Gerard T. Gallagher | 1.10 | 357.50 | Review application file; prepare correspondence | 0973963.0000002 | 8576841 |
| 07/13/2005 | | Invoice=1238776 | 1.10 | 357.50 | to Performance Graphics | | |
| 06/07/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Conference regarding application | 0973963.0000002 | 8577080 |
| 07/13/2005 | | Invoice=1238776 | 0.20 | 65.00 | | | |
| 06/10/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Finalize correspondence to Performance Graphics | 0973963.0000002 | 8588381 |
| 07/13/2005 | | Invoice=1238776 | 0.20 | 65.00 | | | |
| 06/14/2005 | 10063 | Gerard T. Gallagher | 0.50 | 162.50 | Review power of attorney and related documents; | 0973963.0000002 | 8617265 |
| 07/13/2005 | | Invoice=1238776 | 0.50 | 162.50 | prepare e-mail to Mr. Tuttle regarding same; | | |
| | | | | | prepare form letters regarding application | | |
| 06/20/2005 | 10063 | Gerard T. Gallagher | 0.30 | 97.50 | Confer with Mr. Brink of North American | 0973963.0000002 | 8619207 |
| 07/13/2005 | | Invoice=1238776 | 0.30 | 97.50 | Industries; left message for Mr. Tuttle | | |

