1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF INDIANA
3  SOUTH BEND DIVISION
4
5  HEARTLAND RECREATIONAL    )
6  VEHICLES, LLC             )
7           Plaintiff,   )
8     v.                 ) CASE NO.: 3:09-CV-490 RLM CAN
9  FOREST RIVER, INC.,       )
10          Defendant.   )
11 - - - - - - - - - - - - - - - )
12 VIDEOTAPED
13 DEPOSITION OF:    TIMOTHY A. HOFFMAN, called as witness by
14           the Defendant, pursuant to Notice.
15 DATE:         Monday, June 17, 2009
16 TIME:         9:00 a.m.
17 PLACE:         Baker & Daniels
18            202 South Michigan Street
19            Suite 1400
20            South Bend, Indiana
21
22 REPORTED BY:  CHARLES A. OLMSTED, C.S.R., R.P.R, C.M.,
23 VIDEOGRAPHER: BRENDA L. FREDRICK, L.V.S.
24
25

1  APPEARANCE:
2
3         BAKER & DANIELS
4       by: DAVID P. IRMSCHER, ESQ.,
5          111 East Wayne, Suite 800
6          Fort Wayne, Indiana 46802
7          (260) 424-8000
8       appearing on behalf of the Plaintiff,
9
10
11         RYAN M. FOUNTAIN, ESQ.,
12         ATTORNEY AT LAW
13         420 Lincolnway West
14         Mishawaka, Indiana 46544
15         (574) 258-9296
16       appearing on behalf of the Defendant.
17

```
 1            (WHEREUPON, THE FOLLOWING
 2              PROCEEDINGS WERE HAD:)
 3
 4        THE VIDEOGRAPHER:  The time is 9:01 a.m.
 5        And, we are here to take the videotaped
 6    deposition of Timothy Hoffman.
 7        Today is Wednesday, June the 17th, the year
 8    2009.
 9        My name is Brenda Fredrick, Videographer,
10    with Olmsted and Associates.
11        Also present is Charles A. Olmsted, Court
12    Reporter.
13        We are at the law-office of Baker and
14    Daniels, 202 South Michigan Street, Suite 1400,
15    South Bend, Indiana.
16        We are here in the case caption reading:
17    United States District Court, Northern District of
18    Indiana, South Bend Division.
19        Heartland Recreational Vehicles, LLC,
20    Plaintiff versus Forest River, Inc., Defendant.
21        Case number 3:08-CV-490 RLM CAN.
22        Could I please have Counsel introduce
23    themselves.
24        MR. DAVID P. IRMSCHER:  David Irmscher of
25    Baker and Daniels for Heartland Recreational
```

```
 1    Vehicles, LLC.
 2        MR. RYAN M. FOUNTAIN:  Ryan Fountain, for
 3    Forest River, Inc.
 4        THE VIDEOGRAPHER:  Mr. Olmsted, would you
 5    please swear in the witness.
 6
 7            TIMOTHY ARTHUR HOFFMAN,
 8   Called as a witness by the Defendant, pursuant to notice
 9  and agreement, first being duly sworn testifies as follows:
10
11        MR. DAVID P. IRMSCHER:  Before we get
12    started, real briefly.  Same agreement on
13    confidentiality we have had for the previous two
14    depositions.
15        Is that right?
16        MR. RYAN M. FOUNTAIN:  Yes.
17        MR. DAVID P. IRMSCHER:  And Mr. Hoffman is
```

18   here as a 30(b)(6) designated representative with
19   respect to the Forest River meetings that took
20   place in October.
21        MR. RYAN M. FOUNTAIN:  Is that the only
22   category --
23        MR. DAVID P. IRMSCHER:  I believe it is.
24        I believe this is the second witness that is
25   consistent with our letter and objections

                          6
1    previously.
2         MR. RYAN M. FOUNTAIN:  Okay.
3         And, so, then as for the other topics in
4    Forest River's Notice of Deposition of Heartland.
5    you are not producing a witness at this time?
6         MR. DAVID P. IRMSCHER:  That's correct.
7         I believe I've already informed you that with
8    respect to equitable conduct on that issue we'll
9    probably supplement with an Expert Witness.
10        I don't have any other witnesses at this
11   time.
12        I will let you know if we do.
13        MR. RYAN M. FOUNTAIN:  Okay.
14        There's more than just an equitable conduct
15   remaining on this list.
16        You understand that, right?
17        MR. DAVID P. IRMSCHER:  Yes.  And, I've sent
18   you a letter about that.
19        MR. RYAN M. FOUNTAIN:  Okay.
20        MR. DAVID P. IRMSCHER:  I guess what I'm
21   trying to say, Ryan, is I believe those issue are
22   going to drop-out of the case.
23        If they don't, then, we'll probably try and
24   get additional witnesses.
25        But, I think they are going to.