```
 1     IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF INDIANA
 2            SOUTH BEND DIVISION
 3
   HEARTLAND RECREATIONAL  ) Case No. 3:08CV490
 4 VEHICLES, LLC,          )
                           )
 5     Plaintiff,          )
                           )
 6 vs.                     )
                           )
 7 FOREST RIVER, INC.,     )
                           )
 8     Defendant.          )
   _____
 9
10   The Videotaped 30(b)(6) and Expert Witness Deposition of
              JAY TAYLOR
11
12
       DATE:    November 30, 2009
13
       TIME:    10:00 a.m.
14
       PLACE:   Baker & Daniels
15              111 East Wayne Street
                Fort Wayne, Indiana
16
17
          Called as a Witness herein, in
18
       Accordance with the Rules of Civil
19
                 Procedure
20
21 Before Angela A. O'Neill
   Registered Professional Reporter
22
23         SUMMIT CITY REPORTING, INC.
         Certified Stenographic Court Reporters
24         127 West Wayne Street, Suite 400
            Fort Wayne, Indiana  46802
25              (260) 486-3954
```

1   APPEARANCES:
2      MR. DAVID P. IRMSCHER, ESQ.
       Baker & Daniels
3      111 East Wayne Street
       Suite 800
4      Fort Wayne, Indiana 46802
       (260) 424-8000
5
6      On Behalf of the Plaintiff.
7
8      MR. RYAN M. FOUNTAIN, ESQ.
       420 Lincoln Way West
9      Mishawaka, Indiana 46544
       (574) 258-9296
10
11     On Behalf of the Defendant.
12
13     Also Present:  Videographer Dan Katter
14
15
16
17
18
19
20
21
22
23
24
25

1         THE VIDEOGRAPHER:  Okay.  We are on the
2   record.  Today is November 30, 2009.  We are at the
3   law offices of Baker & Daniels at 111 East Wayne
4   Street, Suite 800, Fort Wayne, Indiana.  We are
5   recording the deposition of Jay Taylor in the case of
6   Heartland Recreational Vehicles versus Forest River.
7   Case number 3:08:CV490.
8         I'm Daniel Katter representing Summit City
9   Reporting.  The court reporter is Angie O'Neill.
10        Would the attorneys please introduce
11    themselves.

12          MR. IRMSCHER:  David Irmscher for Heartland.
13          MR. FOUNTAIN:  Ryan Fountain for Forest River.
14          THE VIDEOGRAPHER:  Okay.  And would the court
15  reporter please swear in the witness.
16              JAY TAYLOR,
17          Called as a Witness herein,
18          Having been first duly sworn,
19      Was examined and testified as follows:
20          MR. IRMSCHER:  Mr. Fountain, before we get
21  started, can I make a brief statement about the
22  30(b)(6) notice?
23          MR. FOUNTAIN:  Sure.
24          MR. IRMSCHER:  As you know, there are a number
25  of categories in the 30(b)(6) notice.  We provided

                                5
1   evidence on some.  Mr. Taylor is really the expert
2   witness, or the 30(b)(6) witness rather, with respect
3   to the preparation and prosecution of the patent in
4   suit.  I think that would be responsive to
5   categories, at least in part, 3, 6 and 7 and 8,
6   though not entirely responsible for all of those
7   categories.
8           MR. FOUNTAIN:  Is that the only topic that
9   he's designated as the 30(b)(6) witness for?
10          MR. IRMSCHER:  With respect to the preparation
11  -- preparation and prosecution of the patent in suit?
12          MR. FOUNTAIN:  Right.
13          MR. IRMSCHER:  Yeah, I think so.  I mean, that
14  encompasses a lot of information and material, the
15  communications --
16          MR. FOUNTAIN:  Okay.
17          MR. IRMSCHER:  -- and all that stuff as well,
18  but --
19          MR. FOUNTAIN:  But he is not here with regard
20  to any of the continuation applications; is that
21  correct?
22          MR. IRMSCHER:  No.  It is -- as we discussed a
23  number of times, it's my view that none of those are
24  in the case at this point.
25          MR. FOUNTAIN:  Okay.