14  Q.  Did you look at any of Heartland's records?

15  A.  Just to the extent to which they were in the

16     Baker & Daniels and the Barnes & Thornburg files.

17  Q.  Okay.  Who conducted the first prior art search with

18     regard to the patent in this lawsuit?

19  A.  That's not clear from the deposition.  There were

20     patents in the file.  Mr. Cooper couldn't remember

21     exactly how they got there, whether there was a

22     search, or there wasn't a search.  I believe

23     Mr. Tuttle testified that he thought a search had

24     been conducted, but he wasn't sure, so it's not clear

25     from the record who did what.

1   Q.  You mentioned something about Mr. Cooper's testimony.

2      Did you review testimony of Mr. Cooper, or talk to

3      Mr. Cooper?

4   A.  I read -- reviewed his deposition.

5   Q.  Okay.  So that's in addition to the file history you

6      talked about beforehand?

7   A.  Yes.

8   Q.  Okay.

9         MR. IRMSCHER:  Well, so the record is clear,

10     he reviewed the depositions of the inventors as well.

11     That's in support.

12  BY MR. FOUNTAIN:

13  Q.  Okay.  I'm not talking about the expert report now.

14     I'm talking about to gather the information needed to

15     testify as a 30(b)(6) witness --

16  A.  Uh-huh.

17  Q.  -- where did you gather the information from?

18  A.  I've described it.  I read -- reviewed all the

19     depositions of all of the named inventors, I reviewed

20     the deposition of Mr. Cooper, and the deposition of

21     Mr. Gallagher, I reviewed the Barnes & Thornburg

22     files, I reviewed the Baker & Daniels files, I

23     reviewed the exhibits, patents and prior art.

24  Q.  You say you reviewed the Barnes & Thornburg files --

25  A.  And the file history.

1   Q.  And the file histories.

2         Did you review Scott Troeger's file?

3   A.  Who?

4  Q.  Scott Troeger was a billing attorney at
5      Barnes & Thornburg.  Did you review his files?
6  A.  No, I did not.
7  Q.  Did you review any of the bills that were sent to --
8  A.  No, I did not.
9  Q.  Well, you said that you noticed Mr. Cooper wasn't
10     clear whether that first search was done, right?
11  A.  That's correct.
12  Q.  Did you do anything to find out anything about that
13      first search?
14  A.  No, I did not.
15  Q.  Any particular reason why not?
16  A.  No, I didn't think it was necessary.
17  Q.  Have you yourself ever done a patentability search?
18  A.  Myself personally, no.
19  Q.  Have you yourself ever recommend that a client do a
20      patentability search?
21  A.  Yes.
22  Q.  When is the last time you did that?
23  A.  Oh, I don't know.  Sometime last year.
24  Q.  Who actually did the search?
25  A.  Um, we have several search firms in DC that we use,

9

1      contracted with over the years.  I don't remember
2      exactly which one did it.
3  Q.  On this last occasion when you had a search done, did
4      that search firm send you any type of report?
5  A.  They sent me a letter that just included -- listed
6      the patents that they thought were pertinent.
7  Q.  Uh-huh.  Did they express any comment one way or the
8      other about any of those patents?
9  A.  Just to the extent to state what was in the patent
10      that they felt might be pertinent.  They never
11      expressed an opinion one way or the other.  They just
12      provide information and say here it is.  And then
13      from there on, it's for the attorney to make the
14      determination.
15  Q.  When you were using that search firm, did you send
16      them any type of correspondence giving them
17      instructions on what to do?
18  A.  Usually, yeah.
19  Q.  Okay.
20  A.  Sometimes email, sometimes telephone.
21  Q.  When you reviewed the files of Baker & Daniels and

22    Barnes & Thornburg, did you find any type of
23    correspondence instructing the search firm on what to
24    do?
25  A.  No, I did not.

1  Q.  Did you find any type of report from the search firm?
2  A.  No, I did not.
3  Q.  When you yourself have used search firms and received
4      correspondence from them, and sent correspondence to
5      them, did you keep a copy of that in your files?
6  A.  Usually.
7  Q.  Why?
8  A.  Because I put everything in the file.