# Ryan Fountain

**From:** John LaDue [JLaDue@LCK-Law.com]
**Sent:** Thursday, January 14, 2010 8:35 AM
**To:** Ryan Fountain
**Subject:** RE: Heartland v. Forest River

Ryan – I haven't forgotten about these issues. I have requests out to Greg & Jerry on potential deposition dates. I asked them each to offer 3 dates. And, Ken Inskeep is trying to find a copy of the Protective Order in the case involving Jay Taylor and copies of any patent department policies that suggest form letters or standard advice to patent applicants. I hope to have answers on all of these issues before close of business today. John

John D. LaDue
**LADUE | CURRAN | KUEHN**
*Attorneys & Counselors at Law*
200 First Bank Building
205 West Jefferson Blvd.
South Bend, Indiana 46601
(574) 968-0760 (office)
(574) 968-0761 (fax)
(574) 968-0769 (direct)
jladue@lck-law.com
www.lck-law.com

---

**From:** Ryan Fountain [mailto:attorney@ryanfountain.com]
**Sent:** Thursday, January 14, 2010 8:31 AM
**To:** John LaDue
**Subject:** Heartland v. Forest River

John,

To confirm and follow up on our recent telephone discussions, have you received the documentation we discussed about Jay Taylor's prior Expert Report against Barnes & Thornburg so that we can address whatever protective order is in place concerning that? Also, have you received as yet any documents relating to departmental policies about information to be given to inventors and prospective patentees? And finally, do you have any dates of availability for finishing the depositions of Gerry and Greg?

I will not be in the office much today, but I would appreciate at least a quick email letting me know where were are on these matters. Thanks,

Ryan