

# United States Patent
## Rasmussen

(12)

(10) Patent No.: **US 7,234,747 B2**
(45) Date of Patent: **Jun. 26, 2007**

(54) **SLIDING MECHANISMS AND SYSTEMS**

(75) Inventor: **C. Martin Rasmussen**, Fruit Heights, UT (US)

(73) Assignee: **Lippert Components, Inc.**, Goshen, IN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/112,427**

(22) Filed: **Apr. 22, 2005**

(65) **Prior Publication Data**
US 2005/0184547 A1    Aug. 25, 2005

**Related U.S. Application Data**

(60) Continuation of application No. 10/308,646, filed on Dec. 2, 2002, now Pat. No. 6,981,728, which is a continuation-in-part of application No. 10/044,481, filed on Jan. 11, 2002, now abandoned, which is a division of application No. 09/448,410, filed on Nov. 23, 1999, now Pat. No. 6,338,523.

(51) Int. Cl.
*B60P 3/34* (2006.01)

(52) U.S. Cl. ............... **296/26.01**; 296/26.13; 296/165; 296/171

(58) Field of Classification Search ............ 296/26.01, 296/26.09, 26.13, 165, 171, 175; 52/67
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 981,113 A | 1/1911 | Richards | |
| 1,039,960 A | 10/1912 | Klein et al. | |
| 1,275,971 A | 8/1918 | Michelin | |
| 1,284,967 A | 11/1918 | Anderson | |
| 1,419,475 A | 6/1922 | Smith | |
| 1,447,603 A | 3/1923 | Runner | |
| 1,536,518 A | 5/1925 | Osborn | |
| 1,948,150 A | 2/1934 | Whitted | |
| 2,136,130 A | 11/1938 | Gorlenko | |
| 2,150,615 A | 3/1939 | Sword | |
| 2,177,394 A | 10/1939 | Pierce | |
| 2,201,826 A | 5/1940 | Ditchfield | |
| 2,225,319 A | 12/1940 | Rollo | |
| 2,306,084 A | 12/1942 | Rollo | |
| 2,477,466 A | 7/1949 | Richardson | |
| 2,519,517 A | 8/1950 | Van Tassel | |

(Continued)

FOREIGN PATENT DOCUMENTS

CH    663 586 A5    12/1987

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 60/132,397, filed May 4, 1999, Schneider.

(Continued)

*Primary Examiner*—Dennis H. Pedder
(74) *Attorney, Agent, or Firm*—Barnes & Thornburg, LLP

(57) **ABSTRACT**

A sliding mechanism for moving a slide-out compartment of a vehicle includes a guide member, a sliding member, and a gear. The gear is used to move the sliding member relative to the guide member. The sliding member and the guide member cooperate with each other to move the slide-out compartment between an extended position and a retracted position.

