| | |
|---|---|
| **From:** | Greg Cooper |
| **Sent:** | Monday, March 14, 2005 10:05 AM |
| **To:** | Grunden, Zellma |
| **Subject:** | Fwd: Re: Heartland Turning Radius Patent |

>>> "Scott Tuttle" <scott@mail.heartlandrvs.com> 3/2/2005 11:12:05 AM
>>> >>>
Greg,
I was wondering if you could help me out with some of the questions my senior partner
(Braidn Brady) has regarding our patent application.
The real part of this appplication that we are concerned about and feel we have a good
shot at is the improved turning radius design where we cut back the frame and also
remolded the cap design to take advantage of that void in the frame.
I have included Brian's repsonse to me with some
questions he has.  One is, he is looking for some sort of
assurance that is this concept is even defensible?  And if we were to have to go to
court over it, how much would we be looking at to defend it?

Call me when you can.
Thanks.

Scott Tuttle


---------- Original Message ----------------------------------
From: Bbirish74@aol.com
Date:  Wed, 2 Mar 2005 09:35:46 EST

Scott:
The issue is whether or not the patent is defensible. We need some assurances from our
attorney(s) that this will be the case. For example, does Cambridge infringe the patent
as being applied for? Cost to defend patent?
Need more info.
BB
---
[This E-mail scanned for viruses by Data Constructs Company]


---
[This E-mail scanned for viruses by Data Constructs Company]

**B&T 069**

| | |
|---|---|
| **From:** | Greg Cooper |
| **Sent:** | Monday, March 14, 2005 10:05 AM |
| **To:** | Grunden, Zellma |
| **Subject:** | Fwd: Re: Heartland Turning Radius Patent |

>>> "Scott Tuttle" <scott@mail.heartlandrvs.com> 3/2/2005 11:12:05 AM
>>> >>>
Greg,
I was wondering if you could help me out with some of the questions my senior partner
(Braidn Brady) has regarding our patent application.
The real part of this appplication that we are concerned about and feel we have a good
shot at is the improved turning radius design where we cut back the frame and also
remolded the cap design to take advantage of that void in the frame.
I have included Brian's repsonse to me with some
questions he has.  One is, he is looking for some sort of
assurance that is this concept is even defensible?  And if we were to have to go to
court over it, how much would we be looking at to defend it?

Call me when you can.
Thanks.

Scott Tuttle


---------- Original Message ----------------------------------
From: Bbirish74@aol.com
Date:  Wed, 2 Mar 2005 09:35:46 EST

Scott:
The issue is whether or not the patent is defensible. We need some assurances from our
attorney(s) that this will be the case. For example, does Cambridge infringe the patent
as being applied for? Cost to defend patent?
Need more info.
BB
---
[This E-mail scanned for viruses by Data Constructs Company]


---
[This E-mail scanned for viruses by Data Constructs Company]

B&T 069