



June 29, 1943. J. M. FOSTER 2,322,841
VEHICLE FRAME
Filed July 8, 1940 4 Sheets-Sheet 4