June 29, 1943.

J. M. FOSTER

2,322,841

VEHICLE FRAME

Filed July 8, 1940

4 Sheets—Sheet 1



INVENTOR
JAMES MADISON FOSTER
by J. H. Weatherford
Atty.



June 29, 1943.

J. M. FOSTER

VEHICLE FRAME

Filed July 8, 1940

2,322,841

4 Sheets-Sheet 4

FIG.14.

FIG.16.

FIG.13.

FIG.17.

FIG.18.

FIG.15.

INVENTOR
JAMES MADISON FOSTER