Billed and Unbilled Recap Of Time Detail - [0973963 - Heartland Recreational Vehicles, LLC]  Page 16
Currency Code:   12/7/2009 3:28:14 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 02/22/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Left message for opposing counsel | 0973963.0000002 | 8367793 |
| 04/21/2005 | | Invoice=1225570 | 0.20 | 65.00 | | | |
| 05/23/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Review and execute Statement of Use | 0973963.0000002 | 8553559 |
| 06/15/2005 | | Invoice=1234408 | 0.20 | 65.00 | | | |
| 05/25/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Confer with James Brotherson regarding results | 0973963.0000002 | 8553544 |
| 06/15/2005 | | Invoice=1234408 | 0.20 | 65.00 | | | |
| 05/27/2005 | 10063 | Gerard T. Gallagher | 0.60 | 195.00 | Conference regarding potential infringement by | 0973963.0000002 | 8562472 |
| 06/15/2005 | | Invoice=1234408 | 0.60 | 195.00 | Fibertron and North American Industries; prepare e-mail regarding file transfer | | |
| 05/31/2005 | 10063 | Gerard T. Gallagher | 1.30 | 422.50 | Review e-mail regarding file transfer; prepare | 0973963.0000002 | 8564049 |
| 06/15/2005 | | Invoice=1234408 | 1.30 | 422.50 | e-mail to Mr. Tuttle regarding same; review photos of potentially infringing product; meeting with Mr. Tuttle; review application | | |
| 06/01/2005 | 10063 | Gerard T. Gallagher | 3.80 | 1,235.00 | Prepare draft notice of infringement letters; | 0973963.0000002 | 8573891 |
| 07/13/2005 | | Invoice=1238776 | 3.80 | 1,235.00 | confer with Mr. Tuttle regarding same; review application; review requirements for special status petition | | |
| 06/02/2005 | 10063 | Gerard T. Gallagher | 0.50 | 162.50 | Confer with Mr. Tuttle regarding potential | 0973963.0000002 | 8574361 |
| 07/13/2005 | | Invoice=1238776 | 0.50 | 162.50 | infringers; review e-mail regarding same | | |
| 06/03/2005 | 10063 | Gerard T. Gallagher | 0.60 | 195.00 | Confer with Mr. Baidus of General RV; confer | 0973963.0000002 | 8576812 |
| 07/13/2005 | | Invoice=1238776 | 0.60 | 195.00 | with Mr. Tuttle regarding unit at NAI | | |
| 06/04/2005 | 10063 | Gerard T. Gallagher | 1.10 | 357.50 | Review application file; prepare correspondence | 0973963.0000002 | 8576841 |
| 07/13/2005 | | Invoice=1238776 | 1.10 | 357.50 | to Performance Graphics | | |
| 06/07/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Conference regarding application | 0973963.0000002 | 8577080 |
| 07/13/2005 | | Invoice=1238776 | 0.20 | 65.00 | | | |
| 06/10/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Finalize correspondence to Performance Graphics | 0973963.0000002 | 8588381 |
| 07/13/2005 | | Invoice=1238776 | 0.20 | 65.00 | | | |
| 06/14/2005 | 10063 | Gerard T. Gallagher | 0.50 | 162.50 | Review power of attorney and related documents; | 0973963.0000002 | 8617265 |
| 07/13/2005 | | Invoice=1238776 | 0.50 | 162.50 | prepare e-mail to Mr. Tuttle regarding same; prepare form letters regarding application | | |
| 06/20/2005 | 10063 | Gerard T. Gallagher | 0.30 | 97.50 | Confer with Mr. Brink of North American | 0973963.0000002 | 8619207 |
| 07/13/2005 | | Invoice=1238776 | 0.30 | 97.50 | Industries; left message for Mr. Tuttle | | |

