# BAKER & DANIELS LLP
### EST. 1863

First Bank Building, 205 W. Jefferson Blvd., Suite 250 • South Bend, Indiana 46601
Tel. 574.234.4149 • Fax 574.239.1900
www.bakerdaniels.com

GERARD T. GALLAGHER
Attorney at Law
Direct 574.239.1921
gerard.gallagher@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

December 22, 2006

Mr. Ryan M. Fountain
Attorney at Law
420 Lincoln Way West
Mishawaka, IN  46544

Re: Heartland Recreational Vehicles LLC
Front End Design for Fifth Wheel Recreational Vehicles
Our Reference:  HRV-G0001 (973963.2)

Dear Ryan:

I am writing to follow up on my letter of May 16, 2006.  Our client, Heartland Recreational Vehicles LLC, has reason to believe that Forest River is preparing to introduce a new fifth-wheel trailer that would infringe claims of Heartland's U.S. Patent Application Publication No. US 2006/0038379 A1 when those claims issue.  The technology covered by the '379 Publication is extremely valuable and Heartland will take all necessary steps to enforce its rights.  I can assure you that if Forest River introduces an infringing product Heartland will expedite prosecution of the pending application and seek a preliminary injunction against Forest River to prevent sales of the product.

I would appreciate it if you would let me know if you no longer represent Forest River and I will direct this correspondence to Mr. Liegl.  We look forward to hearing from you.

Very truly yours,

BAKER & DANIELS LLP

Gerard T. Gallagher

GTG/mr

cc: Mr. Brian R. Brady
James R. Brotherson, Esq.

BDDB01 4615917v1