# BAKER & DANIELS LLP

EST. 1863

First Bank Building, 205 W. Jefferson Blvd., Suite 250 • South Bend, Indiana 46601
Tel. 574.234.4149 • Fax 574.239.1900
www.bakerdaniels.com

**JAMES R. BROTHERSON**
Attorney at Law
Direct 574.239.1922
Direct Fax 574.472.4564
james.brotherson@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

October 2, 2007

Mr. Robert Konopinski
Lippert Counsel
Lippert Components, Inc.
2766 College Avenue
Goshen, IN 46528

Re:  Heartland Recreational Vehicles, Inc.

Dear Rob:

Purely as a matter of professional courtesy, I forward to you a letter which my partner, Jerry Gallagher, sent to Jason Lippert on September 28, 2007. I do not purport to know very much about patent law, but I can tell you Heartland Recreational Vehicles, LLC highly values its U.S. Patent No. 7,278,650. To some degree, "highly" may be an understatement.

Very truly yours,

BAKER & DANIELS LLP

James R. Brotherson

JRB:js

Enclosure

cc:  Gerard T. Gallagher, Esq.
     John Rhymer

BDDB01 4899355v1

## BAKER & DANIELS LLP
EST. 1863

First Bank Building, 205 W. Jefferson Blvd., Suite 250 • South Bend, Indiana 46601
Tel. 574.234.4149 • Fax 574.239.1900
www.bakerdaniels.com

GERARD T. GALLAGHER
Attorney at Law
Direct 574.239.1921
gerard.gallagher@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

September 28, 2007

Mr. Jason Lippert
Lippert Components, Inc.
2766 College Avenue
Goshen, IN 46528

Re: Heartland Recreational Vehicles, Inc.
Our Reference: HRV-L0008

Dear Mr. Lippert:

We represent Heartland Recreational Vehicles, Inc. On October 9, 2007 U.S. Patent No. 7,278,650 entitled TRAVEL TRAILER HAVING IMPROVED TURNING RADIUS will issue to Heartland. The patent will include three claims primarily directly to a unique fifth-wheel travel trailer chassis. It has come to our attention that Lippert may be manufacturing a fifth-wheel travel trailer chassis for Forest River, Inc. that will infringe claims of the Heartland patent when it issues. Heartland intends to fully assert its rights against Lippert upon issuance of the patent and upon the manufacture, use, sale or offer for sale by Lippert of any product that infringes any claims of the patent. Heartland also has a continuation patent application pending and is seeking even broader protection than that which has already been granted by the Patent Office. We trust that Lippert Components will respect Heartland's intellectual property rights.

Very truly yours,

BAKER & DANIELS LLP

Gerard T. Gallagher

GTG:rac
cc: Mr. John Rhymer
James R. Brotherson, Esq. ✓

BDDB01 4896204v1