**UNITED STATES DISTRICT COURT**
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, INC.,       Plaintiff, | )<br>)<br>) |
| v. | )  CASE NO.: 3:08-CV-490 TLS<br>)<br>) |
| FOREST RIVER, INC.,       Defendant. | )<br>) |

**CERTIFICATE UNDER FED. R. CIV. P. 37(a)(1) AND L. R. 37.1 IN SUPPORT OF FOREST RIVER'S MOTION TO COMPEL DOCUMENT PRODUCTION FROM HEARTLAND AND BAKER & DANIELS**

The undersigned counsel certifies that on various occasions, including January 11, 2010, starting at approximately 10:06 a.m. and extending for approximately 15 minutes in a telephone conference call with David Irmscher and Peter Meyer, and on January 21, 2010, starting at approximately 9:41 a.m. and extending for approximately 10 minutes in a telephone conference call with David Irmscher and Peter Meyer, each counsel being present in their respective offices on each occasion, and in subsequent email communications supplementing those calls, such as is attached hereto as a Supplement, he made a good faith effort to resolve the discovery disputes of the subject motion to compel without the need for Court action.

Dated: February 1, 2010

                                                          Respectfully submitted,

                                                          s/Ryan M. Fountain

                                                          _____
                                                          Ryan M. Fountain (8544-71)
                                                             *RyanFountain@aol.com*

1

420 Lincoln Way West  
Mishawaka, Indiana  46544  
Telephone: (574) 258-9296  
Telecopy: (574) 256-5137  

ATTORNEY FOR DEFENDANT

**Certificate of Service**

I certify that on February 1, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

David P. Irmscher	david.irmscher@bakerd.com
Abigail M. Butler	abidgail.bulter@bakerd.com

                                                                      s/Ryan M. Fountain  
                                                                      _____  
                                                                       Ryan M. Fountain  
                                                                       Attorney for Defendant Forest River, Inc.