EXHIBIT B - EXCERPT OF JAY TAYLOR DEPOSITION OF NOVEMBER 30, 2009

106

6  Q. Hmm. And the opinions you have expressed in this
7     report, they were especially formed for this lawsuit,
8     weren't they?
9  A. They are specifically directed to this lawsuit, yes.
10 Q. And the methodology you used isn't something that you
11    have published for peer review, is it?
12 A. I -- it's not something that has been published for
13    -- I have not published it for peer review. It's
14    been used by numerous others expert in the field for
15    many, many years.
16 Q. Well, you know of two people who have done it that
17    you contacted, right?
18 A. Uh-huh.
19 Q. So you say numerous other experts for many years.
20    How do you know that numerous other people only used
21    this methodology and not something else?
22 A. I know of no other methodology that's ever been used.
23 Q. Has this methodology itself ever been published by
24    anybody for peer review?
25 A. I don't know that there are any publications where

107

1     you can publish it for peer review.
2  Q. There are law journals, right?
3  A. I've never seen any article anywhere on the issue of
4     what are the methodology to be used in determining
5     inequitable conduct.
6  Q. So you didn't look for such a methodology in
7     preparing this report, did you?
8  A. I don't know -- think there is such a methodology
9     that's ever been published.
10 Q. But you didn't look for one either, did you?
11 A. Well, I've been reading law journal articles and --
12    and publications for 40 years, and I've never seen
13    one.
14 Q. Okay.
15 A. So I have no reason to believe there is one out there
16    to go searching for, so no, I didn't -- I didn't
17    spend my time looking for it.