Docket No. 36743/82757

## ASSIGNMENT
(World Wide Patent Rights)

For good and valuable consideration, the sufficiency and receipt of which is hereby acknowledged, as a below named inventor, we hereby sell, assign and transfer to Heartland Recreational Vehicles, LLC, a Domestic Limited Liability Company of the state of Indiana, having its principal office at 28868 Paul Drive, Elkhart, Indiana 46514, its successors and assigns or other legal representatives, all our rights, title and interest in and to the invention entitled

**Improved Fifth Wheel Trailer**

invented by us and to any United States and foreign patents to be obtained therefore, as described in the application for United States Letters Patent therefore, the said interest being the entire ownership of the invention, said U.S. Letters Patent and any foreign Letters Patent when granted, to be held and enjoyed by said Heartland Recreational Vehicles, LLC, its successors, assigns or other legal representatives, to the full end of the term for which said Letters Patents may be granted, as fully and entirely as the same would have been held and enjoyed by us if this assignment and sale had not been made.

And we hereby agree to sign and execute any further documents or instruments which may be necessary, lawful, and proper in the prosecution of the above-named application or in the preparation and prosecution of any continuing, continuation-in-part, substitute, divisional, renewal, reviewed or reissue applications or in any amendment, extension, or interference



B&T 150

Docket No. 36743/82757

proceedings, as well as any papers necessary to procure foreign patents on said invention, or otherwise to secure the title thereto in said assignee.

And we do hereby authorize and request the Commissioner of Patents to issue said Letters Patent to said Heartland Recreational Vehicles, LLC.

Date __7-2-04__    Signature _____

Inventor    __Brian R. Brady__    Citizenship __U.S.A.__

Post Office Address  __22664 Weatherby Lane, Elkhart, Indiana 46514__

Residence Address   __22664 Weatherby Lane, Elkhart, Indiana 46514__

STATE OF INDIANA         )
                         ) SS:
COUNTY OF __Elkhart__    )

On this 2nd day of __July__, 2004, before me, a Notary Public in and for the County and State aforesaid, appeared Brian R. Brady, to me personally known to be the same person whose name is subscribed to the foregoing instrument, and acknowledged that he executed said instrument as his free and voluntary act and for the uses and purposes therein expressed.

_____
Notary Public

__Elizabeth A. Sralter__
Printed Name

My Commission Expires: __January 11, 2009__

County of Residence: __Elkhart__

-2-

Docket No. 36743/82757

Date  7-2-04          Signature  [signature]

Inventor    John Mitchell Rhymer         Citizenship   U.S.A.

Post Office Address    6462 W. 900 N, Nappanee, Indiana 46550

Residence Address    6462 W. 900 N, Nappanee, Indiana 46550

STATE OF INDIANA        )
                        ) SS:
COUNTY OF  Elkhart      )

    On this  2nd  day of   July    , 2004, before me, a Notary Public in and for the County and State aforesaid, appeared John Mitchell Rhymer, to me personally known to be the same person whose name is subscribed to the foregoing instrument, and acknowledged that he executed said instrument as his free and voluntary act and for the uses and purposes therein expressed.

[signature]
Notary Public

Elizabeth A. Smythe
Printed Name

My Commission Expires:  January 11, 2009

County of Residence:  Elkhart

- 3 -

B&T 152

Docket No. 36743/82757

Date __7-2-04__ Signature __[signature]__

Inventor __Douglas Martin Lantz__ Citizenship __U.S.A.__

Post Office Address __13562 Shavano Peak Drive, Middlebury, Indiana 46540__

Residence Address __13562 Shavano Peak Drive, Middlebury, Indiana 46540__

STATE OF INDIANA )
) SS:
COUNTY OF __Elkhart__ )

On this __2-4__ day of __July__, 2004, before me, a Notary Public in and for the County and State aforesaid, appeared Douglas Martin Lantz, to me personally known to be the same person whose name is subscribed to the foregoing instrument, and acknowledged that he executed said instrument as his free and voluntary act and for the uses and purposes therein expressed.

__[signature]__
Notary Public

__Elizabeth A Smitley__
Printed Name

My Commission Expires: __January 1, 2009__

County of Residence: __Elkhart__

- 4 -

B&T 153

Docket No. 36743/82757

Date __7-2-04__ Signature __Timothy Arthur Hoffman__

Inventor __Timothy Arthur Hoffman__  Citizenship __U.S.A.__

Post Office Address __10819 Volinia Drive, Osceola, Indiana 46561__

Residence Address __10819 Volinia Drive, Osceola, Indiana 46561__

STATE OF INDIANA )
) SS:
COUNTY OF __Elkhart__ )

On this 2nd day of __July__, 2004, before me, a Notary Public in and for the County and State aforesaid, appeared Timothy Arthur Hoffman, to me personally known to be the same person whose name is subscribed to the foregoing instrument, and acknowledged that he executed said instrument as his free and voluntary act and for the uses and purposes therein expressed.

__Elizabeth A. Singh__
Notary Public

__Elizabeth A. Singh__
Printed Name

My Commission Expires: __January 1, 2009__

County of Residence: __Elkhart__

-5-

Docket No. 36743/82757

Date __7/2/04__   Signature __Scott J. Tuttle__

Inventor   __Scott James Tuttle__   Citizenship __U.S.A.__

Post Office Address   __56830 Brightwood Boulevard, Elkhart, Indiana 46616__

Residence Address   __56830 Brightwood Boulevard, Elkhart, Indiana 46616__

STATE OF INDIANA           )
                           ) SS:
COUNTY OF __Elkhart__      )

    On this __2nd__ day of __July__, 2004, before me, a Notary Public in and for the County and State aforesaid, appeared Scott James Tuttle, to me personally known to be the same person whose name is subscribed to the foregoing instrument, and acknowledged that he executed said instrument as his free and voluntary act and for the uses and purposes therein expressed.

__Elizabeth A. Sypa__
Notary Public

__Elizabeth A. Smith__
Printed Name

My Commission Expires: __January 11, 2009__

County of Residence: __Elkhart__

FWDS01 GSC 181632_1

B&T 155