Gregory Scott Cooper
October 22, 2009

Page 40

```
 1    A.   14.
 2              MR. IRMSCHER:  And could you make that
 3         Cooper Exhibit 3, please.  Just give you a sheet of
 4         paper.
 5              (Whereupon, Plaintiff's Exhibit 3 was
 6         marked for identification.)
 7    BY MR. IRMSCHER:
 8    Q.   And is Cooper Exhibit 3 the list of the patents that
 9         were included in your file?
10    A.   That we wrote out, correct.
11    Q.   Yeah.  Where did those patents come from?
12    A.   I don't recall where these patents actually came
13         from.
14    Q.   What are the potential sources?
15    A.   The potential sources are either from the client,
16         Mr. Tuttle, or there could be a -- a search that was
17         -- that could have been performed, either a formal
18         search, which I don't think I saw any notification,
19         or reporting out letter that one was done, so that's
20         unlikely, or an informal search, where we were having
21         a discussion, and we looked something up.  Those
22         would be the -- the sources, I think, in this case.
23    Q.   Do you have any recollection of receiving any prior
24         art from the client?
25    A.   I don't have a specific recollection.  We have some,
```

Summit City Reporting, Inc.
(260) 486-3954

