**Page 61**

1  Q  Gotcha.
2  A  Actually, I won't even tell you, "Yes, they're
3     here." I will just -- I'll either ring the room
4     number for you if they are here or I will say,
5     "They're not here. They're not registered."
6  Q  Okay. And you mentioned that you assumed, I
7     think those were your words --
8  A  Yes.
9  Q  -- that Mr. Esch was with Forest River; is that
10    right?
11 A  Yes.
12 Q  Okay. But Mr. Esch didn't do anything to
13    indicate to you he was with Forest River,
14    correct?
15 A  He came in with envelopes for specific people
16    that were guests of Forest River. I assumed that
17    he was probably from Forest River handing out
18    information for those guests.
19 Q  I understand what you're saying.
20 A  To enhance their visit.
21 Q  But I want to make sure we're clear on something.
22 A  Sure.
23 Q  Mr. Esch didn't say anything that --
24 A  Not to my knowledge. He did not tell me he was
25    from Forest River. I don't -- to my knowledge,

**Page 62**

1     he didn't tell me he was from anywhere. I
2     suppose it was my mistake assuming that he was
3     with Forest River because he came in with very
4     specific information for -- pertaining to Forest
5     River guests.
6  Q  Well, he had the names of guests of the hotel,
7     correct?
8  A  They were guests of Forest River. They were
9     staying at our hotel, but they were guests of
10    Forest River.
11 Q  Well, did you know they were guests of Forest
12    River at that time?
13 A  Yes, I did.
14 Q  Why is that?
15 A  Because Forest River had a block.
16 Q  Okay. So, all he does is he comes in with these
17    envelopes, doesn't say he's from Forest River,
18    he's not wearing any clothes that say Forest
19    River on them, he doesn't do anything other than
20    ask you to deliver these envelopes and ask you to
21    call him if you don't deliver them. That takes
22    about a minute to go through that. And that's
23    what you agreed to do. Is that right?
24 A  Yes. And when I had time, I would deliver those
25    envelopes to those guests specified on those

**Page 63**

1     envelopes.
2        MR. IRMSCHER:  I don't think I
3     have any further questions. Thanks
4     very much.
5        MR. FOUNTAIN:  Good. I think
6     we're all set. When the transcript is
7     made, you will be given an opportunity
8     to review it, make sure it's accurate.
9     Then you will have to sign it in front
10    of a notary and get it on back to us.
11       MR. IRMSCHER:  Could I -- one
12    more. Do you have a phone number?
13       Could you give us a phone number
14    so in case we need to get hold of you
15    we have that?
16       THE WITNESS:  Sure. (269)
17    228-■■■
18       MR. IRMSCHER:  Thank you.
19       THE WITNESS:  Uh-huh.
20       MR. FOUNTAIN:  If they have to
21    get ahold of you, do you prefer they
22    call you directly or go through Cindy
23    or myself?
24       THE WITNESS:  Generally,
25    everybody's been going through Cindy.

**Page 64**

1     So, just so you know.
2        MR. IRMSCHER:  I just wanted to
3     make sure we have a phone number.
4     That's all I need. Thank you.
5        (Deposition concluded and
6     witness excused at 10:55 a.m.)
7              * * *

MIDWEST REPORTING, INC.   (574) 288-■■■■

**EXHIBIT D**

Pages 61-64