UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO. 3:08-CV-490 AS |
| FOREST RIVER INC., | ) ) | |
| Defendant. | ) | |

**ORDER**

In light of this Court's order of February 4, 2010, this Court now **ORDERS** the parties to submit a joint status report by **February 26, 2010.** The status report should detail the parties' anticipated need for discovery and new proposed deadlines. Following receipt of the parties' status report, this Court will schedule an in-court status conference to set new deadlines for discovery.

**SO ORDERED**.

Dated February 9, 2010.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge