Billed and Unbilled Recap Of Time Detail - [0973963 - Heartland Recreational Vehicles, LLC]
Currency Code: 12/7/2009 3:28:14 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | | [redacted] | [redacted] | |
| [redacted] | | [redacted] | [redacted] | | [redacted] | [redacted] | |
| [redacted] | | [redacted] | [redacted] | | [redacted] | [redacted] | |
| [redacted] | | [redacted] | [redacted] | | [redacted] | [redacted] | |
| [redacted] | | [redacted] | [redacted] | | [redacted] | [redacted] | |
| 07/22/2005<br>08/19/2005 | 10535 | Thomas J. Mauch<br>Invoice=1245317 | 0.20<br>0.20 | 41.00<br>41.00 | Conduct research into requirements to amend drawings and preliminary amendment | 0973963.0000002 | 8678211 |
| 07/25/2005<br>08/19/2005 | 10535 | Thomas J. Mauch<br>Invoice=1245317 | 0.20<br>0.20 | 41.00<br>41.00 | Confer with Gerard Gallagher regarding drawing changes; confer with draftsperson in order to update drawings with filing of preliminary amendment | 0973963.0000002 | 8678223 |
| 07/27/2005<br>08/19/2005 | 10535 | Thomas J. Mauch<br>Invoice=1245317 | 0.50<br>0.50 | 102.50<br>102.50 | Review drawings received from draftsperson; confer with draftsperson relating to changes in drawings | 0973963.0000002 | 8678294 |
| 07/29/2005<br>08/19/2005 | 10535 | Thomas J. Mauch<br>Invoice=1245317 | 0.50<br>0.50 | 102.50<br>102.50 | Update Preliminary Amendment to reflect changes to drawing; confer with Michelle Horvath regarding filing of preliminary amendment | 0973963.0000002 | 8689022 |
| 12/19/2006<br>01/12/2007 | 10535 | Thomas J. Mauch<br>Invoice=1329608 | 0.20<br>0.20 | 46.00<br>46.00 | Confer with Jerry Gallagher regarding Petition to Make Special | 0973963.0000002 | 9767076 |
| 12/27/2006<br>01/12/2007 | 10535 | Thomas J. Mauch<br>Invoice=1329608 | 1.10<br>1.10 | 253.00<br>253.00 | Prepare Petition to Make Special and review assignment of application | 0973963.0000002 | 9768975 |
| 07/30/2007<br>08/28/2007 | 10535 | Thomas J. Mauch<br>Invoice=1367130 | 1.40<br>1.40 | 364.00<br>364.00 | Confer with draftsperson regarding drawing changes; edit application in accordance with suggestions of G. Gallagher | 0973963.0000002 | 10249724 |
| 07/31/2007<br>08/28/2007 | 10535 | Thomas J. Mauch<br>Invoice=1367130 | 0.40<br>0.40 | 104.00<br>104.00 | Confer with draftsperson regarding drawings | 0973963.0000002 | 10249754 |
| 08/01/2007<br>09/27/2007 | 10535 | Thomas J. Mauch<br>Invoice=1372843 | 3.10<br>3.10 | 806.00<br>806.00 | (HRV0001.1) Review office action received from the USPTO; review application; amend drawings; prepare response to office action; review prior art | 0973963.0000002 | 10273098 |
| 08/03/2007<br>09/27/2007 | 10535 | Thomas J. Mauch<br>Invoice=1372843 | 4.60<br>4.60 | 1,196.00<br>1,196.00 | (HRV0001.2) Review various pieces of prior art cited in prior application; review claims in previous application and edit same in view of the prior art and rejections by the examiner | 0973963.0000002 | 10273263 |
| 08/06/2007<br>09/27/2007 | 10535 | Thomas J. Mauch<br>Invoice=1372843 | 2.40<br>2.40 | 624.00<br>624.00 | (HRV0001.2) Draft additional claims for patent application relating to TRAVEL TRAILER HAVING IMPROVED TURNING RADIUS; finalize same | 0973963.0000002 | 10273293 |
| 09/16/2007<br>10/30/2007 | 10535 | Thomas J. Mauch<br>Invoice=1378714 | 0.10<br>0.10 | 26.00<br>26.00 | (HRV0001.1) Conduct file audit relating to new rules set forth by the Patent Office | 0973963.0000002 | 10373100 |
| 09/16/2007<br>10/30/2007 | 10535 | Thomas J. Mauch<br>Invoice=1378714 | 0.20<br>0.20 | 52.00<br>52.00 | (HRV0001.2) Conduct file audit relating to new rules set forth by the Patent Office | 0973963.0000002 | 10373120 |
