IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FOREST RIVER, INC. )<br>)<br>Defendant. ) | Case No. 3:08-CV-490 RLM CAN |

**HEARTLAND RECREATIONAL VEHICLES, LLC'S MOTION TO
DISMISS CERTAIN FOREST RIVER COUNTERCLAIMS FOR LACK OF SUBJECT
MATTER JURISDICTION IN LIGHT OF REVISED COVENANT NOT TO SUE**

Pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure, Heartland Recreational Vehicles, LLC ("Heartland") respectfully moves to dismiss Forest River, Inc.'s ("Forest River") counterclaims alleging invalidity, non-infringement, and unenforceability. Such claims are moot in light of Heartland's revised covenant not to sue Forest River for infringement of U.S. Patent No. 7,278,650 ("the '650 patent").

The grounds for this Motion are set forth more fully in the accompanying Memorandum in Support of Heartland Recreational Vehicles, LLC's Motion to Dismiss Certain Forest River Counterclaims for Lack of Subject Matter Jurisdiction in Light of Revised Covenant Not to Sue. The revised covenant not to sue, which addresses the deficiencies noted by the Court in its Opinion and Order of February 4, 2010, is filed as an attachment contemporaneously with Heartland's Memorandum.

WHEREFORE, Heartland respectfully requests that this court dismiss Forest River, Inc.'s declaratory judgment counterclaims involving validity, infringement, and unenforceability.

BAKER & DANIELS LLP

By: */s/ David P. Irmscher*
David P. Irmscher (#15026-02)
Abigail M. Butler (#22295-02)
111 East Wayne, Suite 800
Fort Wayne, Indiana  46802
Tel: 260.424.8000
Fax: 260.460.1700
david.irmscher@bakerd.com
abigail.butler@bakerd.com

ATTORNEYS FOR PLAINTIFF,
HEARTLAND RECREATIONAL
VEHICLES, LLC

**CERTIFICATE OF SERVICE**

The undersigned counsel for plaintiff Heartland Recreational Vehicles, LLC, hereby certifies that a copy of the foregoing HEARTLAND RECREATIONAL VEHICLES, LLC'S MOTION TO DISMISS CERTAIN FOREST RIVER COUNTERCLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION IN LIGHT OF REVISED COVENANT NOT TO SUE was served upon the following, this 19th day of February, 2010 by operation of the Court's ECF System.

Ryan M. Fountain
420 Lincoln Way West
Mishawaka, Indiana  46544-1902

*/s/ David P. Irmscher*
David P. Irmscher