# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

### APPEARANCE

HEARTLAND RECREATIONAL VEHICLES,
LLC

                              Plaintiff          Case Number  3:08-CV-490 AS CAN

        v.

FOREST RIVER, INC.

                    Defendant

To the Clerk of this court and all parties of record:

       I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will
abide by the Local Rules of the U.S. District Court for the Northern District of Indiana,
including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial
Circuit. I declare under penalty of perjury that the foregoing is true and correct.

       Enter my appearance as counsel in this case for          Heartland Recreational
Vehicles, LLC

February 26, 2010                          s/ Peter A. Meyer
Date                                       Signature

                                           Peter A. Meyer (#27968-53)
                                           Print Name

                                           111 E. Wayne Street, Suite 800
                                           Address

                                           Fort Wayne, IN 46802
                                           City                State              Zip Code

                                           (260) 424-8000
                                           Phone Number

                                           (260) 460-1700
                                           Fax Number

                                           peter.meyer@bakerd.com
                                           E-mail Address

American LegalNet, Inc.
www.USCourtForms.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel for plaintiff Heartland Recreational Vehicles, LLC, hereby certifies that a copy of the foregoing APPEARANCE was served upon the following, this 26th day of February, 2010, by operation of the Court's ECF System.

Ryan M. Fountain
420 Lincoln Way West
Mishawaka, Indiana  46544-1902

*/s/ Peter A. Meyer*

American LegalNet, Inc.
www.USCourtForms.com