US007600817B2

## (12) United States Patent
### Kramer et al.

(10) Patent No.: **US 7,600,817 B2**
(45) Date of Patent: **Oct. 13, 2009**

(54) **CHAIR**

(75) Inventors: **Kenneth L. Kramer**, Greensburg, IN (US); **Marshall S. Dahneke**, Batesville, IN (US); **Reed N. Wilcox**, Ridgefield, CT (US); **David T. Schwanemann**, Cincinnati, OH (US); **John P. Biondo**, Greensburg, IN (US); **Francis C. Ganance**, Cincinnati, OH (US); **Scott A. Schultz**, Batesville, IN (US); **Russell L. Hardy**, Batesville, IN (US); **Troy D. Acton**, St. Paul, IN (US)

(73) Assignee: **Hill-Rom Services, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 247 days.

(21) Appl. No.: **11/204,609**

(22) Filed: **Aug. 16, 2005**

(65) **Prior Publication Data**

US 2006/0087158 A1    Apr. 27, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/601,924, filed on Aug. 16, 2004, provisional application No. 60/611,407, filed on Sep. 20, 2004, provisional application No. 60/643,321, filed on Jan. 12, 2005, provisional application No. 60/659,540, filed on Mar. 8, 2005.

(51) **Int. Cl.**
 *B60N 2/02* (2006.01)

(52) **U.S. Cl.** ............. **297/362.13**; 297/362.12; 297/354.13; 297/DIG. 10

(58) **Field of Classification Search** ............ 297/362.11, 297/362.12, 362.13, 362.14, 354.13, DIG. 10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,587,068 A | 2/1952 | Sanders |
| 2,682,913 A | 7/1954 | Scheide |
| 2,869,614 A | 1/1959 | Warnsley |
| 3,138,402 A * | 6/1964 | Heyl, Jr. et al. ............ 297/69 |
| 3,147,039 A | 9/1964 | Smith et al. |
| 3,284,126 A | 11/1966 | Piazza |
| 3,379,450 A | 4/1968 | Jones et al. |
| 3,589,769 A | 6/1971 | Bressler |

(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO9317649    9/1993

OTHER PUBLICATIONS

Equalizer M1 Tilt System, Burke, Inc., date unknown, four pages.

(Continued)

*Primary Examiner*—Sarah McPartlin
(74) *Attorney, Agent, or Firm*—Barnes & Thornburg LLP

(57) **ABSTRACT**

A chair with articulable support sections and an integrated lift system may have support sections mechanically linked such that a single actuation control device may articulate multiple sections. The chair includes configurable accessories directed to the comfort of an occupant of the chair. The support sections may include air cells to adjust firmness of support section surfaces.

