US006983979B2

## (12) United States Patent
### Rasmussen

(10) Patent No.:  **US 6,983,979 B2**
(45) Date of Patent:  **Jan. 10, 2006**

(54) SYSTEM FOR MOVING BEDS

(75) Inventor: C. Martin Rasmussen, Fruit Heights, UT (US)

(73) Assignee: Happijac Company, Kaysville, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/903,922

(22) Filed: **Jul. 31, 2004**

(65) Prior Publication Data

US 2004/0262946 A1   Dec. 30, 2004

### Related U.S. Application Data

(60) Provisional application No. 60/491,448, filed on Jul. 31, 2003, provisional application No. 60/492,440, filed on Aug. 4, 2003, provisional application No. 60/510,270, filed on Oct. 9, 2003, provisional application No. 60/534,092, filed on Jan. 2, 2004, provisional application No. 60/544,000, filed on Feb. 12, 2004, and provisional application No. 60/560,872, filed on Apr. 9, 2004.

(51) Int. Cl.
*B60P 1/00* (2006.01)

(52) U.S. Cl. .................. **296/156**; 296/168; 296/190.02; 410/26

(58) Field of Classification Search ................. 296/156, 296/164, 168, 61, 24.33, 174, 190.02; 414/537, 414/229; 105/317; 5/118, 170, 10.2, 10.1, 5/11; 410/26, 25
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 520,760 A | 5/1894 | Poor |
| 527,095 A | 10/1894 | Wowra |
| 533,013 A | 1/1895 | Milligan |
| 533,031 A | 1/1895 | Breed |
| 534,756 A | 2/1895 | Pearson |
| 544,547 A | 8/1895 | Pearson |

(Continued)

FOREIGN PATENT DOCUMENTS

| AT | 24607 | 6/1906 |
| BE | 1009736 A6 | 7/1997 |
| CA | 1069225 | 1/2001 |
| CA | 2 351 214 A1 | 12/2002 |
| CH | 671 868 A5 | 10/1989 |
| CH | 674 128 A5 | 5/1990 |

(Continued)

OTHER PUBLICATIONS

Aluminum Boat Hoist with Stainless Steel Hardware, Owners Manual, 1999, 16 pages, Midwest industries, Inc., Ida Grove Iowa.
Bed Lift for a Toy Hauler, pictures taken on Jul. 8, 2004, 10 pages (each page is marked "LKNOFF2"), Lippert Components, Inc.
Bed Lift Specs, 960001 Bed Lift System, Dec. 2, 2003, 1 page, Liftco Inc.
Camper Bunk Option, 1 page, Northwood Manufacturing.
Continuous Vertical Conveyors, Dec. 31, 2001, 5 pages, Omni Metalcraft Corp.
Desert Fox Toy Hauler, pictures taken on Feb. 26, 2004, 22 pages (each page is marked "LKNOFF1"), Northwood Manufacturing.

(Continued)

Primary Examiner—Kiran B. Patel
(74) Attorney, Agent, or Firm—Foley & Lardner LLP

(57) **ABSTRACT**

A structure is described which may include a bed, a cargo area which is used to receive an off-road vehicle, and superposed beds which move vertically between a first configuration where the beds are spaced apart in the cargo area and a second configuration where the beds are stowed adjacent to each other.

