US007350850B2

## (12) United States Patent
Rasmussen

(10) Patent No.: **US 7,350,850 B2**
(45) Date of Patent: *Apr. 1, 2008

(54) **BED THAT MOVES VERTICALLY AND CONVERTS INTO A COUCH**

(75) Inventor: **C. Martin Rasmussen**, Fruit Heights, UT (US)

(73) Assignee: **Lippert Components, Inc.**, Goshen, IN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/255,165**

(22) Filed: **Oct. 19, 2005**

(65) **Prior Publication Data**

US 2006/0181110 A1      Aug. 17, 2006

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/US2004/025360, filed on Jul. 31, 2004.

(60) Provisional application No. 60/639,676, filed on Dec. 27, 2004, provisional application No. 60/621,606, filed on Oct. 21, 2004, provisional application No. 60/560,872, filed on Apr. 9, 2004, provisional application No. 60/544,000, filed on Feb. 12, 2004, provisional application No. 60/534,092, filed on Jan. 2, 2004, provisional application No. 60/510,270, filed on Oct. 9, 2003, provisional application No. 60/492,440, filed on Aug. 4, 2003, provisional application No. 60/491,448, filed on Jul. 31, 2003.

(51) **Int. Cl.**
*B60P 3/42*      (2006.01)

(52) **U.S. Cl.** ..................... **296/170**; 296/24.33; 296/69; 5/37.1

(58) Field of Classification Search ................ 296/170, 296/169, 168, 164, 156, 24.33, 69; 297/92, 297/93, 354.13; 5/37.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 520,760 | A | 5/1894 | Poor |
| 527,095 | A | 10/1894 | Wowra |
| 533,031 | A | 1/1895 | Breed |
| 534,756 | A | 2/1895 | Pearson |
| 544,547 | A | 8/1895 | Pearson |
| 549,391 | A | 11/1895 | Pearson |
| 549,527 | A | 11/1895 | Osgood |
| 567,708 | A | 9/1896 | Goodwin |

(Continued)

FOREIGN PATENT DOCUMENTS

AT                24607          6/1906

(Continued)

OTHER PUBLICATIONS

Sandpiper Toy Hauler, Mar. 2005, 34 pages (each page is marked "LKNOFF3A"), Forest River, Inc.

(Continued)

*Primary Examiner*—Jason S. Morrow
(74) *Attorney, Agent, or Firm*—Holland & Hart LLP

(57) **ABSTRACT**

A vehicle includes a bed that is configured to move between a sleeping configuration and a seating configuration. The bed is also configured to move vertically between a use position and a stowed position.

