## EXHIBIT S

## EXCERPT OF DEPOSITION OF GREG COOPER - OCTOBER 22, 2009

99

5  Q.  In a typical patentability search, how far back do
6     you search for prior art?
7         MR. LADUE: Objection, lack of foundation.
8         THE WITNESS: We would not put a -- I would
9    not put a date restriction on it.
10  BY MR. FOUNTAIN:
11  Q.  You would go back as far as you could, right?
12  A.  I don't think, unless there was a reason, date would
13    come into --
14  Q.  I see.
15  A.  -- the request.
16  Q.  When you're doing a patentability search, where do
17    you look for prior art?
18  A.  It depends.
19  Q.  On what?
20  A.  On what type of search we're doing, and what the
21    request of the client is. We would --
22  Q.  What types of patentability searches do you do?
23  A.  Well, if it's a formal search, I do not do the
24    search.
25  Q.  Does someone else within the firm do the search?

100

1  A.  Most often, no.
2  Q.  What is a formal search in that context?
3  A.  In that context, is we would have a professional
4    searcher do the actual search for prior art.

103

5  Q.  You say apparently there was a formal search prior to
6    your representation; is that right?
7  A.  Apparently.
8  Q.  Why do you think a formal search was done prior to
9    your representation?
10  A.  Well, I should back up. I don't know a formal
11    search, but a search, as represented in these -- in
12    these documents.
13  Q.  When a formal search is done that you request to have
14    done by these professional searchers, where do they
15    look for the prior art?

16  A.  That would be up to the searcher.
17  Q.  You have no idea?
18  A.  I didn't say that.  I said that would be up to the
19      searcher.
20  Q.  I understand.  But do you know where they look?
21  A.  Depending on the searcher, they would look -- yeah.
22      Depending on the searcher, they would look at the
23      USPTO records, possibly PCT records, some have been
24      known to talk to an examiner or two back before
25      computer searching was so prevalent, and now a lot

                                104
1       more in foreign databases, in addition to U.S.
2       databases.
3   Q.  Professional searchers send you a report, don't they?
4   A.  Correct.
5   Q.  And they indicate in that report the databases they
6       examine, don't they?
7   A.  Correct.
8   Q.  Have any of those professional searchers examined
9       industry databases?
10  A.  That I don't know.
11  Q.  You don't know of any instance when you have worked
12      with a professional searcher that they looked for any
13      industry information?
14  A.  Well, then I should say I don't recall.