US007575251B2

## (12) United States Patent
### Brady et al.

(10) Patent No.: **US 7,575,251 B2**
(45) Date of Patent: *Aug. 18, 2009

(54) **TRAVEL TRAILER HAVING IMPROVED TURNING RADIUS**

(75) Inventors: **Brian R. Brady**, Elkhart, IN (US); **John Mitchell Rhymer**, Nappanee, IN (US); **Douglas Martin Lantz**, Middlebury, IN (US); **Timothy Arthur Hoffman**, Elkhart, IN (US); **Scott James Tuttle**, Elkhart, IN (US)

(73) Assignee: **Heartland Recreational Vehicles, LLC**, Elkhart, IN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/834,214**

(22) Filed: **Aug. 6, 2007**

(65) **Prior Publication Data**

US 2007/0267845 A1     Nov. 22, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 11/091,070, filed on Mar. 28, 2005, now Pat. No. 7,278,650.

(60) Provisional application No. 60/557,302, filed on Mar. 29, 2004.

(51) **Int. Cl.**
    *B62D 63/06*    (2006.01)
(52) **U.S. Cl.** .................. **280/789**; 280/441.2; 280/783; 296/168; 296/24.31
(58) **Field of Classification Search** ............... 280/441.2, 280/783, 789; 296/168, 24.31, 182.1, 186.1
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,767,132 | A | * | 8/1988 | Avery | 280/414.1 |
| 5,988,721 | A | * | 11/1999 | Stenholm | 296/24.31 |
| 6,394,533 | B1 | * | 5/2002 | Ladell et al. | 296/182.1 |
| 6,447,038 | B1 | * | 9/2002 | Davis et al. | 296/26.05 |
| 2002/0003341 | A1 | * | 1/2002 | Hall | 280/423.1 |

FOREIGN PATENT DOCUMENTS

DE     3321306 A1 * 12/1984

(Continued)

OTHER PUBLICATIONS

Exhibit 1, Eliminator color photos, 14 pages.

(Continued)

*Primary Examiner*—Lesley D Morris
*Assistant Examiner*—Michael R Stabley
(74) *Attorney, Agent, or Firm*—Baker & Daniels LLP

(57) **ABSTRACT**

A travel trailer configured to be coupled to and towed by a vehicle is provided. The travel trailer has a compartment that is attached to a chassis which includes a front end and a rear end. A plurality of wheels are attached to the chassis adjacent the rear end, and a hitch assembly is attached to the chassis adjacent the front end. The compartment at the front end of the chassis forms first and second corners. A recess, directed inwardly toward the interior of the compartment, is located at each corner of the compartment. Cavities formed by each recess may receive a portion of the vehicle while the vehicle is engaged in a turn.

**18 Claims, 11 Drawing Sheets**



**US 7,575,251 B2**

Page 2

### FOREIGN PATENT DOCUMENTS

EP                      435759 A1 *   7/1991

### OTHER PUBLICATIONS

Exhibit 2, Wheelbynet.com printout, New 2006 Forest River Eliminator w/Living Quarters Toy Haulers, Sep. 2, 2008, 2 pages.
Exhibit 3, Racingjunk.com printout, Race Ads/For Sale: 2006 32′ Eliminator SS Loaded with A/C, Sep. 2, 2008, 3 pages.
Exhibit 4, Forest River, Inc. invoices for 8.5×48 Eliminator Gooseneck—Order date 2000, 3 pages.
Exhibit 5, Peter J. Leigl letter for Gerard T. Gallagher dated Jul. 11, 2005, 1 page.
Exhibit 6, Ryan M. Fountain letter to Gerard T. Gallagher dated Feb. 12, 2007, 1 page.
Exhibit 7, Ryan M. Fountain letter to Gerard T. Gallagher dated Aug. 29, 2008, 3 pages.
Exhibit 8, Ryan M. Fountain letter to Gerard T. Gallagher dated Oct. 2, 2008, 3 pages.
Exhibit 9, Forest River, Inc. Answer, Defenses, and Counterclaims, Case 3:08-cv-00490-RLM-CAN (Heartland Recreational Vehicles, LLC v. Forest River, Inc.), filed Nov. 17, 2008.
Exhibit 10, Roadmaster full print, 1 page.
Exhibit 11, Cherokee color photo—paragraph 37 of Answer, 1 page.
Exhibit 12, Cherokee vin plate (color photo)—paragraph 38 of Answer, 1 page.
Exhibit 1, Forest River's Motion to Amend Pleading dated Jan. 12, 2009.
Exhibit 2, Forest River's Amended Answer, Defenses, and Counterclaims dated Jan. 12, 2009 (38 pgs.).
Exhibit 3, Unsigned Feb. 12, 2007 letter to G. Gallagher (Heartland's attorney) from R. Fountain (Forest River's attorney).
Exhibit 4, Unsigned Aug. 29, 2008 letter to G. Gallagher from R. Fountain.
Exhibit 5, Unsigned Oct. 2, 2008 letter to G. Gallagher from R. Fountain.
Exhibit 6, Heartland's Information Disclosure Statement Letter of Jun. 23, 2005 to the USPTO.
Exhibit 7, Heartland's Information Disclosure Statement Form of Dec. 5, 2008.
Exhibit 8, USPTO Interview Summary, Dec. 4, 2008, p. 2.
Exhibit 9, Heartland's Information Disclosure Statement Letter of Dec. 5, 2008 to USPTO.
Exhibit 10, Heartland's Remarks section of Amendment After Final of Dec. 5, 2008.
Exhibit 11, USPTO Interview Summary, p. 3.
Exhibit 12, USPTO Interview Summary, p. 4.
Declaration of Dan Yarnall, General Manager at Roadmaster, LLC, dated Feb. 11, 2009 (includes Exhibits A and B).

* cited by examiner