IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC ) ) ) Plaintiff, ) ) ) vs. ) ) FOREST RIVER, INC. ) ) Defendant. ) | Case No. 3:08-CV-490 RLM CAN |

**MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION
TO FOREST RIVER'S MOTION TO COMPEL DOCUMENT PRODUCTION**

On February 18, 2010, Heartland Recreational Vehicles, LLC ("Heartland") and Baker & Daniels LLP ("Baker & Daniels") filed their Joint Response to Forest River's Motion to Compel Document Production (the "Response"). (*See* DE 93.) Among other things, Forest River's motion seeks production of any billing records related to a "Search Report" resulting from a professional prior art search.

In the Response, Heartland stated that it was in the process of searching its financial records for a bill for a professional prior art search related to the patent in suit. Heartland has now completed that search and respectfully moves the Court to allow Heartland to file a very brief surreply conveying the results of that search. Heartland's Surreply in Opposition to Forest River's Motion to Compel Production from Heartland and Baker & Daniels is attached as Exhibit A. Heartland respectfully requests that if the Court grants this motion, that it ask the Clerk to show the Surreply at Exhibit A as filed.

BDDB01 6062042V1

BAKER & DANIELS LLP

By: */s/ David P. Irmscher*
David P. Irmscher (#15026-02)
Abigail M. Butler (#22295-02)
Peter A. Meyer (#27968-53)
111 East Wayne, Suite 800
Fort Wayne, Indiana  46802
Tel: 260.424.8000
Fax: 260.460.1700
david.irmscher@bakerd.com
abigail.butler@bakerd.com
peter.meyer@bakerd.com

ATTORNEYS FOR PLAINTIFF,
HEARTLAND RECREATIONAL
VEHICLES, LLC

## CERTIFICATE OF SERVICE

The undersigned counsel for plaintiff, Heartland Recreational Vehicles, LLC, hereby certifies that a copy of the foregoing was served upon the following, this 12th day of March, 2010 by operation of the Court's ECF System.

Ryan M. Fountain
420 Lincoln Way West
Mishawaka, Indiana  46544-1902

*/s/ David P. Irmscher*
David P. Irmscher

BDDB01 6062042V1