IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC ) ) | |
| Plaintiff, ) ) ) | Case No. 3:08-CV-490 RLM CAN |
| vs. ) ) | |
| FOREST RIVER, INC. ) ) | |
| Defendant. ) | |

## ORDER

      This matter comes before the Court on Heartland Recreational Vehicles, LLC's ("Heartland") Motion for Leave to File Surreply in Opposition to Forest River's Motion to Compel Document Production. The Court, being fully advised, hereby grants the motion and orders as follows:

      Heartland is granted leave to file the surreply attached as Exhibit A to its Motion for Leave to File Surreply in Opposition to Forest River's Motion to Compel Document Production. The Clerk is directed to show the surreply attached as Exhibit A as filed.

    **SO ORDERED.**

    Dated March 16, 2010.

                                          s/Christopher A. Nuechterlein
                                          Christopher A. Nuechterlein
                                          United States Magistrate Judge

**DISTRIBUTION**:

David P. Irmscher (#15026-02)
Abigail M. Butler (#22295-02)
Peter A. Meyer (#27968-53)
111 East Wayne, Suite 800
Fort Wayne, Indiana  46802

Attorneys for Heartland Recreational Vehicles, LLC


Ryan M. Fountain
420 Lincoln Way West
Mishawaka, Indiana  46544-1902

Attorney for Forest River, Inc.