UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NO. 3:08-CV-490 AS ) |
| FOREST RIVER INC., | ) ) |
| Defendant. | ) |

**ORDER**

On February 10, 2010, this Court ordered the parties to submit a joint status report, detailing the parties' anticipated need for discovery and new proposed deadlines. On February 26, 2010, the parties submitted their joint status report. Accordingly, this Court now sets this matter for a telephonic scheduling conference on **March 24, 2010 at 11:00 a.m.(EDT)**. Consistent with this Court's order from February 4, 2010, the parties must be prepared to discuss the status of this case and the need to set new deadlines for discovery and dispositive motion briefing.

**SO ORDERED.**

Dated March 16, 2010.

 s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge