US 20040089285A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2004/0089285 A1
Champlin (43) Pub. Date: **May 13, 2004**

(54) BARBEQUE GRILL ARRANGEMENT FOR VEHICLES

(76) Inventor: R. Stephen Champlin, Nappanee, IN (US)

Correspondence Address:
Ryan M. Fountain
420 Lincoln Way West
Mishawaka, IN 46544 (US)

(21) Appl. No.: 10/695,599

(22) Filed: Oct. 28, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/730,884, filed on Dec. 7, 2000, now Pat. No. 6,637,426.

Publication Classification

(51) Int. Cl.$^7$ ................................ A23L 1/00; A47J 37/00
(52) U.S. Cl. ........................................ 126/41 R; 126/276

(57) **ABSTRACT**

A barbeque grill arrangement is provided having a grill unit removably mounted on a rack which attaches to an exterior vehicle wall to form a stable grill support solely by the vehicle connection. At least part of that connection can utilize a standard indoor/outdoor stove support bracket. The rack maintains all elements of the grill at least predetermined distance from the vehicle wall, sufficient to avoid heat-induced damage to the wall. The grill is connectable to the same fuel supply as is used by an interior stove. Grill heat is vented away from the vehicle. A cover stop is mounted within the cover hinge.







# BARBEQUE GRILL ARRANGEMENT FOR VEHICLES

## BACKGROUND AND SUMMARY OF THE INVENTION

[0001] The present invention relates generally to accessories for recreational vehicles, both motorized and towed, and more particularly to cooking accessories that are removably mounted to exterior of the recreational vehicle.

[0002] Recreational vehicles including travel trailers, motor homes and the like, typically have facilities within them, such as stoves, for cooking food. The fuel for such stoves is often bottled fluid or gas, such as propane, which is stored in containers within the vehicle or stored on the exterior of the vehicle with fuel supply lines running to the stove location interior of the vehicle from the containers. Cooking on such stoves is in many ways similar to cooking on common residential gas stoves.

[0003] Persons using recreational vehicles have also often used barbeque grills for cooking food outside the vehicle when camping or picnicking. Cooking food on a barbeque grill outside of the vehicle has certain advantages over cooking on the inside stove from the standpoint of safety (less risk of fire spreading to the vehicle), cleanliness (less contamination of the vehicle interior with food odors), comfort (less heating of the vehicle interior in warm weather use) and food taste (easier to apply certain smoked or grilled flavors). On the other hand, a barbeque grill is typically harder to clean, especially where charcoal fuel has been used. Such grills are commonly portable, light weight and free standing and, therefore, require careful attention to the actions of persons or pets in its vicinity to avoid inadvertent contact which could tip it over or cause burn injuries. Further, such grills typically produce a significantly greater amount of heat and possibly residual heat when cooking is completed, especially when using charcoal. Thus, the grills may need to be placed in a safe spot spaced away from the vehicle and ar as of high activity, but further from the convenience of the vehicle dining and storage facilities. Further, prior barbeque grill use has often required the use of a second fuel supply, additional propane gas containers or bags of charcoal, for example.

[0004] It has been suggested to offset some of the disadvantages of purely interior cooking facilities in recreational vehicles by making the stoves portable and adaptable for use inside or outside of the vehicle. Such indoor/outdoor stoves typically include a lightweight mounting frame, formed from plastic material, for example, that attaches either to an interior shelf or support recess, or to a bracket on an exterior wall of the vehicle. During exterior use, the stove is adjacent and cantilevered from that exterior wall, and a fuel supply line is attachable to the stove to connect it to the same fuel supply as used when the stove is on the interior of the vehicle. Such stoves in exterior use have the advantages of freeing up interior space, keeping the cooking heat and odors outside of the vehicle, and minimizing fuel supply sources while maintaining a convenient proximity to the vehicle dining and storage areas.

