## UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC,<br>    Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC.,<br>    Defendant. | )<br>)<br>)<br>) CASE NO.:3:08-cv-490 AS- CAN<br>)<br>)<br>) JURY DEMAND |

### FOREST RIVER'S RESPONSE TO HEARTLAND'S
### FIRST INTERROGATORIES TO FOREST RIVER, INC.

Interrogatory No. 1: Identify any basis that you contend supports your defense that the Patent is Suit is invalid pursuant to the provisions of 35 U.S.C. §§ 102 and 103, including all prior art upon which you rely.

Response: Pursuant to agreement of counsel, this Interrogatory was withdrawn because Heartland's covenant not to sue is intended to eliminate the charge of patent infringement made directly against Forest River; there is probably no longer any "defense" which is relevant in this case at the present time, although a decision of the Court on Heartland's third motion to dismiss is still pending in that regard. However, the substance of several of the deficiencies in the Patent in Suit under 35 U.S.C. §§102 and 103 which also form part of the bases for the unenforceability claims are incorporated in the response below.

Interrogatory No. 2: State any basis that you contend supports your defense that the Patent in Suit is invalid pursuant to the provisions of 35 U.S.C. §§101 and 112.

1


EXHIBIT E