IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>FOREST RIVER, INC. )<br>)<br>Defendant. ) | Case No. 3:08-cv-490 RLM CAN |

## **ORDER**

This matter comes before the Court on the parties' Joint Motion for Extension of Deadlines ("Joint Motion"). The Court has considered the Joint Motion and finds, for good cause shown, that the Joint Motion should be granted, and that the following deadlines should be reset as follows:

(1) Deadline for completion of discovery: **August 2, 2010**;

(2) Deadline for the filing of supplemental expert reports, if needed: **July 23, 2010**;

(3) Deadline for the filing of dispositive motions: **August 17, 2010**.

IT IS HEREBY ORDERED that the Joint Motion is GRANTED.

Dated this 4th day of June, 2010.

                                            s/Christopher A. Nuechterlein
                                            Christopher A. Nuechterlein
                                            United States Magistrate Judge