IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FOREST RIVER, INC. )<br>)<br>Defendant. ) | Case No. 3:08-cv-490 RLM CAN |

### ORDER

This matter comes before the Court on the parties' Joint Motion for Extension of Deadlines ("Joint Motion"). The Court has considered the Joint Motion and finds, for good cause shown, that the Joint Motion should be granted, and that the following deadlines are reset as follows:

(1) Deadline for completion of discovery: **October 15, 2010**;

(2) Deadline for the filing of supplemental expert reports, if needed: **October 1, 2010**;

(3) Deadline for the filing of dispositive motions: **November 2, 2010**.

IT IS HEREBY ORDERED that the Joint Motion is GRANTED.

**SO ORDERED.**

   **Dated this 29th Day of July, 2010.**

                                                                S/Christopher A. Nuechterlein
                                                                Christopher A. Nuechterlein
                                                                United States Magistrate Judge

BDDB01 6267123V1