**UNITED STATES DISTRICT COURT**
Northern District of Indiana
South Bend Division

| | |
|---|---|
| HEARTLAND RECREATIONAL VEHICLES, LLC, )<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>FOREST RIVER, INC., )<br>    Defendant. ) | CASE NO.: 3:08-cv-490 JD |

## NOTICE OF WITHDRAWAL OF SUBPOENA TO NON-PARTY RV DAILY REPORT

On December 10, 2010, Heartland Recreational Vehicles, LLC ("Heartland") issued a subpoena *duces tecum* to non-party RV Daily Report under the jurisdiction of the United States District Court for the District of Arizona.

Heartland has reached an agreement with the RV Daily Report regarding the subpoena. Pursuant to that agreement, Heartland will not seek to enforce compliance with the subpoena. Forest River, Inc.'s Motion for Enforcement of Scheduling Order and for Protective Order to Prevent Enforcement of Heartland's Post-Discovery Subpoena to RV Daily Report is now moot.

    Respectfully submitted,

    BAKER & DANIELS LLP

    By: */s/ David P. Irmscher*
        David P. Irmscher (#15026-02)
        Peter A. Meyer (#27968-53)
        111 East Wayne, Suite 800
        Fort Wayne, Indiana  46802
        Tel: 260.424.8000
        Fax: 260.460.1700
        david.irmscher@bakerd.com
        peter.meyer@bakerd.com
    ATTORNEYS FOR HEARTLAND

## CERTIFICATE OF SERVICE

The undersigned counsel for plaintiff Heartland Recreational Vehicles, LLC, hereby certifies that a copy of the foregoing was served upon the following, this 13th day of January, 2011, by operation of the Court's electronic filing system:

>Ryan M. Fountain
>420 Lincoln Way West
>Mishawaka, Indiana  46544-1902

>>*/s/ David P. Irmscher*
>>David P. Irmscher