Heartland/FR 0001143

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/21/2005 | 10063 | Gerard T. Gallagher | 1.20 | 390.00 | Prepare preliminary amendment and letters to | 0973963.0000002 | 8619237 |
| 07/13/2005 | | Invoice=1238776 | 1.20 | 390.00 | potential infringers | | |
| 06/22/2005 | 10063 | Gerard T. Gallagher | 2.70 | 877.50 | Prepare letters to competitors regarding | 0973963.0000002 | 8619273 |
| 07/13/2005 | | Invoice=1238776 | 2.70 | 877.50 | pending application; confer with Michelle Horvath regarding preparation of information disclosure statement; confer with Mr. Tuttle regarding same; prepare preliminary amendment | | |
| 06/23/2005 | 10063 | Gerard T. Gallagher | 4.50 | 1,462.50 | Prepare letter to potential infringers; meeting | 0973963.0000002 | 8619354 |
| 07/13/2005 | | Invoice=1238776 | 4.50 | 1,462.50 | with Mr. Tuttle to review designs; prepare preliminary amendment | | |
| 06/24/2005 | 10063 | Gerard T. Gallagher | 0.60 | 195.00 | Review nondisclosure agreement; confer with Mr. | 0973963.0000002 | 8619570 |
| 07/13/2005 | | Invoice=1238776 | 0.60 | 195.00 | Tuttle regarding same; finalize correspondence to Thor, Keystone and Lippert regarding same | | |
| 06/30/2005 | 10063 | Gerard T. Gallagher | 0.30 | 97.50 | Conference with Mr. Tuttle regarding status and | 0973963.0000002 | 8624155 |
| 07/13/2005 | | Invoice=1238776 | 0.30 | 97.50 | regarding Masterfab; left message for Mr. Beard at Masterfab | | |
| 07/12/2005 | 10063 | Gerard T. Gallagher | 1.50 | 487.50 | Further prepared additional claims for | 0973963.0000002 | 8653943 |
| 08/19/2005 | | Invoice=1245317 | 1.50 | 487.50 | application; review drawings with draftsman | | |
| 07/14/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Prepare e-mail regarding drawings | 0973963.0000002 | 8670498 |
| 08/19/2005 | | Invoice=1245317 | 0.20 | 65.00 | | | |
| 07/15/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Review correspondence from Forest River and | 0973963.0000002 | 8670575 |
| 08/19/2005 | | Invoice=1245317 | 0.20 | 65.00 | prepare e-mail to Mr. Tuttle regarding same | | |
| 07/18/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Review correspondence from Keystone RV; prepare | 0973963.0000002 | 8678053 |
| 08/19/2005 | | Invoice=1245317 | 0.20 | 65.00 | e-mail to S. Tuttle regarding same | | |
| 07/21/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Conference regarding amendments | 0973963.0000002 | 8679777 |
| 08/19/2005 | | Invoice=1245317 | 0.20 | 65.00 | | | |
| 07/25/2005 | 10063 | Gerard T. Gallagher | 0.30 | 97.50 | Conference regarding amended drawings | 0973963.0000002 | 8680046 |
| 08/19/2005 | | Invoice=1245317 | 0.30 | 97.50 | | | |
| 07/27/2005 | 10063 | Gerard T. Gallagher | 0.10 | 32.50 | Conference regarding drawings | 0973963.0000002 | 8685950 |
| 08/19/2005 | | Invoice=1245317 | 0.10 | 32.50 | | | |
| 07/29/2005 | 10063 | Gerard T. Gallagher | 0.40 | 130.00 | Review drawings and amendment | 0973963.0000002 | 8691030 |
| 08/19/2005 | | Invoice=1245317 | 0.40 | 130.00 | | | |
| 08/01/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Confer with Michelle Horvath regarding | 0973963.0000002 | 8715721 |
| 09/19/2005 | | Invoice=1249659 | 0.20 | 65.00 | amendment and publication report; review and execute same | | |
| 08/03/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Leave message for Mr. Tuttle regarding status | 0973963.0000002 | 8716174 |
| 09/19/2005 | | Invoice=1249659 | 0.20 | 65.00 | | | |
| 08/17/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Conference with Krista Zimmerman regarding | 0973963.0000002 | 8744560 |
| 09/19/2005 | | Invoice=1249659 | 0.20 | 65.00 | security interests in patents and trademarks | | |
| 08/25/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Leave message for S. Tuttle | 0973963.0000002 | 8748405 |
| 09/19/2005 | | Invoice=1249659 | 0.20 | 65.00 | | | |
| 09/12/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Left message for S. Tuttle | 0973963.0000002 | 8783020 |
| 10/31/2005 | | Invoice=1255832 | 0.20 | 65.00 | | | |
| 11/03/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Review and execute Statement of Use | 0973963.0000002 | 8913044 |
| 12/19/2005 | | Invoice=1264841 | 0.20 | 65.00 | | | |
| 02/24/2006 | 10063 | Gerard T. Gallagher | 0.30 | 105.00 | Review publication; prepare e-mail to S. Tuttle | 0973963.0000002 | 9123475 |
| 03/13/2006 | | Invoice=1277824 | 0.30 | 105.00 | regarding same | | |
| 05/03/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Conference with S. Tuttle regarding status | 0973963.0000009 | 9289339 |
| 06/12/2006 | | Invoice=1292613 | 0.20 | 70.00 | | | |
| 05/15/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Prepare letter to competitors regarding | 0973963.0000009 | 9290747 |
| 06/12/2006 | | Invoice=1292613 | 0.20 | 70.00 | published application | | |
| 05/16/2006 | 10063 | Gerard T. Gallagher | 0.30 | 105.00 | Finalize correspondence to Keystone and Forest | 0973963.0000009 | 9290832 |
| 06/12/2006 | | Invoice=1292613 | 0.30 | 105.00 | River regarding published application | | |
| 11/10/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Review e-mail from S. Tuttle requesting status | 0973963.0000002 | 9682670 |
| 12/28/2006 | | Invoice=1325947 | 0.20 | 70.00 | report; prepare e-mail to K. Kaminskas | | |