**44 Claims, 23 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,535,613 A | 12/1950 | Vanderbeek |
| 2,581,192 A | 1/1952 | Fleur |
| 2,583,923 A | 1/1952 | Anschuetz |
| 2,597,709 A | 5/1952 | Dath et al. |
| 2,606,057 A | 8/1952 | Johnson |
| 2,704,223 A | 3/1955 | Houdart |
| 2,732,251 A | 1/1956 | Meaker |
| 2,744,781 A | 5/1956 | Black |
| 2,757,418 A | 8/1956 | Bergstrom |
| 2,813,747 A | 11/1957 | Rice, Jr. |
| 2,820,666 A | 1/1958 | Grochmal |
| 2,822,212 A | 2/1958 | Frey |
| 2,842,972 A | 7/1958 | Houdart |
| 2,850,320 A | 9/1958 | Grochmal |
| 2,857,197 A | 10/1958 | Hogg |
| 2,876,035 A | 3/1959 | Houdart |
| 2,877,509 A | 3/1959 | Klibanow |
| 2,886,856 A | 5/1959 | Suk Kun Che |
| 2,893,780 A | 7/1959 | Ervine |
| 2,894,775 A | 7/1959 | Harless |
| 2,898,143 A | 8/1959 | Ferrera |
| 2,898,144 A | 8/1959 | Ferrera |
| 2,901,282 A | 8/1959 | Meaker |
| 2,902,312 A | 9/1959 | Ferrera |
| 2,913,775 A | 11/1959 | Sailor |
| 2,987,342 A | 6/1961 | Meaker et al. |
| 2,995,398 A | 8/1961 | Davenport |
| 3,080,185 A | 3/1963 | Walker |
| 3,106,750 A | 10/1963 | Jarman |
| 3,107,116 A | 10/1963 | Meaker |
| 3,116,085 A | 12/1963 | Uttley |
| 3,137,041 A | 6/1964 | Mullen |
| 3,148,795 A | 9/1964 | Leach |
| 3,169,280 A | 2/1965 | Jarman |
| 3,181,910 A | 5/1965 | Thomas |
| 3,212,810 A | 10/1965 | Bass |
| 3,288,518 A | 11/1966 | Oliver |
| 3,300,914 A | 1/1967 | Stewart et al. |
| 3,330,574 A | 7/1967 | Kulyk |
| 3,338,554 A | 8/1967 | Gostomski |
| 3,341,986 A | 9/1967 | Brosig |
| 3,368,839 A | 2/1968 | Stewart |
| 3,482,716 A | 12/1969 | Leadley |
| 3,512,315 A | 5/1970 | Vitalini |
| 3,549,027 A | 12/1970 | Batson |
| 3,560,043 A | 2/1971 | Harter |
| 3,572,809 A | 3/1971 | Buland |
| 3,592,443 A | 7/1971 | Budrow et al. |
| 3,596,416 A | 8/1971 | Hojka |
| 3,640,502 A | 2/1972 | Bargman, Jr. |
| 3,695,472 A | 10/1972 | Rasmussen |
| 3,709,467 A | 1/1973 | Mann |
| 3,719,386 A | 3/1973 | Puckett et al. |
| 3,740,088 A | 6/1973 | Ratcliff |
| 3,758,074 A | 9/1973 | Jeffries et al. |
| 3,763,979 A | 10/1973 | Goodman et al. |
| 3,797,880 A | 3/1974 | Pezzaglia |
| 3,815,949 A | 6/1974 | Ulert |
| 3,819,077 A | 6/1974 | Rasmussen et al. |
| 3,850,470 A | 11/1974 | Trelle |
| 3,874,244 A | 4/1975 | Rasmussen et al. |
| 3,897,044 A | 7/1975 | Tallman |
| 3,915,492 A | 10/1975 | Agnese |
| 3,921,843 A | 11/1975 | Rasmussen et al. |
| 3,934,688 A | 1/1976 | Sides et al. |
| 3,944,277 A | 3/1976 | Cyphert |
| 4,015,822 A | 4/1977 | Rasmussen |
| 4,049,310 A | 9/1977 | Yoder |
| 4,103,462 A | 8/1978 | Freller |
| 4,128,269 A | 12/1978 | Stewart |
| 4,133,571 A | 1/1979 | Fillios |
| 4,139,229 A | 2/1979 | Cooper |
| 4,169,581 A | 10/1979 | Thurmond, Jr. |
| 4,192,544 A | 3/1980 | Patterson |
| 4,253,283 A | 3/1981 | May |
| 4,257,570 A | 3/1981 | Rasmussen |
| 4,270,319 A | 6/1981 | Spasojevic |
| 4,270,791 A | 6/1981 | Tann |
| 4,277,919 A | 7/1981 | Artweger et al. |
| 4,295,679 A | 10/1981 | Artweger et al. |
| 4,312,159 A | 1/1982 | Paul |
| 4,316,601 A | 2/1982 | Osborne et al. |
| 4,326,615 A | 4/1982 | Powell |
| 4,351,135 A | 9/1982 | Freller |
| 4,358,133 A | 11/1982 | Stucky |
| 4,413,855 A | 11/1983 | Flanagan |
| 4,480,866 A | 11/1984 | Komatsu |
| 4,500,132 A | 2/1985 | Yoder |
| RE32,262 E | 10/1986 | Stewart |
| 4,652,041 A | 3/1987 | Barber et al. |
| 4,689,924 A | 9/1987 | Jurgensen |
| 4,723,931 A | 2/1988 | Allen et al. |
| 4,759,582 A | 7/1988 | Kutzner |
| 4,842,252 A | 6/1989 | McMahan |
| 4,869,030 A | 9/1989 | Clark |
| 4,872,903 A | 10/1989 | Periou |
| 4,883,306 A | 11/1989 | Stucky |
| 4,912,892 A | 4/1990 | Jurgensen |
| 4,930,270 A | 6/1990 | Bevacqua |
| 4,930,837 A | 6/1990 | Marsh et al. |
| 4,943,106 A | 7/1990 | Hunt |
| 4,945,780 A | 8/1990 | Bosma |
| 4,955,661 A | 9/1990 | Mattice |
| 5,050,927 A | 9/1991 | Montanari |
| 5,061,001 A | 10/1991 | Madden et al. |
| 5,069,471 A | 12/1991 | Van Der Linden et al. |
| 5,090,749 A | 2/1992 | Lee |
| 5,127,697 A | 7/1992 | St. Marie |
| 5,154,469 A | 10/1992 | Morrow |
| 5,185,973 A | 2/1993 | Oldani |
| 5,193,878 A | 3/1993 | Weaver |
| 5,199,738 A | 4/1993 | Vandenberg |
| 5,237,782 A | 8/1993 | Cooper |
| 5,248,180 A | 9/1993 | Hussaini |
| 5,273,256 A | 12/1993 | Chambers |
| 5,291,701 A | 3/1994 | Delacollette et al. |
| 5,295,430 A | 3/1994 | Dewald, Jr. et al. |
| 5,332,276 A | 7/1994 | Blodgett, Jr. |
| 5,333,420 A | 8/1994 | Eden |
| 5,345,730 A | 9/1994 | Jurgensen |
| 5,374,094 A | 12/1994 | Smith et al. |
| 5,384,992 A | 1/1995 | Roberton |
| 5,398,986 A | 3/1995 | Koob |
| 5,491,933 A | 2/1996 | Miller et al. |
| 5,511,459 A | 4/1996 | Hanser et al. |
| 5,553,825 A | 9/1996 | Rasmussen |
| 5,560,444 A | 10/1996 | Tiedge |
| 5,560,667 A | 10/1996 | Edry |
| 5,567,003 A | 10/1996 | Gill |
| 5,570,924 A | 11/1996 | Few et al. |
| 5,577,351 A | 11/1996 | Dewald, Jr. et al. |
| 5,586,802 A | 12/1996 | Dewald, Jr. et al. |
| 5,607,134 A | 3/1997 | Corning et al. |
| 5,620,224 A | 4/1997 | DiBiagio et al. |
| 5,628,541 A | 5/1997 | Gardner |
| 5,634,683 A | 6/1997 | Young |
| 5,639,139 A | 6/1997 | Rush |
| 5,658,032 A | 8/1997 | Gardner |
| 5,673,962 A | 10/1997 | Maieli et al. |
| 5,706,612 A | 1/1998 | Tillett |
| 5,711,566 A | 1/1998 | Lesmeister et al. |
| 5,732,839 A | 3/1998 | Schimmang et al. |
| 5,758,918 A | 6/1998 | Schneider et al. |
| 5,765,316 A | 6/1998 | Kavarsky |