Heartland/FR 0001143

Billed and Unbilled Recap Of Time Detail - [0973963 - Heartland Recreational Vehicles, LLC]  Page 17
Currency Code:   12/7/2009 3:28:14 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/21/2005 | 10063 | Gerard T. Gallagher | 1.20 | 390.00 | Prepare preliminary amendment and letters to | 0973963.0000002 | 8619237 |
| 07/13/2005 | | Invoice=1238776 | 1.20 | 390.00 | potential infringers | | |
| 06/22/2005 | 10063 | Gerard T. Gallagher | 2.70 | 877.50 | Prepare letters to competitors regarding | 0973963.0000002 | 8619273 |
| 07/13/2005 | | Invoice=1238776 | 2.70 | 877.50 | pending application; confer with Michelle Horvath regarding preparation of information disclosure statement; confer with Mr. Tuttle regarding same; prepare preliminary amendment | | |
| 06/23/2005 | 10063 | Gerard T. Gallagher | 4.50 | 1,482.50 | Prepare letter to potential infringers; meeting | 0973963.0000002 | 8619354 |
| 07/13/2005 | | Invoice=1238776 | 4.50 | 1,482.50 | with Mr. Tuttle to review designs; prepare preliminary amendment | | |
| 06/24/2005 | 10063 | Gerard T. Gallagher | 0.60 | 195.00 | Review nondisclosure agreement; confer with Mr. | 0973963.0000002 | 8619570 |
| 07/13/2005 | | Invoice=1238776 | 0.60 | 195.00 | Tuttle regarding same; finalize correspondence to Thor, Keystone and Lippert regarding same | | |
| 06/30/2005 | 10063 | Gerard T. Gallagher | 0.30 | 97.50 | Conference with Mr. Tuttle regarding status and | 0973963.0000002 | 8624155 |
| 07/13/2005 | | Invoice=1238776 | 0.30 | 97.50 | regarding Masterfab; left message for Mr. Beard at Masterfab | | |
| 07/12/2005 | 10063 | Gerard T. Gallagher | 1.50 | 487.50 | Further prepared additional claims for | 0973963.0000002 | 8653943 |
| 08/19/2005 | | Invoice=1245317 | 1.50 | 487.50 | application; review drawings with draftsman | | |
| 07/14/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Prepare e-mail regarding drawings | 0973963.0000002 | 8670498 |
| 08/19/2005 | | Invoice=1245317 | 0.20 | 65.00 | | | |
| 07/15/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Review correspondence from Forest River and | 0973963.0000002 | 8670575 |
| 08/19/2005 | | Invoice=1245317 | 0.20 | 65.00 | prepare e-mail to Mr. Tuttle regarding same | | |
| 07/18/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Review correspondence from Keystone RV; prepare | 0973963.0000002 | 8678053 |
| 08/19/2005 | | Invoice=1245317 | 0.20 | 65.00 | e-mail to S. Tuttle regarding same | | |
| 07/21/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Conference regarding amendments | 0973963.0000002 | 8679777 |
| 08/19/2005 | | Invoice=1245317 | 0.20 | 65.00 | | | |
| 07/25/2005 | 10063 | Gerard T. Gallagher | 0.30 | 97.50 | Conference regarding amended drawings | 0973963.0000002 | 8680046 |
| 08/19/2005 | | Invoice=1245317 | 0.30 | 97.50 | | | |
| 07/27/2005 | 10063 | Gerard T. Gallagher | 0.10 | 32.50 | Conference regarding drawings | 0973963.0000002 | 8685950 |
| 08/19/2005 | | Invoice=1245317 | 0.10 | 32.50 | | | |
| 07/29/2005 | 10063 | Gerard T. Gallagher | 0.40 | 130.00 | Review drawings and amendment | 0973963.0000002 | 8691030 |
| 08/19/2005 | | Invoice=1245317 | 0.40 | 130.00 | | | |
| 08/01/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Confer with Michelle Horvath regarding | 0973963.0000002 | 8715721 |
| 09/19/2005 | | Invoice=1249659 | 0.20 | 65.00 | amendment and publication report; review and execute same | | |
| 08/03/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Leave message for Mr. Tuttle regarding status | 0973963.0000002 | 8716174 |
| 09/19/2005 | | Invoice=1249659 | 0.20 | 65.00 | | | |
| 08/17/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Conference with Krista Zimmerman regarding | 0973963.0000002 | 8744560 |
| 09/19/2005 | | Invoice=1249659 | 0.20 | 65.00 | security interests in patents and trademarks | | |
| 08/25/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Leave message for S. Tuttle | 0973963.0000002 | 8748405 |
| 09/19/2005 | | Invoice=1249659 | 0.20 | 65.00 | | | |
| 09/12/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Left message for S. Tuttle | 0973963.0000002 | 8783020 |
| 10/31/2005 | | Invoice=1255832 | 0.20 | 65.00 | | | |
| 11/03/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Review and execute Statement of Use | 0973963.0000002 | 8913044 |
| 12/19/2005 | | Invoice=1264841 | 0.20 | 65.00 | | | |
| 02/24/2006 | 10063 | Gerard T. Gallagher | 0.30 | 105.00 | Review publication; prepare e-mail to S. Tuttle | 0973963.0000002 | 9123475 |
| 03/13/2006 | | Invoice=1277824 | 0.30 | 105.00 | regarding same | | |
| 05/03/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Conference with S. Tuttle regarding status | 0973963.0000009 | 9289339 |
| 06/12/2006 | | Invoice=1292613 | 0.20 | 70.00 | | | |
| 05/15/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Prepare letter to competitors regarding | 0973963.0000009 | 9290747 |
| 06/12/2006 | | Invoice=1292613 | 0.20 | 70.00 | published application | | |
| 05/16/2006 | 10063 | Gerard T. Gallagher | 0.30 | 105.00 | Finalize correspondence to Keystone and Forest | 0973963.0000009 | 9290832 |
| 06/12/2006 | | Invoice=1292613 | 0.30 | 105.00 | River regarding published application | | |
| 11/10/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Review e-mail from S. Tuttle requesting status | 0973963.0000002 | 9682670 |
| 12/28/2006 | | Invoice=1325947 | 0.20 | 70.00 | report; prepare e-mail to K. Kaminskas | | |

Heartland/FR 0001144