| 09/27/2007<br>10/30/2007 | 10535 | Thomas J. Mauch<br>Invoice=1378714 | 4.90<br>4.90 | 1,274.00<br>1,274.00 | (HRV0001.2) Confer with G. Gallagher re application; review prior art with respect to multiple claims including claim 29 of the published application; review office actions received in previous cases in order to determine rejection of Examiner; review various embodiments in order to determine which claims cover competitor's trailer; review new patent rules relating to filing of patent applications and continuation applications; begin preparation of Petition to Make Special | 0973963.0000002 | 10386382 |

EXHIBIT B

Heartland/FR 0001141

Dockets.Justia.com

Billed and Unbilled Recap Of Time Detail - [0973963 - Heartland Recreational Vehicles, LLC]
Currency Code: 12/7/2009 3:28:14 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | and infringement of applications under the new rules; draft additional claims covering various embodiments disclosed in the patent and covering competitors' vehicles based upon best knowledge; draft additional claims for purposes of restriction and election in order to ensure multiple continuations | | |
| 10/03/2007 | 10535 | Thomas J. Mauch | 0.50 | 130.00 | (HRV0001.1) Assemble various material for meeting the following day for G. Gallagher | 0973963.0000002 | 10414461 |
| 11/28/2007 | | Invoice=1384213 | 0.50 | 130.00 | | | |
| 10/22/2007 | 10535 | Thomas J. Mauch | 1.10 | 286.00 | (HRV0001) Review edits of G. Gallagher; amend claims; confer with G. Gallagher and E. Groen | 0973963.0000002 | 10447783 |
| 11/28/2007 | | Invoice=1384213 | 1.10 | 286.00 | | | |
| 10/23/2007 | 10535 | Thomas J. Mauch | 0.20 | 52.00 | (HRV0001) Review edits to claims | 0973963.0000002 | 10447795 |
| 11/28/2007 | | Invoice=1384213 | 0.20 | 52.00 | | | |
| 10/24/2007 | 10535 | Thomas J. Mauch | 0.40 | 104.00 | (HRV0001) Review information for preliminary amendment and suggested restriction requirement | 0973963.0000002 | 10447800 |
| 11/28/2007 | | Invoice=1384213 | 0.40 | 104.00 | | | |

[redacted]

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 02/22/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Left message for opposing counsel | 0973963.0000002 | 8367793 |
| 04/21/2005 | | Invoice=1225570 | 0.20 | 65.00 | | | |
| 05/23/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Review and execute Statement of Use | 0973963.0000002 | 8563559 |
| 06/15/2005 | | Invoice=1234408 | 0.20 | 65.00 | | | |
| 05/25/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Confer with James Brotherson regarding results | 0973963.0000002 | 8553544 |
| 06/15/2005 | | Invoice=1234408 | 0.20 | 65.00 | | | |
| 05/27/2005 | 10063 | Gerard T. Gallagher | 0.60 | 195.00 | Conference regarding potential infringement by | 0973963.0000002 | 8562472 |
| 06/15/2005 | | Invoice=1234408 | 0.60 | 195.00 | Fibertron and North American Industries; | | |
| | | | | | prepare e-mail regarding file transfer | | |
| 05/31/2005 | 10063 | Gerard T. Gallagher | 1.30 | 422.50 | Review e-mail regarding file transfer; prepare | 0973963.0000002 | 8564049 |
| 06/15/2005 | | Invoice=1234408 | 1.30 | 422.50 | e-mail to Mr. Tuttle regarding same; review | | |
| | | | | | photos of potentially infringing product; | | |
| | | | | | meeting with Mr. Tuttle; review application | | |
| 06/01/2005 | 10063 | Gerard T. Gallagher | 3.80 | 1,235.00 | Prepare draft notice of infringement letters; | 0973963.0000002 | 8573891 |
| 07/13/2005 | | Invoice=1238776 | 3.80 | 1,235.00 | confer with Mr. Tuttle regarding same; review | | |
| | | | | | application; review requirements for special | | |
| | | | | | status petition | | |