**22 Claims, 39 Drawing Sheets**



U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor |
|---|---|---|
| 3,640,566 A | 2/1972 | Hodge |
| 3,807,795 A | 4/1974 | Weant et al. |
| 3,851,917 A | 12/1974 | Horstmann et al. |
| 3,865,457 A | 2/1975 | Carter |
| 3,964,786 A | 6/1976 | Mashuda |
| 4,067,249 A | 1/1978 | Deucher |
| 4,076,304 A | 2/1978 | Deucher |
| 4,101,143 A | 7/1978 | Sieber |
| 4,119,342 A | 10/1978 | Jones |
| 4,120,530 A | 10/1978 | Imbro |
| 4,231,614 A | 11/1980 | Shaffer |
| 4,249,774 A * | 2/1981 | Andreasson ............ 297/311 |
| 4,285,541 A | 8/1981 | Onishi |
| 4,519,649 A | 5/1985 | Tanaka et al. |
| 4,569,556 A | 2/1986 | Pillot |
| 4,572,573 A * | 2/1986 | Yoshikawa et al. ........ 297/75 |
| 4,598,944 A | 7/1986 | Meyer et al. |
| 4,675,926 A | 6/1987 | Lindblom et al. |
| 4,717,169 A | 1/1988 | Shaffer |
| 4,768,797 A | 9/1988 | Friedrich |
| 4,771,489 A | 9/1988 | Chen et al. |
| 4,787,104 A | 11/1988 | Grantham |
| 4,809,804 A | 3/1989 | Houston et al. |
| 4,858,260 A | 8/1989 | Failor et al. |
| 4,862,529 A | 9/1989 | Peck |
| 4,862,530 A | 9/1989 | Chen |
| 4,929,022 A | 5/1990 | Geraci |
| 4,945,582 A | 8/1990 | Hayton et al. |
| 4,949,408 A | 8/1990 | Trkla |
| 4,949,410 A | 8/1990 | Failor et al. |
| 4,974,905 A | 12/1990 | Davis |
| 4,979,726 A | 12/1990 | Geraci |
| 4,986,260 A * | 1/1991 | Iams et al. ............ 601/43 |
| 4,987,896 A | 1/1991 | Nakamatsu |
| 4,993,777 A | 2/1991 | LaPointe |
| 5,023,967 A | 6/1991 | Ferrand |
| 5,096,008 A | 3/1992 | Mankowski |
| 5,108,202 A | 4/1992 | Smith |
| 5,155,873 A | 10/1992 | Bridges |
| 5,193,633 A | 3/1993 | Ezenwa |
| 5,199,113 A | 4/1993 | Glasow et al. |
| 5,230,113 A | 7/1993 | Foster et al. |
| 5,261,725 A * | 11/1993 | Rudolph ............ 297/361.1 |
| 5,269,227 A | 12/1993 | Warren et al. |
| 5,297,021 A | 3/1994 | Koerlin et al. |
| 5,333,887 A | 8/1994 | Luther |
| 5,342,114 A | 8/1994 | Burke et al. |
| 5,346,280 A | 9/1994 | Deumite |
| 5,348,375 A * | 9/1994 | Steininger ............ 297/362.11 |
| 5,366,036 A | 11/1994 | Perry |
| 5,398,357 A | 3/1995 | Foster |
| 5,402,544 A | 4/1995 | Crawford et al. |
| 5,411,044 A | 5/1995 | Andolfi |
| 5,454,126 A | 10/1995 | Foster et al. |
| 5,479,666 A | 1/1996 | Foster et al. |
| 5,513,867 A | 5/1996 | Bloswick et al. |
| 5,537,701 A | 7/1996 | Elliott |
| 5,556,121 A | 9/1996 | Pillot |
| 5,584,082 A | 12/1996 | Crawford et al. |
| 5,609,348 A | 3/1997 | Galumbeck |
| 5,651,149 A | 7/1997 | Garman |
| 5,690,185 A | 11/1997 | Sengel |
| 5,715,548 A | 2/1998 | Weismiller et al. |
| 5,772,226 A * | 6/1998 | Bobichon ............ 280/250.1 |
| 5,774,914 A | 7/1998 | Johnson et al. |
| 5,790,997 A | 8/1998 | Ruehl |
| 5,868,461 A | 2/1999 | Brotherston |
| 5,870,784 A | 2/1999 | Elliott |
| 5,890,765 A | 4/1999 | LaPointe et al. |
| 5,984,338 A | 11/1999 | Meyer |
| 5,984,411 A * | 11/1999 | Galumbeck ............ 297/344.15 |
| 5,992,934 A * | 11/1999 | Gehrig et al. ............ 297/316 |
| 6,000,578 A | 12/1999 | Boissay |
| 6,089,593 A | 7/2000 | Hanson et al. |
| 6,101,647 A | 8/2000 | Stroud et al. |
| 6,135,559 A | 10/2000 | Kowalski |
| 6,154,899 A | 12/2000 | Brooke et al. |
| 6,163,903 A | 12/2000 | Weismiller et al. |
| 6,175,982 B1 | 1/2001 | Cushwa |
| 6,176,508 B1 | 1/2001 | Malassigne et al. |
| 6,213,554 B1 * | 4/2001 | Marcoux et al. ............ 297/330 |
| 6,231,067 B1 | 5/2001 | Johnson et al. |
| 6,250,717 B1 | 6/2001 | Porcheron |
| 6,272,702 B1 | 8/2001 | Uchida et al. |
| 6,332,512 B1 | 12/2001 | Muranaka |
| 6,336,235 B1 | 1/2002 | Ruehl |
| 6,382,725 B1 * | 5/2002 | Carroll ............ 297/330 |
| 6,398,357 B1 | 6/2002 | Holloway et al. |
| 6,409,265 B1 | 6/2002 | Koerlin et al. |
| 6,425,634 B1 | 7/2002 | Romero |
| 6,428,103 B1 | 8/2002 | Hong |
| 6,454,285 B1 | 9/2002 | Koenig |
| 6,460,930 B2 | 10/2002 | Thornton |
| 6,499,163 B1 | 12/2002 | Stensby |
| 6,533,304 B2 | 3/2003 | Lizama-Troncoso et al. |
| 6,557,940 B2 * | 5/2003 | Hayashi et al. ............ 297/330 |
| 6,584,629 B2 | 7/2003 | Tsuji et al. |
| 6,601,869 B2 | 8/2003 | Porcheron |
| 6,604,471 B1 | 8/2003 | Tarver, Jr. |
| 6,604,750 B2 | 8/2003 | Malassigne et al. |
| 6,623,022 B2 | 9/2003 | Malassigne et al. |
| 6,715,836 B1 * | 4/2004 | Chen et al. ............ 297/411.39 |
| 6,752,459 B2 | 6/2004 | Deisig |
| 6,799,770 B2 | 10/2004 | Patrick et al. |
| 6,839,918 B1 | 1/2005 | Jensen |
| 6,851,751 B1 | 2/2005 | Romero et al. |
| 2002/0174487 A1 | 11/2002 | Kramer et al. |
| 2004/0212177 A1 | 10/2004 | Kuiken |
| 2005/0046255 A1 | 3/2005 | Bressler et al. |
| 2005/0088024 A1 | 4/2005 | Rozaieski et al. |

OTHER PUBLICATIONS

Quantum Rehab, Moving at the Speed of Life, a Division of Pride Mobility Products Corp., Mar. 9, 2004, two pages.
Solutions for Easier Living, Uplift Technologies, Inc., date unknown, four pages.
Oto Bodycare, Oto Super Relax SPR-1200, date unknown, four pages.
Scooter Link Medical Equipment Superstore, Med-Lift-Reliance 5555 Full Sleeper Lift Chair, Sep. 14, 2004, one page.
Use and Care Guide for Your New American Massage Adjustable Recliner, American Massage Products, Inc., Sep. 1996, eight pages.
The First Intelligent Massage Chair to Give You Arm and Foot Massage, Osim Global Health Care, date unknown, one page.
Precision Massage Technology, The OSIM iSymphonic, date unknown, one page.
Intelligent Temperature Controllers, date unknown, one page.
Panasonic Ideas for Life, Momi Momi Real Pro, date unknown, twelve pages.
Amano All Products 2004, Medical and Welfare Instruments and Machinery, date unknown, two pages.
Otto Bock Seating and Positioning Products, Otto Bock Health Care, date unknown, twelve pages.
Senator, date unknown, one page.
Written Opinion and International Search Report for PCT/US05/29229, mailed Jun. 20, 2008, ten pages.
International Search Report for International Application No. PCT/US05/28992, dated Feb. 23, 2007.

* cited by examiner