**86 Claims, 170 Drawing Sheets**



US 6,983,979 B2
Page 2

### U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| 549,391 A | | 11/1895 | Pearson | |
| 549,527 A | | 11/1895 | Osgood | |
| 567,708 A | | 9/1896 | Goodwin | |
| 579,005 A | | 3/1897 | Osgood | |
| 737,403 A | | 8/1903 | Harris | |
| 829,469 A | | 8/1906 | Harris | |
| 835,905 A | | 11/1906 | Harris | |
| 867,409 A | | 10/1907 | Poor | |
| 904,177 A | | 11/1908 | Burnett | |
| 931,962 A | | 8/1909 | Rountree | |
| 1,065,287 A | | 6/1913 | Welch | |
| 1,197,035 A | | 9/1916 | Knudtson et al. | |
| 1,284,936 A | | 11/1918 | Shine | |
| 1,417,719 A | | 5/1922 | Covington | |
| 1,527,105 A | | 2/1925 | Zageimeyer | |
| 1,542,766 A | | 6/1925 | Hall | |
| 1,604,837 A | | 10/1926 | Morden | |
| 1,628,418 A | * | 5/1927 | Monroe et al. | 5/170 |
| 1,696,412 A | | 12/1928 | Price | |
| 1,714,613 A | | 5/1929 | Montgomery | |
| 1,720,116 A | | 7/1929 | Broome et al. | |
| 1,841,992 A | | 1/1932 | Thompson | |
| 1,945,875 A | * | 2/1934 | Woller | 296/174 |
| 2,052,790 A | * | 9/1936 | Norton | 5/10.2 |
| 2,098,825 A | | 11/1937 | Hills | |
| 2,112,355 A | | 3/1938 | Archer | |
| 2,216,243 A | | 10/1940 | Kreidler | |
| 2,323,620 A | | 7/1943 | Parke et al. | |
| 2,358,546 A | | 9/1944 | Tully et al. | |
| 2,371,482 A | | 3/1945 | Tully et al. | |
| 2,391,051 A | | 12/1945 | Windsor | |
| 2,432,228 A | * | 12/1947 | De Lano | 410/26 |
| 2,492,362 A | | 12/1949 | Hopeman, Jr. et al. | |
| 2,492,829 A | * | 12/1949 | Baker | 410/25 |
| 2,526,562 A | | 10/1950 | Kelly, Jr. et al. | |
| 2,541,288 A | | 2/1951 | Rice | |
| 2,544,980 A | | 3/1951 | Brown | |
| 2,550,599 A | | 4/1951 | Reed | |
| 2,565,417 A | | 8/1951 | Woller | |
| 2,588,785 A | | 3/1952 | Will | |
| 2,592,168 A | | 4/1952 | McLean et al. | |
| 2,592,924 A | | 4/1952 | Lyon | |
| 2,596,291 A | | 5/1952 | Thor | |
| 2,609,112 A | | 9/1952 | McKenzie | |
| 2,632,183 A | | 3/1953 | Patton et al. | |
| 2,663,446 A | | 12/1953 | Romain | |
| 2,673,353 A | | 3/1954 | Dean et al. | |
| 2,730,213 A | * | 1/1956 | Mason et al. | 5/10.1 |
| 2,731,924 A | | 1/1956 | Norby et al. | |
| 2,746,063 A | | 5/1956 | Osner | |
| 2,783,717 A | * | 3/1957 | Meldrum | 105/317 |
| 2,968,048 A | * | 1/1961 | Roberge | 5/10.1 |
| 3,028,606 A | | 4/1962 | Boutet | |
| 3,043,454 A | | 7/1962 | Butler et al. | |
| 3,067,437 A | | 12/1962 | Campbell | |
| 3,119,350 A | | 1/1964 | Bellingher | |
| 3,184,766 A | | 5/1965 | Mortrude | |
| 3,193,321 A | | 7/1965 | Rose | |
| 3,266,062 A | | 8/1966 | Rogers | |
| 3,282,566 A | | 11/1966 | Clarke | |
| 3,310,289 A | | 3/1967 | Burke | |
| 3,317,005 A | | 5/1967 | Kehoe | |
| 3,353,861 A | | 11/1967 | Froitzheim et al. | |
| 3,397,909 A | | 8/1968 | Gossman | |
| 3,399,822 A | | 9/1968 | Burton | |
| 3,466,082 A | | 9/1969 | Branch | |
| 3,480,975 A | | 12/1969 | Racine et al. | |
| 3,494,656 A | * | 2/1970 | McIntire | 296/156 |
| 3,560,043 A | | 2/1971 | Harter | |
| 3,588,168 A | | 6/1971 | Froitzheim et al. | |