**22 Claims, 222 Drawing Sheets**



**US 7,350,850 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 579,005 A | 3/1897 | Osgood |
| 737,403 A | 8/1903 | Harris |
| 829,469 A | 8/1906 | Harris |
| 835,905 A | 11/1906 | Harris |
| 867,409 A | 10/1907 | Poor |
| 904,717 A | 11/1908 | Palmer |
| 931,962 A | 8/1909 | Rountree |
| 1,065,287 A | 6/1913 | Welch |
| 1,197,035 A | 9/1916 | Knudtson et al. |
| 1,284,936 A | 11/1918 | Shine |
| 1,417,719 A | 5/1922 | Covington |
| 1,527,105 A | 2/1925 | Zagelmeyer |
| 1,542,766 A | 6/1925 | Hall |
| 1,604,837 A | 10/1926 | Morden |
| 1,628,418 A | 5/1927 | Monroe et al. |
| 1,696,412 A | 12/1928 | Price |
| 1,714,613 A | 5/1929 | Montgomery |
| 1,720,116 A | 7/1929 | Broome et al. |
| 1,841,992 A | 1/1932 | Thompson |
| 1,945,875 A | 2/1934 | Woller |
| 2,052,790 A | 9/1936 | Norton |
| 2,098,825 A | 11/1937 | Hills |
| 2,112,355 A | 3/1938 | Archer |
| 2,216,243 A | 10/1940 | Kreidler |
| 2,323,620 A | 7/1943 | Parke et al. |
| 2,358,546 A | 9/1944 | Tully et al. |
| 2,371,482 A | 3/1945 | Tully et al. |
| 2,391,051 A | 12/1945 | Windsor |
| 2,432,228 A | 12/1947 | Lano |
| 2,492,362 A | 12/1949 | Hopeman, Jr. et al. |
| 2,492,829 A | 12/1949 | Baker |
| 2,526,562 A | 10/1950 | Kelly, Jr. et al. |
| 2,541,288 A | 2/1951 | Rice |
| 2,544,980 A | 3/1951 | Brown |
| 2,550,599 A | 4/1951 | Reed |
| 2,565,417 A | 8/1951 | Woller |
| 2,588,785 A | 3/1952 | Will |
| 2,592,166 A | 4/1952 | McLean et al. |
| 2,592,924 A | 4/1952 | Lyon |
| 2,596,291 A | 5/1952 | Thor |
| 2,609,112 A | 9/1952 | McKenzie |
| 2,632,183 A | 3/1953 | Patton et al. |
| 2,663,446 A | 12/1953 | Romain |
| 2,673,353 A | 3/1954 | Dean et al. |
| 2,730,213 A | 1/1956 | Mason et al. |
| 2,731,924 A | 1/1956 | Norby et al. |
| 2,746,063 A | 5/1956 | Osner |
| 2,783,717 A | 3/1957 | Meldrum |
| 2,968,048 A | 1/1961 | Roberge |
| 3,028,606 A | 4/1962 | Boutet |
| 3,043,454 A | 7/1962 | Butler et al. |
| 3,067,437 A | 12/1962 | Campbell |
| 3,119,350 A | 1/1964 | Bellingher |
| 3,184,766 A | 5/1965 | Mortrude |
| 3,193,321 A | 7/1965 | Rose |
| 3,266,062 A | 8/1966 | Rogers |
| 3,282,566 A | 11/1966 | Clarke |
| 3,310,289 A | 3/1967 | Burke |
| 3,317,005 A | 5/1967 | Kehoe |
| 3,353,861 A | 11/1967 | Froitzheim et al. |
| 3,397,909 A | 8/1968 | Gossman |
| 3,399,922 A | 9/1968 | Burton |
| 3,466,082 A | 9/1969 | Branch |
| 3,480,975 A | 12/1969 | Racine et al. |
| 3,494,656 A | 2/1970 | McIntire |
| 3,560,043 A | 2/1971 | Harter |
| 3,588,168 A | 6/1971 | Froitzheim et al. |
| 3,623,168 A | 11/1971 | Rouch |
| 3,648,304 A | 3/1972 | Ogui |
| 3,665,527 A | 5/1972 | Gonzalez |
| 3,680,718 A | 8/1972 | Miyachi |
| 3,695,472 A | 10/1972 | Rasmussen |