[0005] Unfortunately, such stoves have not been able to provide the high temperatures and flavor enhancing capabilities of barbeque grills without at least including cumbersome, expensive and/or bulky modifications, shielding and accessory devices. Without such shielding, for example, the adjacent exterior wall of the vehicle can be damaged by the barbeque-like heat generated in normal grilling. Similarly, if an accessory cover, for example, were to be placed over the stove to simulate to heat retaining covers on barbeque grills, the cover would become significantly heated during use. If the cover is hinged to the stov to open away from users in order to safely support it in th manner of barbeque covers, the opened cover could be directly in contact or near contact with the vehicle exterior wall. The heat of the cover thus could cause substantial damage to that wall even after the stove has been turned off. If the cover is not connected to the stove, then another heat resistant support must be provide for it when removed from the stove. Likewise, the plastic mounting frame of many such prior stoves would itself not withstand the high temperatures of barbeque-like cooking. Creation of a more heat durable frame would entail greater expense, bulk and/or weight. In addition, since barbeque-like grilling often produces greater mess deposited onto the cooking equipment, such stoves would have to be designed to permit greater ease of cleaning and durability of components regularly in contact with users during cleaning. Finally, if such stoves are "bulked-up" to permit use as a grill, supplemental ground-engaging supports may be needed to ensure a stable cooking platform, and such supports could present a hazard to movement by persons and/or pets in the vicinity.

[0006] Accordingly, it is an object of the present invention to provide improved cooking facilities for use with recreational vehicles. Other objects include the use of a portable barbeque cooking device which is:

[0007]  a. inexpensive, lightweight and reliable over repeated use,

[0008]  b. removably attachable to the exterior of a vehicle and provides a stabl cooking platform adjacent thereto without significant risk of damage to the vehicle,

[0009]  c. compact and easily installed and removed from the vehicle,

[0010]  d. asily cleaned and serviced, and

[0011]  e. able to utilize mounting component commonality with standard indoor/outdoor recreational vehicle stoves.

[0012] These and other objects of the present invention are attained by the provision of a barbeque grill arrangement having a grill unit removably mounted on a rack which attaches to an exterior vehicle wall to form a stable grill support solely by the vehicle connection. At least part of that connection can utilize a standard indoor/outdoor stove support bracket. The rack maintains all elements of the grill at least predetermined distance from the vehicle wall, sufficient to avoid heat-induced damage to the wall. The grill is connectable to the same fuel supply as is used by an interior stove. Grill heat is vented away from the vehicle. A cover stop is mounted within the cover hinge.

[0013] Other objects, advantages and novel features of the present invention will become readily apparent from the following drawings and detailed description of preferred embodiments.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0014] FIG. 1 shows a top view of a barbeque grill arrangement incorporating the present invention.

[0015] FIG. 2 shows a front view of the barbeque grill arrangement of **FIG. 1**.

[0016] FIG. 3 shows a side view of the barb que grill arrangement of **FIG. 1**.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

[0017] A barbeque grill arrangement **10** according to a preferred embodiment of the present invention is shown in FIGS. 1-3. This arrangement includes a grill unit **20** and a rack **50** mounted to exterior wall **15** of an exemplary vehicle, such as a truck camper, tent camper trailer, travel trailer, motor home or the like. This vehicle includes, for example, a conventional interior stove and an interior fuel supply for that stove. In preferred embodiments the vehicle stove is of the indoor/outdoor type and a conventional connection to the fuel supply is provided through wall **15** for the stove to connect to when in an outdoor use mode.

[0018] Grill unit **20** includes a base portion **22** and a cover portion **24**. A pair of spaced apart hinges **26** is mounted at the rear of base portion **22** and cover portion **24** to allow those members to be pivotably movable with respect to each other. As shown in the figures, cover portion **24** is closed onto base portion **22** to create a cooking enclosure therebetween. It will be readily understood that cover portion **24** is pivotable about hinges **26** in the direction of arrow A to move rearwardly to an open position, allowing access to the interior of the grill unit for cooking. A handle **28** is preferably mounted to the front of cover portion **24** to facilitate the pivoting of opening and closing.