Heartland/FR 0001144

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/15/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Conference with S. Tuttle regarding status; | 0973963.0000002 | 9710055 |
| 12/28/2006 | | Invoice=1325947 | 0.20 | 70.00 | memo to file | | |
| 12/18/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Review and respond to e-mail from S. Tuttle | 0973963.0000002 | 9776411 |
| 01/12/2007 | | Invoice=1329608 | 0.20 | 70.00 | regarding potential infringement | | |
| 12/19/2006 | 10063 | Gerard T. Gallagher | 1.30 | 455.00 | (Forest River) Multiple conferences regarding | 0973963.0000002 | 9777703 |
| 01/12/2007 | | Invoice=1329608 | 1.30 | 455.00 | potential infringement by Forest River; prepare draft correspondence and e-mail regarding same | | |
| 12/21/2006 | 10063 | Gerard T. Gallagher | 0.40 | 140.00 | (Forest River) Review e-mail from Brian Brady | 0973963.0000002 | 9777976 |
| 01/12/2007 | | Invoice=1329608 | 0.40 | 140.00 | regarding draft correspondence to Forest River; conference with James Brotherson regarding same | | |
| 12/22/2006 | 10063 | Gerard T. Gallagher | 0.40 | 140.00 | (Forest River) Revise letter to Forest River | 0973963.0000002 | 9778168 |
| 01/12/2007 | | Invoice=1329608 | 0.40 | 140.00 | patent counsel and prepare e-mail to Brian Brady regarding same | | |
| 01/09/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (Forest River) Review voice mail from James | 0973963.0000002 | 9793371 |
| 02/26/2007 | | Invoice=1335853 | 0.20 | 75.00 | Brotherson requesting status report; reply to message | | |
| 01/18/2007 | 10063 | Gerard T. Gallagher | 0.70 | 262.50 | Prepare IP information for diligence project | 0973963.0000025 | 9825736 |
| 03/15/2007 | | Invoice=1333585 | 0.70 | 262.50 | | | |
| 01/24/2007 | 10063 | Gerard T. Gallagher | 0.40 | 150.00 | (Keystone) Review potentially infringing | 0973963.0000002 | 9831631 |
| 02/26/2007 | | Invoice=1335853 | 0.40 | 150.00 | product | | |
| 02/23/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | Review and respond to audit request | 0973963.0000002 | 9908422 |
| 03/15/2007 | | Invoice=1338763 | 0.20 | 75.00 | | | |
| 05/22/2007 | 10063 | Gerard T. Gallagher | 0.60 | 225.00 | Conference with S. Tuttle regarding status; | 0973963.0000002 | 10101500 |
| 06/15/2007 | | Invoice=1354875 | 0.60 | 225.00 | left voice mail for Examiner; notes to file | | |
| 05/23/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | Review message from Examiner; prepare e-mail to | 0973963.0000002 | 10101898 |
| 06/15/2007 | | Invoice=1354875 | 0.20 | 75.00 | S. Tuttle | | |
| 06/20/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | Review and respond to e-mail from S. Tuttle | 0973963.0000002 | 10174173 |
| 07/17/2007 | | Invoice=1360100 | 0.20 | 75.00 | regarding status | | |
| 06/25/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | Confer with Examiner; prepare e-mail to S. | 0973963.0000002 | 10174954 |
| 07/17/2007 | | Invoice=1360100 | 0.20 | 75.00 | Tuttle | | |
| 07/13/2007 | 10063 | Gerard T. Gallagher | 0.30 | 112.50 | (HRV0001.1) Review status; prepare e-mail to S. | 0973963.0000002 | 10207975 |
| 08/28/2007 | | Invoice=1367130 | 0.30 | 112.50 | Tuttle; conference with J. Brotherson | | |
| 07/16/2007 | 10063 | Gerard T. Gallagher | 0.10 | 37.50 | Review and respond to e-mail from S. Tuttle | 0973963.0000002 | 10210387 |
| 08/28/2007 | | Invoice=1367130 | 0.10 | 37.50 | regarding status | | |
| 07/30/2007 | 10063 | Gerard T. Gallagher | 1.70 | 637.50 | Review office action; prepare e-mail to S. | 0973963.0000002 | 10246347 |
| 08/28/2007 | | Invoice=1367130 | 1.70 | 637.50 | Tuttle; conference with S. Tuttle | | |
| 08/01/2007 | 10063 | Gerard T. Gallagher | 0.10 | 37.50 | Conference with T. Mauch regarding status of | 0973963.0000002 | 10254478 |
| 09/27/2007 | | Invoice=1372843 | 0.10 | 37.50 | office action response | | |
| 08/03/2007 | 10063 | Gerard T. Gallagher | 1.90 | 712.50 | (HRV0001.1) E-mail to S. Tuttle regarding | 0973963.0000002 | 10259025 |
| 09/27/2007 | | Invoice=1372843 | 1.90 | 712.50 | office action response filed; prepare claims for continuation | | |
| 08/06/2007 | 10063 | Gerard T. Gallagher | 0.30 | 112.50 | (HRV0001.2) Confer with T. Mauch regarding | 0973963.0000002 | 10259162 |
| 09/27/2007 | | Invoice=1372843 | 0.30 | 112.50 | claims; prepare e-mail to S. Tuttle confirming application filing | | |
| 08/08/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (HRV0001.2) Review and respond to e-mail from | 0973963.0000002 | 10272355 |
| 09/27/2007 | | Invoice=1372843 | 0.20 | 75.00 | S. Tuttle | | |
| 09/04/2007 | 10063 | Gerard T. Gallagher | 0.30 | 112.50 | (HRV0001.1) Reviewed and responded to e-mails | 0973963.0000002 | 10324499 |
| 10/30/2007 | | Invoice=1378714 | 0.30 | 112.50 | re issue fee | | |
| 09/24/2007 | 10063 | Gerard T. Gallagher | 0.10 | 37.50 | (HRV0001.2) Reviewed assignment; conference | 0973963.0000002 | 10370613 |
| 10/30/2007 | | Invoice=1378714 | 0.10 | 37.50 | with M. Horvath | | |
| 09/26/2007 | 10063 | Gerard T. Gallagher | 1.10 | 412.50 | (Forest River) Conference with J. Rhymer and | 0973963.0000002 | 10376513 |
| 10/30/2007 | | Invoice=1378714 | 1.10 | 412.50 | J. Brotherson; left voicemail for R. | | |