| | | |
|---|---|---|
| 5,772,270 A | 6/1998 | Hanser et al. |
| 5,785,373 A | 7/1998 | Futrell et al. |
| 5,787,650 A | 8/1998 | Miller et al. |
| 5,788,306 A | 8/1998 | DiBiagio et al. |
| 5,791,715 A | 8/1998 | Nebel |
| 5,800,002 A | 9/1998 | Tiedge et al. |
| 5,815,988 A | 10/1998 | Molina |
| 5,829,822 A | 11/1998 | Tiedge |
| 5,833,296 A | 11/1998 | Schneider |
| 5,853,215 A | 12/1998 | Lowery |
| 5,857,733 A | 1/1999 | Dewald, Jr. et al. |
| 5,860,686 A | 1/1999 | Tiedge |
| 5,894,698 A | 4/1999 | Dewald, Jr. et al. |
| 5,902,001 A | 5/1999 | Schneider |
| 5,908,215 A | 6/1999 | Hanser et al. |
| 5,915,774 A | 6/1999 | Tiedge |
| 5,971,471 A | 10/1999 | Gardner |
| 5,983,576 A | 11/1999 | Hanser et al. |
| 5,984,353 A | 11/1999 | Rasmussen |
| 5,984,396 A | 11/1999 | Schneider |
| 5,997,074 A | 12/1999 | Alexander |
| 6,003,919 A | 12/1999 | Shook |
| 6,007,142 A | 12/1999 | Gehman et al. |
| 6,017,080 A | 1/2000 | Gill |
| 6,048,016 A | 4/2000 | Futrell et al. |
| 6,048,167 A | 4/2000 | Lesmeister et al. |
| 6,052,952 A | 4/2000 | Frerichs et al. |
| 6,067,756 A | 5/2000 | Frerichs et al. |
| 6,094,870 A | 8/2000 | Stacy |
| 6,098,346 A | 8/2000 | Miller et al. |
| 6,108,983 A | 8/2000 | Dewald, Jr. et al. |
| 6,109,683 A | 8/2000 | Schneider |
| 6,116,671 A | 9/2000 | Schneider |
| 6,152,520 A | 11/2000 | Gardner |
| 6,170,903 B1 | 1/2001 | Crean |
| 6,176,045 B1 | 1/2001 | McManus et al. |
| 6,182,401 B1 | 2/2001 | McManus et al. |
| 6,202,362 B1 | 3/2001 | McManus et al. |
| 6,224,126 B1 | 5/2001 | Martin et al. |
| 6,227,607 B1 | 5/2001 | Dewald, Jr. et al. |
| 6,234,566 B1 | 5/2001 | Cyr et al. |
| 6,250,701 B1 | 6/2001 | Vance |
| 6,254,171 B1 | 7/2001 | Young, Sr. |
| 6,257,638 B1 | 7/2001 | Graber |
| 6,266,931 B1 | 7/2001 | Erickson et al. |
| 6,286,883 B1 | 9/2001 | Schneider et al. |
| 6,290,284 B1 | 9/2001 | Crean |
| 6,293,611 B1 | 9/2001 | Schneider et al. |
| 6,293,612 B1 | 9/2001 | Crean |
| 6,299,229 B1 | 10/2001 | Becenas Nieto |
| 6,302,475 B1 | 10/2001 | Anderson |
| 6,305,739 B1 | 10/2001 | Corona |
| 6,325,437 B2 | 12/2001 | Hiebert et al. |
| 6,338,523 B1 | 1/2002 | Rasmussen |
| 6,345,854 B1 | 2/2002 | McManus |
| 6,345,855 B2 | 2/2002 | Hanser et al. |
| 6,354,646 B1 | 3/2002 | McManus et al. |
| 6,402,216 B1 | 6/2002 | McManus et al. |
| 6,415,675 B1 | 7/2002 | Schneider et al. |
| 6,422,628 B1 | 7/2002 | Bortell |
| 6,428,073 B1 | 8/2002 | Blodgett, Jr. |
| 6,447,048 B2 | 9/2002 | Crean |
| 6,454,336 B1 | 9/2002 | Nye et al. |
| 6,471,275 B1 | 10/2002 | Kunz et al. |
| 6,494,518 B2 | 12/2002 | Kreil et al. |
| 6,497,449 B2 | 12/2002 | Graf et al. |
| 6,505,873 B1 | 1/2003 | Crean |
| 6,527,324 B2 | 3/2003 | McManus et al. |
| 6,533,338 B1 | 3/2003 | Frerichs et al. |
| 6,536,821 B1 | 3/2003 | Gardner |
| 6,536,823 B2 | 3/2003 | McManus |
| 6,561,570 B2 | 5/2003 | Gehman et al. |
| 6,565,144 B1 | 5/2003 | Crean |
| 6,568,734 B2 | 5/2003 | Buls et al. |
| 6,572,170 B2 | 6/2003 | McManus et al. |