| 06/02/2005 | 10063 | Gerard T. Gallagher | 0.50 | 162.50 | Confer with Mr. Tuttle regarding potential | 0973963.0000002 | 8574361 |
| 07/13/2005 | | Invoice=1238776 | 0.50 | 162.50 | infringers; review e-mail regarding same | | |
| 06/03/2005 | 10063 | Gerard T. Gallagher | 0.60 | 195.00 | Confer with Mr. Baedus of General RV; confer | 0973963.0000002 | 8576812 |
| 07/13/2005 | | Invoice=1238776 | 0.60 | 195.00 | with Mr. Tuttle regarding unit at NAI | | |
| 06/04/2005 | 10063 | Gerard T. Gallagher | 1.10 | 357.50 | Review application file; prepare correspondence | 0973963.0000002 | 8576841 |
| 07/13/2005 | | Invoice=1238776 | 1.10 | 357.50 | to Performance Graphics | | |
| 06/07/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Conference regarding application | 0973963.0000002 | 8577080 |
| 07/13/2005 | | Invoice=1238776 | 0.20 | 65.00 | | | |
| 06/10/2005 | 10063 | Gerard T. Gallagher | 0.20 | 65.00 | Finalize correspondence to Performance Graphics | 0973963.0000002 | 8586381 |
| 07/13/2005 | | Invoice=1238776 | 0.20 | 65.00 | | | |
| 06/14/2005 | 10063 | Gerard T. Gallagher | 0.50 | 162.50 | Review power of attorney and related documents; | 0973963.0000002 | 8617265 |
| 07/13/2005 | | Invoice=1238776 | 0.50 | 162.50 | prepare e-mail to Mr. Tuttle regarding same; | | |
| | | | | | prepare form letters regarding application | | |
| 06/20/2005 | 10063 | Gerard T. Gallagher | 0.30 | 97.50 | Confer with Mr. Brink of North American | 0973963.0000002 | 8619207 |

Billed and Unbilled Recap Of Time Detail - [0973963 - Heartland Recreational Vehicles, LLC]
Currency Code: 12/7/2009 3:28:14 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/21/2005<br>07/13/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1238778 | 1.20<br>1.20 | 390.00<br>390.00 | Prepare preliminary amendment and letters to potential infringers | 0973963.0000002 | 8619237 |
| 06/22/2005<br>07/13/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1238778 | 2.70<br>2.70 | 877.50<br>877.50 | Prepare letters to competitors regarding pending application; confer with Michelle Horvath regarding preparation of information disclosure statement; confer with Mr. Tuttle regarding same; prepare preliminary amendment | 0973963.0000002 | 8619273 |
| 06/23/2005<br>07/13/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1238778 | 4.50<br>4.50 | 1,462.50<br>1,462.50 | Prepare letter to potential infringers; meeting with Mr. Tuttle to review designs; prepare preliminary amendment | 0973963.0000002 | 8619354 |
| 06/24/2005<br>07/13/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1238778 | 0.60<br>0.60 | 195.00<br>195.00 | Review nondisclosure agreement; confer with Mr. Tuttle regarding same; finalize correspondence to Thor, Keystone and Lippert regarding same | 0973963.0000002 | 8619570 |
| 06/30/2005<br>07/13/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1238778 | 0.30<br>0.30 | 97.50<br>97.50 | Conference with Mr. Tuttle regarding status and regarding Masterfab; left message for Mr. Beard at Masterfab | 0973963.0000002 | 8624155 |
| 07/12/2005<br>08/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1245317 | 1.50<br>1.50 | 487.50<br>487.50 | Further prepared additional claims for application; review drawings with draftsman | 0973963.0000002 | 8663943 |
| 07/14/2005<br>08/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1245317 | 0.20<br>0.20 | 65.00<br>65.00 | Prepare e-mail regarding drawings | 0973963.0000002 | 8670498 |
| 07/15/2005<br>08/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1245317 | 0.20<br>0.20 | 65.00<br>65.00 | Review correspondence from Forest River and prepare e-mail to Mr. Tuttle regarding same | 0973963.0000002 | 8670575 |