| 3,623,168 A | | 11/1971 | Rouch | |
| 3,648,304 A | | 3/1972 | Ogui | |
| 3,665,527 A | * | 5/1972 | Gonzalez | 5/10.2 |
| 3,680,718 A | | 8/1972 | Miyachi | |
| 3,695,472 A | | 10/1972 | Rasmussen | |
| 3,745,595 A | | 7/1973 | Nagy | |
| 3,760,436 A | | 9/1973 | Zach et al. | |
| 3,763,979 A | | 10/1973 | Goodman et al. | |
| 3,772,716 A | | 11/1973 | Ratcliff | |
| 3,790,207 A | | 2/1974 | Anderson | |
| 3,811,138 A | | 5/1974 | Del Missier | |
| 3,828,374 A | | 8/1974 | Del Missier | |
| 3,829,907 A | | 8/1974 | Brunner | |
| 3,829,912 A | | 8/1974 | Quakenbrush | |
| 3,858,254 A | | 1/1975 | Coomes | |
| 3,874,009 A | | 4/1975 | Nosaka et al. | |
| 3,882,554 A | | 5/1975 | Glass | |
| 3,902,205 A | | 9/1975 | Bell | |
| 3,921,843 A | | 11/1975 | Rasmussen et al. | |
| 3,961,716 A | * | 6/1976 | Renaud | 296/158 |
| 4,018,166 A | | 4/1977 | Gutridge et al. | |
| 4,044,410 A | | 8/1977 | Klingler | |
| 4,058,860 A | | 11/1977 | Daidone | |
| 4,107,797 A | | 8/1978 | Maxwell, Sr. | |
| 4,141,093 A | | 2/1979 | Marsden | |
| 4,144,601 A | | 3/1979 | Anderson et al. | |
| 4,196,483 A | | 4/1980 | Lefler et al. | |
| 4,197,600 A | | 4/1980 | Slabic | |
| 4,215,899 A | | 8/1980 | Schmidt et al. | |
| 4,243,260 A | | 1/1981 | Gieseking | |
| 4,279,203 A | | 7/1981 | Marulic | |
| 4,294,484 A | | 10/1981 | Robertson | |
| 4,355,834 A | | 10/1982 | Alford | |
| 4,360,936 A | | 11/1982 | Keller | |
| 4,420,182 A | * | 12/1983 | Kaneshiro | 296/168 |
| 4,462,127 A | | 7/1984 | Schmidt et al. | |
| 4,589,152 A | | 5/1986 | Pakosh | |
| 4,589,612 A | * | 5/1986 | Halim | 5/118 |
| 4,620,335 A | | 11/1986 | Dodgen | |
| 4,631,763 A | | 12/1986 | Singer | |
| 4,668,142 A | * | 5/1987 | Fity et al. | 410/26 |
| 4,826,235 A | | 5/1989 | Zwick | |
| 4,837,877 A | | 6/1989 | Hamada et al. | |
| 4,853,989 A | | 8/1989 | Garcia | |
| 4,869,545 A | * | 9/1989 | Notermann | 296/157 |
| 4,940,277 A | | 7/1990 | Buell | |
| 4,958,391 A | | 9/1990 | Egeland | |
| 4,966,510 A | * | 10/1990 | Johnson, Jr. | 410/26 |
| 4,979,248 A | | 12/1990 | Kelley | |
| 4,993,773 A | | 2/1991 | Lange | |
| 5,020,169 A | | 6/1991 | Hamada et al. | |
| 5,031,563 A | * | 7/1991 | Matre | 296/164 |
| 5,056,170 A | | 10/1991 | Kronshagen | |
| 5,067,862 A | * | 11/1991 | Andre | 410/26 |
| 5,092,650 A | | 3/1992 | Perlot | |
| 5,106,246 A | * | 4/1992 | Chance | 410/26 |
| 5,108,065 A | | 4/1992 | Puerner | |
| 5,110,250 A | * | 5/1992 | Kuo | 414/229 |
| 5,218,728 A | | 6/1993 | Lloyd et al. | |
| 5,230,406 A | | 7/1993 | Poon | |
| 5,363,520 A | | 11/1994 | Lyne, Jr. | |
| 5,377,787 A | | 1/1995 | Chabrier | |
| 5,433,293 A | | 7/1995 | Sager | |
| 5,446,932 A | | 9/1995 | Voorhis | |
| 5,454,686 A | | 10/1995 | Gearin et al. | |
| 5,461,735 A | | 10/1995 | Danton | |
| 5,483,707 A | | 1/1996 | Meyer et al. | |
| 5,502,850 A | | 4/1996 | Lyne, Jr. | |
| 5,505,581 A | * | 4/1996 | Gearin et al. | 410/26 |
| 5,553,825 A | | 9/1996 | Rasmussen | |
| 5,567,111 A | * | 10/1996 | Gearin et al. | 410/26 |