| 3,745,595 A | 7/1973 | Nagy |
| 3,760,436 A | 9/1973 | Zach et al. |
| 3,763,979 A | 10/1973 | Goodman et al. |
| 3,765,648 A | 10/1973 | Rasmussen et al. |
| 3,772,716 A | 11/1973 | Ratcliff |
| 3,790,207 A | 2/1974 | Anderson |
| 3,811,138 A | 5/1974 | Del Missier |
| 3,828,374 A | 8/1974 | Del Missier |
| 3,829,907 A | 8/1974 | Brunner |
| 3,829,912 A | 8/1974 | Quakenbrush |
| 3,830,466 A | 8/1974 | Rasmussen et al. |
| 3,858,254 A | 1/1975 | Coomes |
| 3,874,009 A | 4/1975 | Nosaka et al. |
| 3,882,554 A | 5/1975 | Glass |
| 3,902,205 A | 9/1975 | Bell |
| 3,921,843 A | 11/1975 | Rasmussen et al. |
| 3,961,716 A | 6/1976 | Renaud |
| 4,018,166 A | 4/1977 | Gutridge et al. |
| 4,044,410 A | 8/1977 | Klingler |
| 4,058,860 A | 11/1977 | Daidone |
| 4,107,797 A | 8/1978 | Maxwell, Sr. |
| 4,141,093 A | 2/1979 | Marsden |
| 4,144,601 A | 3/1979 | Anderson et al. |
| 4,196,483 A | 4/1980 | Leffler et al. |
| 4,197,600 A | 4/1980 | Slabic |
| 4,215,899 A | 8/1980 | Schmidt et al. |
| 4,243,260 A | 1/1981 | Gieseking |
| 4,279,203 A | 7/1981 | Marulic |
| 4,294,484 A | 10/1981 | Robertson |
| 4,355,834 A | 10/1982 | Alford |
| 4,360,936 A | 11/1982 | Keller |
| 4,420,182 A | 12/1983 | Kaneshiro |
| 4,462,127 A | 7/1984 | Schmidt et al. |
| 4,589,152 A | 5/1986 | Pakosh |
| 4,589,612 A | 5/1986 | Halim |
| 4,620,335 A | 11/1986 | Dodgen |
| 4,631,763 A | 12/1986 | Singer |
| 4,668,142 A | 5/1987 | Fity et al. |
| 4,826,235 A | 5/1989 | Zwick |
| 4,837,877 A | 6/1989 | Hamada et al. |
| 4,853,989 A | 8/1989 | Garcia |
| 4,869,545 A | 9/1989 | Notermann |
| 4,940,277 A | 7/1990 | Buell |
| 4,958,391 A | 9/1990 | Egeland |
| 4,966,510 A | 10/1990 | Johnson, Jr. |
| 4,979,248 A | 12/1990 | Kelley |
| 4,993,773 A | 2/1991 | Lange |
| 5,020,169 A | 6/1991 | Hamada et al. |
| 5,031,563 A | 7/1991 | Matre |
| 5,056,170 A | 10/1991 | Kronshagen |
| 5,067,862 A | 11/1991 | Andre |
| 5,092,650 A | 3/1992 | Perlot |
| 5,106,246 A | 4/1992 | Chance |
| 5,108,065 A | 4/1992 | Puerner |
| 5,110,250 A | 5/1992 | Kuo |
| 5,218,728 A | 6/1993 | Lloyd et al. |
| 5,230,406 A | 7/1993 | Poon |
| 5,363,520 A | 11/1994 | Lyne, Jr. |
| 5,377,787 A | 1/1995 | Chabrier |
| 5,433,293 A | 7/1995 | Sager |
| 5,446,932 A | 9/1995 | Voorhis |
| 5,454,686 A | 10/1995 | Gearin et al. |
| 5,461,735 A | 10/1995 | Danton |
| 5,483,707 A | 1/1996 | Meyer et al. |
| 5,502,850 A | 4/1996 | Lyne, Jr. |
| 5,505,581 A | 4/1996 | Gearin et al. |
| 5,553,825 A | 9/1996 | Rasmussen |
| 5,567,111 A | 10/1996 | Gearin et al. |
| 5,598,591 A | 2/1997 | Kelley |
| 5,621,933 A | 4/1997 | Knapp et al. |
| 5,638,559 A | 6/1997 | Natri et al. |
| 5,638,560 A | 6/1997 | Rigdon et al. |