[0019] While a variety of different fuel sources are contemplated by the present invention, it is preferred that gas fuel, such as propane, be employed. Accordingly, the interior of grill unit **10** includes a conventional flame spreader and food supporting wire grate, consistent with the nature of the fuel used in a given embodiment. Similarly, a conventional burner **30**, fuel valve regulator assembly **32** and control knob **34** are supplied to base portion **22**, consistent with the nature of the fuel used.

[0020] Base portion **22** is formed with a peripheral ledge or flange **36**. Cover portion **24** is formed with a peripheral ledge or flange **38**. In preferred embodiments, flange **38** is formed to closely fit over flange **36** when cover portion **24** is closed upon base portion **22**. It is also preferable that hinges **26** are attached to base portion **22** at flange **36** and to cover portion **24** at flange **38**. Flange **36** is further preferably formed with a curved or shaped underportion **40**, at least along the front of base portion **22**.

[0021] At least one hinge **26** can include, for example, a stop member or arm **42** to limit the reward pivotal movement of cover portion **24** when it is opened. Preferably, arm **42** is formed as a generally vertical extension against which cover portion **24** can rest in the fully opened position without falling back to a closed position. Arm **42** is preferably formed such that cover portion **24** is restricted from moving rearwardly toward wall **15** past a predetermined point, that point being determined by the limit of proximity to wall **15** which would risk significant damage to wall **15** from the heat of cover portion **24** during normal use. That distance can be readily determined by knowledge of the material from which wall **15** is constructed and the typical temperature of barbequing with a given fuel source.

[0022] To aid in dissipation of grill heat away from wall **15**, vents **44** are provided in cover portion **24**. Vents **44** are preferably formed so as to direct heat downwardly, away from wall **15**, from the sides of cover portion **24**, and away from the typical user position at the front of grill unit **20**.

[0023] Rack **50** is preferably formed as a frame to removably receive grill unit **10** and securely support it on the vehicle at a predetermined distance from wall **15**. That distance is also readily determin d by reference to the material used to form wall **15** and th typical temperature of barbequing so as to avoid any significant risk of heat damage to wall **15**. In preferred embodiments, for example, where the fuel source is propane and the vehicle employs a vinyl or plastic exterior siding on wall **15**, the distance may be approximately the same as the width W of base portion **22**.

[0024] Rack **50** includes a first portion **52** for receiving grill unit **10** and a second portion **54** for securely engaging wall **15**. In preferred embodiments, portions **52** and **54** are integrally formed from a single, bent tubular or shaped member **56**. Cross braces **58** and **60** are connected across the free ends of member **56** in portion **54**. Reinforcing struts **62** can be disposed at the vertical bends of member **56** to assist in shape retention and/or prevent downward migration of grill unit **10**. Cross braces **58** and **60** are formed to be matingly and removably received by vertically spaced brackets **64** and **66** that are, for example, permanently mounted onto wall **15**.

[0025] In preferred embodiments, one of brackets **64** or **66**, and more likely bracket **64**, is formed as a conventional support bracket for an indoor/outdoor stove. Thus, the number of bracket fittings needed on the vehicle can be minimized. The other or supplemental of the brackets can also be conventionally formed, the objective being to allow rack **50** to be easily slid or turned into place on wall **15** and yet permit a minimum of movement, flex or "jiggling" to grill unit **10** as a result of use of the vehicle and/or the grill unit.

[0026] To positively locate grill unit **10** within rack **50**, underportion **40** is, for example, shaped so as to matingly receive the forward portion **70** of member **56** and thereby restrict forward or rearward sliding of base portion **22**. In other embodiments, forward portion **70** of member **56** can closely ngag the forward, lower portion of base member **22**, and a cross bar **68** can be connected to bridge member **56** immediately rearward of the back of base portion **22**.