Heartland/FR 0001145

Billed and Unbilled Recap Of Time Detail - [0973963 - Heartland Recreational Vehicles, LLC]
Currency Code: 12/7/2009 3:28:14 PM

Page 19

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | potential infringement | | |
| 09/27/2007 | 10063 | Gerard T. Gallagher | 1.30 | 487.50 | (Lippert) Reviewed claims; conference with D. | 0973963.0000002 | 10376640 |
| 10/30/2007 | | Invoice=1378714 | 1.30 | 487.50 | Irmscher; left voicemail for R. Fountain; prepared correspondence | | |
| 09/27/2007 | 10063 | Gerard T. Gallagher | 0.30 | 112.50 | (Global Glass) Prepared correspondence re | 0973963.0000002 | 10376648 |
| 10/30/2007 | | Invoice=1378714 | 0.30 | 112.50 | potential infringement; e-mails re same | | |
| 09/28/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (Lippert) Finalized correspondence re | 0973963.0000002 | 10384539 |
| 10/30/2007 | | Invoice=1378714 | 0.20 | 75.00 | potential infringement | | |
| 09/28/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (Global Glass) Finalized correspondence re | 0973963.0000002 | 10384545 |
| 10/30/2007 | | Invoice=1378714 | 0.20 | 75.00 | potential infringement | | |
| 09/28/2007 | 10063 | Gerard T. Gallagher | 1.00 | 375.00 | (Forest River) Conference with opposing | 0973963.0000002 | 10384631 |
| 10/30/2007 | | Invoice=1378714 | 1.00 | 375.00 | counsel; conference with D. Irmscher | | |
| 10/01/2007 | 10063 | Gerard T. Gallagher | 0.30 | 112.50 | (Forest River) Prepared e-mail to J. | 0973963.0000002 | 10395304 |
| 11/28/2007 | | Invoice=1384213 | 0.30 | 112.50 | Brotherson; reviewed correspondence to Lippert | | |
| 10/02/2007 | 10063 | Gerard T. Gallagher | 0.90 | 337.50 | (Forest River) Conferred with J. Brotherson | 0973963.0000002 | 10395375 |
| 11/28/2007 | | Invoice=1384213 | 0.90 | 337.50 | re potential infringement; conferred with D. Irmscher | | |
| 10/03/2007 | 10063 | Gerard T. Gallagher | 1.60 | 600.00 | Prepared for meeting to discuss strategy | 0973963.0000002 | 10395490 |
| 11/28/2007 | | Invoice=1384213 | 1.60 | 600.00 | | | |
| 10/04/2007 | 10063 | Gerard T. Gallagher | 4.90 | 1,837.50 | (Forest River) Prepared for and attended | 0973963.0000002 | 10406363 |
| 11/28/2007 | | Invoice=1384213 | 4.90 | 1,837.50 | meeting to discuss strategy; follow-up conference re same | | |
| 10/09/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (Global Glass) Reviewed correspondence from | 0973963.0000002 | 10413544 |
| 11/28/2007 | | Invoice=1384213 | 0.20 | 75.00 | counsel for Global Glass | | |
| 10/09/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (Lippert) Reviewed correspondence from | 0973963.0000002 | 10413548 |
| 11/28/2007 | | Invoice=1384213 | 0.20 | 75.00 | counsel for Lippert | | |

Heartland/FR 0001146