| 6,575,514 B2 | 6/2003 | McManus et al. |
| 6,592,163 B1 | 7/2003 | Nebel |
| 6,598,354 B2 | 7/2003 | McManus et al. |
| 6,601,896 B1 | 8/2003 | Nye et al. |
| 6,619,713 B2 | 9/2003 | Eichhorn |
| 6,619,714 B2 | 9/2003 | Schneider et al. |
| 6,623,058 B1 | 9/2003 | Crean |
| 6,623,066 B2 | 9/2003 | Garceau et al. |
| 6,637,794 B2 | 10/2003 | McManus et al. |
| 6,637,804 B1 | 10/2003 | Crean |
| 6,644,235 B2 | 11/2003 | Haynes |
| 6,644,719 B2 | 11/2003 | Young, Sr. |
| 6,655,723 B2 | 12/2003 | Meijer et al. |
| 6,658,798 B1 | 12/2003 | Frerichs et al. |
| 6,679,541 B1 | 1/2004 | Hanser et al. |
| 6,679,543 B2 | 1/2004 | Messano |
| 6,681,531 B1 | 1/2004 | McManus |
| 6,685,249 B2 | 2/2004 | Schneider |
| 6,696,813 B2 | 2/2004 | McManus et al. |
| 6,698,818 B2 | 3/2004 | Crean |
| 6,702,353 B1 | 3/2004 | Blodgett, Jr. |
| 6,708,454 B1 | 3/2004 | Frerichs et al. |
| 6,729,669 B2 | 5/2004 | McManus et al. |
| 6,729,670 B1 | 5/2004 | Buls et al. |
| 6,729,677 B2 | 5/2004 | Gurdjian et al. |
| 6,735,909 B1 | 5/2004 | Gardner |
| 6,805,391 B2 | 10/2004 | Schneider |
| 6,857,689 B2 | 2/2005 | Dodgen |
| 6,871,897 B1 | 3/2005 | Snyder |
| 2001/0002758 A1 | 6/2001 | Hanser et al. |
| 2001/0004159 A1 | 6/2001 | Crean |
| 2001/0008059 A1 | 7/2001 | McManus et al. |
| 2001/0030437 A1 | 10/2001 | Hiebert et al. |
| 2002/0023393 A1 | 2/2002 | McManus |
| 2002/0041104 A1 | 4/2002 | Graf et al. |
| 2002/0043813 A1 | 4/2002 | McManus et al. |
| 2002/0047286 A1 | 4/2002 | Nye et al. |
| 2002/0056329 A1 | 5/2002 | Rasmussen |
| 2002/0057000 A1 | 5/2002 | McManus |
| 2002/0060467 A1 | 5/2002 | McManus et al. |
| 2002/0063441 A1 | 5/2002 | Young, Sr. |
| 2002/0070700 A1 | 6/2002 | McManus et al. |
| 2002/0074815 A1 | 6/2002 | McManus et al. |
| 2002/0074816 A1 | 6/2002 | McManus et al. |
| 2002/0078634 A1 | 6/2002 | McManus et al. |
| 2002/0084661 A1 | 7/2002 | McManus et al. |
| 2002/0084663 A1 | 7/2002 | McManus et al. |
| 2002/0084664 A1 | 7/2002 | McManus et al. |
| 2002/0084665 A1 | 7/2002 | McManus et al. |
| 2002/0089212 A1 | 7/2002 | Garceau et al. |
| 2002/0089213 A1 | 7/2002 | Gehman et al. |
| 2002/0093213 A1 | 7/2002 | Kreil et al. |
| 2002/0093214 A1 | 7/2002 | McManus et al. |
| 2002/0140245 A1 | 10/2002 | Coleman, II et al. |
| 2002/0153745 A1 | 10/2002 | Messano |
| 2002/0171255 A1 | 11/2002 | Eichhorn |
| 2002/0180232 A1 | 12/2002 | Schneider et al. |
| 2003/0080576 A1 | 5/2003 | Buls et al. |
| 2003/0089296 A1 | 5/2003 | Haynes |
| 2003/0107229 A1 | 6/2003 | Meijer et al. |
| 2003/0141732 A1 | 7/2003 | Nye et al. |
| 2003/0155791 A1 | 8/2003 | Gurdjian et al. |
| 2003/0193213 A1 | 10/2003 | Gehman et al. |
| 2004/0007890 A1 | 1/2004 | Blodgett, Jr. |
| 2004/0017096 A1 | 1/2004 | Crean |
| 2004/0066060 A1 | 4/2004 | Rasmussen |
| 2004/0104698 A1 | 6/2004 | Blodgett, Jr. |
| 2004/0124651 A1 | 7/2004 | Huffman et al. |
| 2004/0130172 A1 | 7/2004 | Yoder et al. |
| 2004/0130173 A1 | 7/2004 | Meijer et al. |
| 2004/0150241 A1 | 8/2004 | Nye et al. |