| 07/18/2005<br>08/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1245317 | 0.20<br>0.20 | 65.00<br>65.00 | Review correspondence from Keystone RV; prepare e-mail to S. Tuttle regarding same | 0973963.0000002 | 8678053 |
| 07/21/2005<br>08/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1245317 | 0.20<br>0.20 | 65.00<br>65.00 | Conference regarding amendments | 0973963.0000002 | 8679777 |
| 07/25/2005<br>08/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1245317 | 0.30<br>0.30 | 97.50<br>97.50 | Conference regarding amended drawings | 0973963.0000002 | 8680046 |
| 07/27/2005<br>08/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1245317 | 0.10<br>0.10 | 32.50<br>32.50 | Conference regarding drawings | 0973963.0000002 | 8685950 |
| 07/29/2005<br>08/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1245317 | 0.40<br>0.40 | 130.00<br>130.00 | Review drawings and amendment | 0973963.0000002 | 8691030 |
| 08/01/2005<br>09/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1249659 | 0.20<br>0.20 | 65.00<br>65.00 | Confer with Michelle Horvath regarding amendment and publication report; review and execute same | 0973963.0000002 | 8715721 |
| 08/03/2005<br>09/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1249659 | 0.20<br>0.20 | 65.00<br>65.00 | Leave message for Mr. Tuttle regarding status | 0973963.0000002 | 8716174 |
| 08/17/2005<br>09/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1249659 | 0.20<br>0.20 | 65.00<br>65.00 | Conference with Krista Zimmerman regarding security interests in patents and trademarks | 0973963.0000002 | 8744560 |
| 08/25/2005<br>09/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1249659 | 0.20<br>0.20 | 65.00<br>65.00 | Leave message for S. Tuttle | 0973963.0000002 | 8748405 |
| 09/12/2005<br>10/31/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1255832 | 0.20<br>0.20 | 65.00<br>65.00 | Left message for S. Tuttle | 0973963.0000002 | 8783020 |
| 11/03/2005<br>12/19/2005 | 10063 | Gerard T. Gallagher<br>Invoice=1264841 | 0.20<br>0.20 | 65.00<br>65.00 | Review and execute Statement of Use | 0973963.0000002 | 8913044 |
| 02/24/2006<br>03/13/2006 | 10063 | Gerard T. Gallagher<br>Invoice=1277824 | 0.30<br>0.30 | 105.00<br>105.00 | Review publication; prepare e-mail to S. Tuttle regarding same | 0973963.0000002 | 9123475 |
| 05/03/2006<br>06/12/2006 | 10063 | Gerard T. Gallagher<br>Invoice=1292613 | 0.20<br>0.20 | 70.00<br>70.00 | Conference with S. Tuttle regarding status | 0973963.0000009 | 9289339 |
| 05/15/2006<br>06/12/2006 | 10063 | Gerard T. Gallagher<br>Invoice=1292613 | 0.20<br>0.20 | 70.00<br>70.00 | Prepare letter to competitors regarding published application | 0973963.0000009 | 9290747 |
| 05/16/2006<br>06/12/2006 | 10063 | Gerard T. Gallagher<br>Invoice=1292613 | 0.30<br>0.30 | 105.00<br>105.00 | Finalize correspondence to Keystone and Forest River regarding published application | 0973963.0000009 | 9290832 |
| 11/10/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Review e-mail from S. Tuttle requesting status | 0973963.0000002 | 9682670 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/15/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Conference with S. Tuttle regarding status; | 0973963.0000002 | 9710055 |
| 12/28/2006 | | Invoice=1325947 | 0.20 | 70.00 | memo to file | | |
| 12/18/2006 | 10063 | Gerard T. Gallagher | 0.20 | 70.00 | Review and respond to e-mail from S. Tuttle | 0973963.0000002 | 9776411 |
| 01/12/2007 | | Invoice=1329608 | 0.20 | 70.00 | regarding potential infringement | | |
| 12/19/2006 | 10063 | Gerard T. Gallagher | 1.30 | 455.00 | (Forest River) Multiple conferences regarding | 0973963.0000002 | 9777703 |
| 01/12/2007 | | Invoice=1329608 | 1.30 | 455.00 | potential infringement by Forest River; prepare | | |