| U.S. Patent Documents | | | | Foreign Patent Documents | | | |
|---|---|---|---|---|---|---|---|
| 5,598,591 A | | 2/1997 | Kelley | DE | 32 34 687 A1 | | 3/1984 |
| 5,621,933 A | | 4/1997 | Knapp et al. | DE | 34 43 334 A1 | | 6/1986 |
| 5,638,559 A | | 6/1997 | Natri et al. | DE | 87 00 158 U1 | | 8/1987 |
| 5,638,560 A | | 6/1997 | Rigdon et al. | DE | 89 03 045 U1 | | 7/1989 |
| 5,701,616 A | | 12/1997 | Rosenquist | DE | 38 30 980 A1 | | 3/1990 |
| 5,713,091 A | | 2/1998 | Houchin | DE | 89 13 590 U1 | | 8/1990 |
| 5,768,724 A | | 6/1998 | Buell | DE | 91 08 135 U1 | | 10/1991 |
| 5,797,712 A | * | 8/1998 | Gearin et al. ............... 410/26 | DE | 42 21 516 A1 | | 1/1993 |
| 5,822,813 A | | 10/1998 | Powell | DE | 43 04 175 C1 | | 2/1994 |
| 5,842,586 A | | 12/1998 | Melby | DE | 94 02 102 U1 | | 6/1994 |
| 5,943,714 A | | 8/1999 | Dignam | DE | 94 10 592 U1 | | 1/1995 |
| 5,984,353 A | | 11/1999 | Rasmussen | DE | 44 25 681 A1 | | 1/1996 |
| 5,984,404 A | * | 11/1999 | Novoa et al. ............ 296/190.02 | DE | 298 16 657 U1 | | 5/1999 |
| 6,134,724 A | | 10/2000 | Brown | DE | 198 56 039 A1 | | 9/1999 |
| 6,135,532 A | * | 10/2000 | Martin ....................... 296/61 | DE | 200 03 872 U1 | | 11/2000 |
| 6,163,900 A | | 12/2000 | Stevenson | DE | 101 53 448 A1 | | 5/2003 |
| 6,212,710 B1 | | 4/2001 | Jones | EP | 0418415 | * | 9/1989 |
| 6,231,114 B1 | | 5/2001 | Warmoth | EP | 0 418 415 | | 3/1991 |
| 6,263,527 B1 | | 7/2001 | Ross et al. | EP | 0 469 212 A1 | | 2/1992 |
| 6,283,422 B1 | | 9/2001 | Stoelinga | EP | 0 732 070 B1 | | 9/1996 |
| 6,338,523 B1 | | 1/2002 | Rasmussen | FR | 2 206 212 | | 6/1974 |
| 6,401,276 B1 | | 6/2002 | Sherman | FR | 2 244 660 | | 4/1975 |
| 6,485,237 B1 | | 11/2002 | Sandwith | FR | 2 420 946 | | 10/1979 |
| 6,493,886 B1 | | 12/2002 | Vanpage et al. | FR | 2 456 493 | | 12/1980 |
| 6,505,363 B2 | | 1/2003 | Davis | FR | 2 482 536 | | 11/1981 |
| 6,507,962 B2 | | 1/2003 | Thurston | FR | 2 556 947 A1 | | 6/1985 |
| 6,550,081 B2 | * | 4/2003 | Vilsmeier ....................... 5/11 | FR | 2 584 283 | | 1/1987 |
| 6,557,190 B2 | | 5/2003 | Bailey | FR | 2633814 | * | 6/1988 |
| 6,629,322 B1 | | 10/2003 | Monroe | FR | 2 616 309 | | 12/1988 |
| 6,651,273 B2 | | 11/2003 | Vilsmeier | FR | 2 659 005 A1 | | 9/1991 |
| 6,691,342 B2 | | 2/2004 | Sherman | FR | 2 668 347 A1 | | 4/1992 |
| 6,692,062 B1 | * | 2/2004 | Woodard et al. ............ 296/164 | FR | 2 668 348 A1 | | 4/1992 |
| 6,698,040 B1 | | 3/2004 | Acevedo | FR | 2 670 100 A1 | | 6/1992 |
| 6,739,000 B2 | | 5/2004 | Bailey | FR | 2 675 360 A1 | | 10/1992 |
| 6,829,791 B2 | | 12/2004 | Roepke | FR | 2 675 986 A1 | | 11/1992 |
| 6,857,689 B2 | | 2/2005 | Dodgen | FR | 2 680 087 A1 | | 2/1993 |
| 2001/0030446 A1 | * | 10/2001 | Lambright ................... 296/156 | FR | 2 689 741 A1 | | 10/1993 |
| 2002/0030147 A1 | | 3/2002 | Stoelinga | FR | 2 713 898 A1 | | 6/1995 |
| 2002/0046423 A1 | | 4/2002 | Vilsmeier | FR | 2 720 243 A1 | | 12/1995 |
| 2002/0056329 A1 | | 5/2002 | Rasmussen | FR | 2 729 062 A1 | | 7/1996 |
| 2002/0078500 A1 | | 6/2002 | Davis | FR | 2 826 844 A1 | | 1/2003 |
| 2002/0088052 A1 | | 7/2002 | Vilsmeier | GB | 167984 | | 8/1921 |
| 2002/0148041 A1 | | 10/2002 | Sherman | GB | 2 147 500 A | | 5/1985 |
| 2002/0178497 A1 | | 12/2002 | Thurston | GB | 2 276 315 A | | 9/1994 |
| 2003/0041377 A1 | | 3/2003 | Bailey | GB | 2 356 134 A | | 5/2001 |
| 2003/0192120 A1 | | 10/2003 | Bailey | JP | 54-61718 | | 5/1979 |
| 2004/0026958 A1 | | 2/2004 | Condino | WO | WO 88/05734 A1 | | 8/1988 |
| 2004/0066060 A1 | | 4/2004 | Rasmussen | WO | WO 88/09271 | | 12/1988 |
| 2004/0143901 A1 | | 7/2004 | Roepke | WO | WO 91/10385 | | 7/1991 |
| 2004/0174031 A1 | | 9/2004 | Rasmussen | WO | WO 92/05728 A1 | | 4/1992 |
| 2004/0178399 A1 | | 9/2004 | Blodgett, Jr. et al. | WO | WO 92/10120 A1 | | 6/1992 |
| 2004/0262847 A1 | | 12/2004 | Rasmussen | WO | WO 96/41558 A1 | | 12/1996 |
| 2004/0262949 A1 | | 12/2004 | Rasmussen | WO | WO 00/40123 A1 | | 7/2000 |
| 2005/0001449 A1 | | 1/2005 | Rasmussen | WO | WO 02/096241 A1 | | 12/2002 |
| 2005/0015875 A1 | | 1/2005 | Dodgen | WO | WO 03/092442 A1 | | 11/2003 |
| 2005/0217021 A1 | * | 10/2005 | Gardner ....................... 005/9.1 | WO | WO 2004/107922 A1 | | 12/2004 |
| 2005/0239586 A1 | * | 10/2005 | Nebel ........................... 474/58 | | | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 81968 | 9/1894 |
| DE | 1 708 191 | 10/1955 |
| DE | 1 654 268 | 4/1971 |
| DE | 2 040 878 | 5/1972 |
| DE | 2 227 174 | 12/1973 |
| DE | 2 228 898 | 1/1974 |
| DE | 2347275 * | 4/1975 |
| DE | 27 50 276 A1 | 5/1979 |
| DE | 29 23 223 A1 | 12/1980 |
| DE | 29 27 166 A1 | 1/1981 |
| DE | 32 25 758 A1 | 1/1984 |
| DE | 32 33 569 A1 | 3/1984 |