**US 7,350,850 B2**

Page 3

| | | | |
|---|---|---|---|
| 5,701,616 A | 12/1997 | Rosenquist | |
| 5,713,091 A | 2/1998 | Houchin | |
| 5,768,724 A | 6/1998 | Buell | |
| 5,797,712 A | 8/1998 | Gearin et al. | |
| 5,822,813 A | 10/1998 | Powell | |
| 5,842,586 A | 12/1998 | Melby | |
| 5,943,714 A | 8/1999 | Dignam | |
| 5,984,353 A | 11/1999 | Rasmussen | |
| 5,984,404 A | 11/1999 | Novoa et al. | |
| 6,082,805 A * | 7/2000 | Gray et al. ............... 296/65.09 | |
| 6,134,724 A | 10/2000 | Brown | |
| 6,135,532 A | 10/2000 | Martin | |
| 6,163,900 A | 12/2000 | Stevenson | |
| 6,212,710 B1 | 4/2001 | Jones | |
| 6,231,114 B1 | 5/2001 | Warmoth | |
| 6,263,527 B1 | 7/2001 | Ross et al. | |
| 6,283,422 B1 | 9/2001 | Stoelinga | |
| 6,338,523 B1 | 1/2002 | Rasmussen | |
| 6,401,276 B1 | 6/2002 | Sherman | |
| 6,485,237 B1 | 11/2002 | Sandwith | |
| 6,493,886 B1 | 12/2002 | Vanpage et al. | |
| 6,505,363 B2 | 1/2003 | Davis | |
| 6,507,962 B2 | 1/2003 | Thurston | |
| 6,550,081 B2 | 4/2003 | Vilsmeier | |
| 6,557,190 B2 | 5/2003 | Bailey | |
| 6,629,322 B1 | 10/2003 | Monroe | |
| 6,651,273 B2 | 11/2003 | Vilsmeier | |
| 6,691,342 B2 | 2/2004 | Sherman | |
| 6,692,062 B1 | 2/2004 | Woodard et al. | |
| 6,698,040 B1 | 3/2004 | Acevedo | |
| 6,739,000 B2 | 5/2004 | Bailey | |
| 6,829,791 B2 | 12/2004 | Roepke | |
| 6,857,689 B2 | 2/2005 | Dodgen | |
| 6,983,980 B2 * | 1/2006 | Rasmussen ................. 296/156 | |
| 6,988,760 B2 * | 1/2006 | Rasmussen ................. 296/156 | |
| 7,121,612 B2 * | 10/2006 | Rasmussen ................. 296/156 | |
| 7,121,613 B1 * | 10/2006 | Rasmussen ................. 296/156 | |
| 2001/0030446 A1 | 10/2001 | Lambright | |
| 2002/0030147 A1 | 3/2002 | Stoelinga | |
| 2002/0046423 A1 | 4/2002 | Vilsmeier | |
| 2002/0056329 A1 | 5/2002 | Rasmussen | |
| 2002/0078500 A1 | 6/2002 | Davis | |
| 2002/0088052 A1 | 7/2002 | Vilsmeier | |
| 2002/0148041 A1 | 10/2002 | Sherman | |
| 2002/0178497 A1 | 12/2002 | Thurston | |
| 2003/0041377 A1 | 3/2003 | Bailey | |
| 2003/0192120 A1 | 10/2003 | Bailey | |
| 2004/0026958 A1 | 2/2004 | Condino | |
| 2004/0066060 A1 | 4/2004 | Rasmussen | |
| 2004/0143901 A1 | 7/2004 | Roepke | |
| 2004/0174031 A1 | 9/2004 | Rasmussen | |
| 2004/0178399 A1 | 9/2004 | Blodgett, Jr. et al. | |
| 2004/0262946 A1 | 12/2004 | Rasmussen | |
| 2004/0262947 A1 | 12/2004 | Rasmussen | |
| 2004/0262949 A1 | 12/2004 | Rasmussen | |
| 2005/0001449 A1 | 1/2005 | Rasmussen | |
| 2005/0015875 A1 | 1/2005 | Dodgen | |
| 2005/0184547 A1 | 8/2005 | Rasmussen | |
| 2005/0189777 A1 | 9/2005 | Rasmussen | |
| 2005/0217021 A1 | 10/2005 | Gardner | |
| 2005/0239586 A1 | 10/2005 | Nebel | |
| 2006/0066131 A1 | 3/2006 | Nebel | |
| 2006/0107458 A1 | 5/2006 | Stevenson | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| BE | 1009736 A6 | 7/1997 |
| CA | 1069225 A | 1/1980 |
| CA | 2 351 214 A1 | 12/2002 |
| CH | 671 868 A5 | 10/1989 |
| CH | 674 128 A5 | 5/1990 |
| DE | 81968 | 9/1894 |
| DE | 1 708 191 | 10/1955 |