[0027] In use, rack **50** is, for example, first mounted to wall **15** via brackets **64** and **66**, then grill unit **10** is inserted into rack **50**, and then a conventional fuel supply line **72** is removably attached to a fuel source. Preferably, supply line **72** connects to the same interior fuel supply **76** as is used by the interior stove of the vehicle. Where the vehicle has an indoor/outdoor type stove, supply line **72** can connect to the same conventional fuel supply fittings **74** passing through wall **15** that the stove uses in its outdoor mode. After use, grill unit **10** can be removed from rack **50** for separate cleaning and/or storage.

US 2004/0089285 A1

May 13, 2004

3

[0028] While the present invention has been described and illustrated above with respect to certain preferred embodiments, that is by way of illustration and example only, and not as a limitation of the scope of the invention. Those of ordinary skill in the art will now understand that numerous modifications can be made without departing from the present invention. For example, a principle advantage of the present invention is that the entire unit is supported by the vehicle, without ground engagement that may obstruct user movement. In embodiments where rack **50** and grill unit **10** are integrally formed in whole or part and not separable, struts **62** can be used to instead removably bridge from grill unit **10** directly to wall **15**. Alternatively, rack **50** can be hingedly fixed to wall **15** and only grill unit **10** removable for cleaning and/or storage. Thus, the spirit and scope of the present invention ar limited only by the terms of th following claims.

What is claimed is:

1. A barbeque grill arrangement, adapted for use on a vehicle, comprising:

   a grill unit,

   a rack with a first portion for receiving the grill unit and a second portion for

   engaging the vehicle, the first portion being spaced apart from the second portion by a distance sufficient to prevent the heat generated during use of the grill unit from adversely affecting the vehicle.

2. The barbeque grill arrangement according to claim 1 wherein the first portion of the rack removably received the grill unit, the second portion of the rack removably engages the vehicle and the grill unit is formed with a configured potion that matingly engages the first portion of the rack when the grill unit is received thereby.

3. The barbeque grill arrangement according to claim 1 wherein the rack provides complete support for the grill unit by engagement with the vehicle, employing no supplemental support structure which is ground engaging.

4. The barbeque grill arrangement according to claim 1 wherein the grill unit includes a base portion and a cover portion, the cover portion being mounted to the base portion by an hinge, the hing including a stop member to prevent motion of the cover portion toward the vehicl past a predetermined distance.

5. The barbeque grill arrangement according to claim 1 wherein the grill unit including a means for venting heat in a direction away from the vehicle.

6. The barbeque grill arrangement according to claim 1 wherein the vehicle includes and gas-fueled stove unit and common connection means are provided for connecting the grill unit to the supply of gas fuel used by the stove unit.

7. A barbeque grill arrangement for alternative use with a vehicle having an exterior, gas-fueled stove unit removably mountable to an exterior wall of the vehicle via a bracket fixed on that exterior wall and supplied with gas fuel via a dismountable connection through the exterior wall of the vehicle to a supply of gas fuel on the interior of the vehicle, the grill arrangement comprising:

   a grill unit,

   a rack having a first portion for removably receiving the grill unit and supporting it cantilevered from the exterior wall of the vehicle, and a second portion for releasably attaching the rack to the bracket, and

   the first portion being spaced apart from the second portion by a distance sufficient to prevent the heat generated by the barbeque from having a significant adverse impact upon the exterior wall of the vehicle.

8. The barbequ arrangement according to claim 7 wh rein the spacing between the first portion and the second portion is approximately the same as the width of the grill unit, and a supplemental bracket is provided on the exterior wall for releasable attachment to the second portion of the rack at a location spaced apart from the location of the bracket used by the stove unit.

9. The barbeque arrangement according to claim 8 wherein the grill unit includes a base portion and a cover portion which is joined to the base portion by a hinge, the hinge including a stop member that restricts motion of the cover portion toward the exterior wall of the vehicle past a predetermined point.

10. The barbeque arrangement according to claim 9 wherein the grill unit includes a fuel supply means for mounting it to the same connection through the exterior wall as used by the stove unit to obtain access to the supply of gas fuel on the interior of the vehicle.

\* \* \* \* \*