| | | | |
|---|---|---|---|
| 2004/0174031 A1 | 9/2004 | Rasmussen | |
| 2005/0006924 A1 | 1/2005 | Rasmussen | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 944 657 | 12/1955 |
| DE | 1 092 318 | 11/1960 |
| DE | 1 138 648 | 10/1962 |
| DE | 1 925 258 | 11/1970 |
| DE | 2 026 360 | 12/1971 |
| DE | 2 309 551 | 9/1973 |
| DE | 24 44 545 A1 | 4/1976 |
| DE | 25 34 154 A1 | 2/1977 |
| DE | 26 01 609 A1 | 7/1977 |
| DE | 26 41 142 A1 | 3/1978 |
| DE | 27 12 270 A1 | 9/1978 |
| DE | 44 29 927 A1 | 11/1995 |
| EP | 0 006 072 A1 | 7/1981 |
| EP | 0 083 317 A2 | 6/1982 |
| EP | 0 089 133 A1 | 9/1983 |
| EP | 1 093 964 A2 | 9/2000 |
| FR | 1 015 333 | 9/1952 |
| FR | 1 088 640 | 3/1955 |
| FR | 1 089 977 | 3/1955 |
| FR | 1 107 260 | 12/1955 |
| FR | 1 129 557 | 1/1957 |
| FR | 1 157 924 | 6/1958 |
| FR | 1 211 834 | 3/1960 |
| FR | 1 562 197 | 4/1969 |
| FR | 1 570 553 | 6/1969 |
| FR | 1 574 680 | 7/1969 |
| FR | 2 360 444 | 3/1978 |
| FR | 2 573 016 A1 | 5/1986 |
| GB | 304 802 | 1/1929 |
| GB | 485330 | 5/1938 |
| GB | 882 258 | 11/1961 |
| GB | 1 212 711 | 11/1970 |
| GB | 1 265 003 | 3/1972 |
| GB | 2 001 589 A | 7/1978 |
| GB | 2 244 959 A | 6/1990 |
| GB | 2 344 317 A | 6/2000 |
| WO | WO 80/01669 | 8/1980 |