| | | | | | draft correspondence and e-mail regarding same | | |
| 12/21/2006 | 10063 | Gerard T. Gallagher | 0.40 | 140.00 | (Forest River) Review e-mail from Brian Brady | 0973963.0000002 | 9777976 |
| 01/12/2007 | | Invoice=1329608 | 0.40 | 140.00 | regarding draft correspondence to Forest River; | | |
| | | | | | conference with James Brotherson regarding same | | |
| 12/22/2006 | 10063 | Gerard T. Gallagher | 0.40 | 140.00 | (Forest River) Revise letter to Forest River | 0973963.0000002 | 9778168 |
| 01/12/2007 | | Invoice=1329608 | 0.40 | 140.00 | patent counsel and prepare e-mail to Brian | | |
| | | | | | Brady regarding same | | |
| 01/09/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (Forest River) Review voice mail from James | 0973963.0000002 | 9793371 |
| 02/26/2007 | | Invoice=1335853 | 0.20 | 75.00 | Brotherson requesting status report; reply to | | |
| | | | | | message | | |
| 01/18/2007 | 10063 | Gerard T. Gallagher | 0.70 | 262.50 | Prepare IP information for diligence project | 0973963.0000025 | 9825736 |
| 03/15/2007 | | Invoice=1333585 | 0.70 | 262.50 | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 01/24/2007 | 10063 | Gerard T. Gallagher | 0.40 | 150.00 | (Keystone) Review potentially infringing | 0973963.0000002 | 9831831 |
| 02/26/2007 | | Invoice=1335853 | 0.40 | 150.00 | product | | |
| 02/23/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | Review and respond to audit request | 0973963.0000002 | 9908422 |
| 03/15/2007 | | Invoice=1338763 | 0.20 | 75.00 | | | |
| 05/22/2007 | 10063 | Gerard T. Gallagher | 0.60 | 225.00 | Conference with S. Tuttle regarding status; | 0973963.0000002 | 10101500 |
| 06/15/2007 | | Invoice=1354875 | 0.60 | 225.00 | left voice mail for Examiner; notes to file | | |
| 05/23/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | Review message from Examiner; prepare e-mail to | 0973963.0000002 | 10101898 |
| 06/15/2007 | | Invoice=1354875 | 0.20 | 75.00 | S. Tuttle | | |
| 06/20/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | Review and respond to e-mail from S. Tuttle | 0973963.0000002 | 10174173 |
| 07/17/2007 | | Invoice=1360100 | 0.20 | 75.00 | regarding status | | |
| 06/25/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | Confer with Examiner; prepare e-mail to S. | 0973963.0000002 | 10174954 |
| 07/17/2007 | | Invoice=1360100 | 0.20 | 75.00 | Tuttle | | |
| 07/13/2007 | 10063 | Gerard T. Gallagher | 0.30 | 112.50 | (HRV0001.1) Review status; prepare e-mail to S. | 0973963.0000002 | 10207975 |
| 08/28/2007 | | Invoice=1367130 | 0.30 | 112.50 | Tuttle; conference with J. Brotherson | | |
| 07/16/2007 | 10063 | Gerard T. Gallagher | 0.10 | 37.50 | Review and respond to e-mail from S. Tuttle | 0973963.0000002 | 10210387 |
| 08/28/2007 | | Invoice=1367130 | 0.10 | 37.50 | regarding status | | |
| 07/30/2007 | 10063 | Gerard T. Gallagher | 1.70 | 637.50 | Review office action; prepare e-mail to S. | 0973963.0000002 | 10246347 |
| 08/28/2007 | | Invoice=1367130 | 1.70 | 637.50 | Tuttle; conference with S. Tuttle | | |
| 08/01/2007 | 10063 | Gerard T. Gallagher | 0.10 | 37.50 | Conference with T. Mauch regarding status of | 0973963.0000002 | 10254478 |
| 09/27/2007 | | Invoice=1372843 | 0.10 | 37.50 | office action response | | |
| 08/03/2007 | 10063 | Gerard T. Gallagher | 1.90 | 712.50 | (HRV0001.1) E-mail to S. Tuttle regarding | 0973963.0000002 | 10259025 |
| 09/27/2007 | | Invoice=1372843 | 1.90 | 712.50 | office action response filed; prepare claims | | |
| | | | | | for continuation | | |
| 08/06/2007 | 10063 | Gerard T. Gallagher | 0.30 | 112.50 | (HRV0001.2) Confer with T. Mauch regarding | 0973963.0000002 | 10259162 |