OTHER PUBLICATIONS

Desert Fox Toy Hauler, Jan. 2004, 13 pages (each page is marked "LSTR"), Northwood Manufacturing.

Easy Lift Bed, 2 pages (each page is marked "FRELB"), Forest River, Inc.

Installation Manual, SS7000, SS7000XLT, SS7000N, Jan. 2002, 56 pages, Eagle Equipment Inc.

K–Z Sportster 33SPL, May 6, 2004, 8 pages (each page is marked "KZ33SPL"), Terry Vaughn RVs, Texas.

Reciprocating Vertical Conveyors, Dec. 31, 2001, 5 pages, Omni Metalcraft Corp.

RTS3688TE Stacker Trailer, 12 pages (each page is marked "RTS3688TE"), Classic Manufacturing Inc.
ShoreStation Aluminum V–Frame Hoist, Oct. 9, 2003, 23 pages, Midwest Industries Inc., Ida Grove, Iowa.
Tahoe, Nov. 2002, 12 pages, Thor California, Moreno Valley, California.
Toy Hauler with Bed Lift, Oct. 10, 2003, 12 pages (each page is marked "MSTR"), Monaco Coach Corporation.
Work and Play, DB Model, 1 page, Forest River, Inc.
Work and Play, FK Model, 1 page, Forest River, Inc.

* cited by examiner