| | | |
|---|---|---|
| DE | 1 654 268 | 4/1971 |
| DE | 2 040 878 | 5/1972 |
| DE | 2 227 174 | 12/1973 |
| DE | 2 228 898 | 1/1974 |
| DE | 23 47 275 A1 | 4/1975 |
| DE | 27 50 276 A1 | 5/1979 |
| DE | 29 23 223 A1 | 12/1980 |
| DE | 29 27 166 A1 | 1/1981 |
| DE | 32 25 758 A1 | 1/1984 |
| DE | 32 33 569 A1 | 3/1984 |
| DE | 32 34 687 A1 | 3/1984 |
| DE | 34 43 334 A1 | 6/1986 |
| DE | 87 00 158 U1 | 8/1987 |
| DE | 89 03 045 U1 | 7/1989 |
| DE | 38 30 980 A1 | 3/1990 |
| DE | 89 13 590 U1 | 8/1990 |
| DE | 91 08 135 U1 | 10/1991 |
| DE | 42 21 516 A1 | 1/1993 |
| DE | 43 04 175 C1 | 2/1994 |
| DE | 94 02 102 U1 | 6/1994 |
| DE | 94 10 592 U1 | 1/1995 |
| DE | 44 25 680 A1 | 1/1996 |
| DE | 298 16 657 U1 | 5/1999 |
| DE | 198 56 039 A1 | 9/1999 |
| DE | 200 03 872 U1 | 11/2000 |
| DE | 101 53 448 A1 | 5/2003 |
| EP | 0 418 415 B1 | 3/1991 |
| EP | 0 469 212 A1 | 2/1992 |
| EP | 0 732 070 B1 | 9/1996 |
| FR | 2 206 212 | 6/1974 |
| FR | 2 244 660 A1 | 4/1975 |
| FR | 2 420 946 A1 | 10/1979 |
| FR | 2 456 493 A1 | 12/1980 |
| FR | 2 482 536 A3 | 11/1981 |
| FR | 2 556 947 A1 | 6/1985 |
| FR | 2 584 283 A1 | 1/1987 |
| FR | 2 616 309 A1 | 12/1988 |
| FR | 2 633 814 A1 | 1/1990 |
| FR | 2 659 005 A1 | 9/1991 |
| FR | 2 668 347 A1 | 4/1992 |
| FR | 2 668 348 A1 | 4/1992 |
| FR | 2 670 100 A1 | 6/1992 |
| FR | 2 675 360 A1 | 10/1992 |
| FR | 2 675 986 A1 | 11/1992 |
| FR | 2 680 087 A1 | 2/1993 |
| FR | 2 689 741 A1 | 10/1993 |
| FR | 2 713 898 A1 | 6/1995 |
| FR | 2 720 243 A1 | 12/1995 |
| FR | 2 729 062 A1 | 7/1996 |
| FR | 2 826 844 A1 | 1/2003 |
| GB | 167984 | 8/1921 |
| GB | 2 147 500 A | 5/1985 |
| GB | 2 276 315 A | 9/1994 |
| GB | 2 356 134 A | 5/2001 |
| JP | 54-61718 | 5/1979 |
| WO | WO 88/05734 A1 | 8/1988 |
| WO | WO 88/09271 A1 | 12/1988 |
| WO | WO 91/10385 A1 | 7/1991 |
| WO | WO 92/05728 A1 | 4/1992 |
| WO | WO 92/10120 A1 | 6/1992 |
| WO | WO 96/41558 A1 | 12/1996 |
| WO | WO 00/40123 A1 | 7/2000 |
| WO | WO 02/096241 A1 | 12/2002 |
| WO | WO 03/092442 A1 | 11/2003 |
| WO | WO 2004/107922 A1 | 12/2004 |

### OTHER PUBLICATIONS

Sandpiper Sport F32SP Toy Hauler, Jan. 21, 2005, 9 pages (each page is marked "LKNOFF2B"), Forest River, Inc.

Sandpiper Sport T27RDSP Toy Hauler, Jul. 2005, 6 pages (each page is marked "FRDNBD2"), Forest River, Inc.