OTHER PUBLICATIONS

"Electric Slide-Out System Operations and Service Manual," multiple dates, 111 pages, Power Gear®.

Fleetwood Terry 27', Nov. 2000, 14 pages (each page is stamped "FLTSLD"), Kennedale Camper Sales, Inc., Kennedale, Texas.

"King of the Road, Perfecting the art of fifth wheel technology," Oct. 1996, 12 pages, Chief Industries, Inc., Russell, Kansas.

"King of the Road, Perfecting the art of fifth wheel technology," Owner's Manual, 1996, 67 pages, King of the Road, Russell, Kansas.

"Rollout EZ Slide Customer Specification Form," 1998, 2 pages, H&H Braund Manufacturing Company Limited, Canada.

"Rollout EZ Slide," Jul. 28, 1997, 1 page, Model No. 23360, Barker Manufacturing Co., Battle Creek, Michigan.

Rollout EZ Slide, Jun. 24, 1998, 1 page, Model No. 24905, Barker Manufacturing Co., Battle Creek, Michigan.

"Rollout EZ Slide," May 11, 1995, 1 page, Model No. 23360, Barker Manufacturing Co., Battle Creek, Michigan.

Royalite by King of the Road, Aug. 16, 1996, 31 pages (each page is stamped "1997RKR"), Texas RV Center, Inc.

"RV Parts and Accessories," 2002, 5 pages, H&H Braund Manufacturing Company Limited, Canada.

"The HWH SpaceMaker®; 'Pivotal Level Out Floor,'" Room Extension, May 6, 2002, 1 page.

Atwood Industries, Inc., Product Brochure, Form No. TS-2000, 1993 (Estimated).

Happijac Company Product Brochure, 1993 (Estimated).

Rieco, Inc., Ball Screw Campter Jacks Product Brochure, 1993 (Estimated).

Rieco, Inc., Camper Jacks Product Brochure, 1980 (Estimated).

Rieco, Inc., Remote Controller Electric Camper Jacks Product Brochure, 1993 (Estimated).

Rieco, Inc., Swing-A-Way Bracket Product Brochure, 1980 (Estimated).

Titan Jack, Inc., 4-Corner Camper Jack Product Brochure, 1993 (Estimated).



FIG. 1