| 09/27/2007 | | Invoice=1372843 | 0.30 | 112.50 | claims; prepare e-mail to S. Tuttle confirming | | |
| | | | | | application filing | | |
| 08/08/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (HRV0001.2) Review and respond to e-mail from | 0973963.0000002 | 10272355 |
| 09/27/2007 | | Invoice=1372843 | 0.20 | 75.00 | S. Tuttle | | |
| 09/04/2007 | 10063 | Gerard T. Gallagher | 0.30 | 112.50 | (HRV0001.1) Reviewed and responded to e-mails | 0973963.0000002 | 10324499 |
| 10/30/2007 | | Invoice=1378714 | 0.30 | 112.50 | re issue fee | | |
| 09/24/2007 | 10063 | Gerard T. Gallagher | 0.10 | 37.50 | (HRV0001.2) Reviewed assignment; conference | 0973963.0000002 | 10370813 |
| 10/30/2007 | | Invoice=1378714 | 0.10 | 37.50 | with M. Horvath | | |
| 09/26/2007 | 10063 | Gerard T. Gallagher | 1.10 | 412.50 | (Forest River) Conference with J. Rhymer and | 0973963.0000002 | 10376513 |

Billed and Unbilled Recap Of Time Detail - [0973963 - Heartland Recreational Vehicles, LLC]
Currency Code: 12/7/2009 3:28:14 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | potential infringement | | |
| 09/27/2007 | 10063 | Gerard T. Gallagher | 1.30 | 487.50 | (Lippert) Reviewed claims; conference with D. | 0973963.0000002 | 10376640 |
| 10/30/2007 | | Invoice=1378714 | 1.30 | 487.50 | Irmscher, left voicemail for R. Fountain; | | |
| | | | | | prepared correspondence | | |
| 09/27/2007 | 10063 | Gerard T. Gallagher | 0.30 | 112.50 | (Global Glass) Prepared correspondence re | 0973963.0000002 | 10376648 |
| 10/30/2007 | | Invoice=1378714 | 0.30 | 112.50 | potential infringement; e-mails re same | | |
| 09/28/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (Lippert) Finalized correspondence re | 0973963.0000002 | 10384539 |
| 10/30/2007 | | Invoice=1378714 | 0.20 | 75.00 | potential infringement | | |
| 09/28/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (Global Glass) Finalized correspondence re | 0973963.0000002 | 10384545 |
| 10/30/2007 | | Invoice=1378714 | 0.20 | 75.00 | potential infringement | | |
| 09/28/2007 | 10063 | Gerard T. Gallagher | 1.00 | 375.00 | (Forest River) Conference with opposing | 0973963.0000002 | 10384631 |
| 10/30/2007 | | Invoice=1378714 | 1.00 | 375.00 | counsel; conference with D. Irmscher | | |
| 10/01/2007 | 10063 | Gerard T. Gallagher | 0.30 | 112.50 | (Forest River) Prepared e-mail to J. | 0973963.0000002 | 10395304 |
| 11/28/2007 | | Invoice=1384213 | 0.30 | 112.50 | Brotherson; reviewed correspondence to Lippert | | |
| 10/02/2007 | 10063 | Gerard T. Gallagher | 0.90 | 337.50 | (Forest River) Conferred with J. Brotherson | 0973963.0000002 | 10395375 |
| 11/28/2007 | | Invoice=1384213 | 0.90 | 337.50 | re potential infringement; conferred with D. | | |
| | | | | | Irmscher | | |
| 10/03/2007 | 10063 | Gerard T. Gallagher | 1.60 | 600.00 | Prepared for meeting to discuss strategy | 0973963.0000002 | 10395490 |
| 11/28/2007 | | Invoice=1384213 | 1.60 | 600.00 | | | |
| 10/04/2007 | 10063 | Gerard T. Gallagher | 4.90 | 1,837.50 | (Forest River) Prepared for and attended | 0973963.0000002 | 10406353 |
| 11/28/2007 | | Invoice=1384213 | 4.90 | 1,837.50 | meeting to discuss strategy; follow-up | | |
| | | | | | conference re same | | |
| 10/09/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (Global Glass) Reviewed correspondence from | 0973963.0000002 | 10413544 |
| 11/28/2007 | | Invoice=1384213 | 0.20 | 75.00 | counsel for Global Glass | | |
| 10/09/2007 | 10063 | Gerard T. Gallagher | 0.20 | 75.00 | (Lippert) Reviewed correspondence from | 0973963.0000002 | 10413548 |
| 11/28/2007 | | Invoice=1384213 | 0.20 | 75.00 | counsel for Lippert | | |
| [redacted] | | | | | | | |

Heartland/FR 0001146