US 7,350,850 B2

Page 4

Aluminum Boat Hoist with Stainless Steel Hardware, Owners Manual, 1999, 16 pages, Midwest Industries, Inc., Ida Grove, Iowa.

Bed Lift for a Toy Hauler, Jul. 8, 2004, 10 pages (each page is marked "LKNOFF2"), Lippert Components, Inc.

Bed Lift Specs, 960001 Bed Lift System, Dec. 2, 2003, 1 page, Liftco Inc.

Camper Bunk Option, see IDS for date, 1 page, Northwood Manufacturing.

Cargo/Bed Lift, Jan. 12, 2005, 1 page, Race Trailer Products.

Continuous Vertical Conveyors, Dec. 31, 2001, 5 pages, Omni Metalcraft Corp.

Desert Fox Toy Hauler, Feb. 26, 2004, 22 pages (each page is marked "LKNOFF1"), Northwood Manufacturing.

Desert Fox Toy Hauler, Jan. 2004, 13 pages (each page is marked "LSTR"), Northwood Manufacturing.

Dual Electric Rear Bunks In '06, need a exact measurement, first post dated Sep. 27, 2004, 5 pages, www.glamisdunes.com.

East Lift Bed, see IDS for date, 2 pages (each page is marked "FRELB"), Forest River, Inc.

Genetics J500, May 5, 2005, 9 pages, Caravan.it.

Genetics, Serie Genetics J500/X700/K900, Mar. 16, 2005, 15 pages, Giottiline.

Installation Manual, SS7000, SS7000XLT, SS7000N, Jan. 2002, 56 pages, Eagle Equipment Inc.

International Search Report for PCT/US04/025360, Nov. 30, 2005, 5 pgs.

K-Z Sportster 33SPL, May 6, 2004, 8 pages (each page is marked "KZ33SPL"), Terry Vaughn RVs, Texas.

Reciprocating Vertical Conveyors, Dec. 31, 2001, 5 pages, Omni Metalcraft Corp.

RTS3688TE Stacker Trailer, see IDS for date, 12 pages (each page is marked "RTS3688TE"), Classic Manufacturing Inc.

Sandpiper Sport Toy Hauler, Sep. 2005, 19 pages (each page is marked "FRDNBD"), Forest River, Inc.

ShoreStation Aluminum V-Frame Hoist, Oct. 9, 2003, 23 pages, Midwest Industries Inc., Ida Grove, Iowa.

Super Trick Options from RTP, Nov. 2, 2004, 3 pages, Toyhauler Magazine.

Tahoe, Nov. 2002, 12 pages, Thor California, Moreno Valley, California.

The Futon Primer, 2000, 31 pages, FutonLife.

Toy Hauler with Bed Lift, Oct. 10, 2003, 12 pages (each page is marked "MSTR"), Monaco Coach Corporation.

Toy Hauler with Bed Lift, Oct. 15, 2004, 10 pages (each page is marked "LKNOFF2A").

Toy Hauler with Bed Lift, Oct. 15, 2004, 20 pages (each page is marked "WWSTRCB"), Weekend Warrior, Inc.

Toy Hauler with Bed Lift, Oct. 15, 2004, 5 pages (each page is marked "MBBSTR"), Monaco Coach Corporation.

Toy Hauler with Bed Lift, Oct. 15, 2004, 8 pages (each page is marked "ACTCAB"), Edge RV.

Toy Hauler with Couch/Bed, Nov. 2004, 12 pages (each page is marked "EFSCB"), EFS Industries, Inc.

Toy Hauler with Couch/Bed, Sep. 2005, 14 pages (each page is marked "SETECB"), Seating Technology, Inc.

Toy Hauler(s) with Bed Lift, Mar. 2005, 26 pages (each page is marked "LKNOFF3").

Work and Play, DB Model, see IDS for date, 1 page, Forest River, Inc.

Work and Play, FK Model, see IDS for date, 1 page, Forest River, Inc.

* cited by examiner



FIG. 1